# EXHIBIT 1

**PRIVILEGED AND CONFIDENTIAL**
**EXECUTION VERSION**

**SCHEDULING AGREEMENT**

among

**MOUNTAIN WEST CONFERENCE,**

**PAC-12 CONFERENCE,**

**OREGON STATE UNIVERSITY**

**and**

**WASHINGTON STATE UNIVERSITY**

Dated as of December 1, 2023

PRIVILEGED AND CONFIDENTIAL

## Table of Contents

Schedule 1 – Football Event Scheduling
Schedule 2 – Basketball Event Scheduling
Schedule 3 – [Omitted]
Schedule 4 – MWC Intellectual Property
Schedule 5 – Pac-12 Intellectual Property
Schedule 6 – MWC Member Institutions
Schedule 7 – Withdrawal Fee

Exhibit A – Definitions
Exhibit B – MWC Intellectual Property Usage Guidelines
Exhibit C – Pac-12 Intellectual Property Usage Guidelines

This **SCHEDULING AGREEMENT** (this "Agreement") is made as of December 1, 2023 (the "Effective Date") by and among the Mountain West Conference ("MWC"), the Pac-12 Conference ("Pac-12"), Oregon State University ("OSU") and Washington State University ("WSU").  Pac-12, OSU and WSU are at times referred to herein collectively as the "Pac-12 Parties" and individually as a "Pac-12 Party".  MWC and the Pac-12 Parties are at times referred to herein collectively as the "Parties" and each individually as a "Party".

**WHEREAS**, subject to and in accordance with the terms and conditions set forth herein, the Parties desire to form a working relationship to create opportunities for competition in college athletics among student athletes in the Pac-12 and MWC.  Ten of the twelve current member schools of the Pac-12 have publicly announced they will join conferences other than the Pac-12 effective after August 1, 2024.  Without an arrangement of the type provided under this Agreement, it would be difficult or impossible for OSU and WSU to provide competitive opportunities for their student-athletes.  This arrangement also provides opportunities for MWC members and their student-athletes to compete against first-class opponents at WSU and OSU.  The MWC and its members would not enter into this Agreement, and mutual cooperation and exchanges of confidential information would not be feasible, however, without safeguards, including certain fees, which protect against misuse of information, protect the MWC from fracturing, and preserve the integrity of the MWC and Pac-12.  Accordingly, such safeguards are essential to promote the competitive opportunities being made available to student-athletes of OSU, WSU, and the MWC Member Institutions hereunder.

**NOW, THEREFORE**, in consideration of the representations, warranties, covenants and agreements contained in this Agreement, and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Parties hereby agree as follow:

## ARTICLE I.
## DEFINITIONS; REFERENCES; CONSTRUCTION

**Section 1.01   Definitions**.  In addition to the terms defined in the body of this Agreement, other capitalized terms used herein have the meanings given to them in Exhibit A.

**Section 1.02   References**.  The table of contents and the section and other headings and subheadings set forth in this Agreement and the exhibits and the schedules hereto are solely for the purpose of reference, are not part of the agreement of the Parties, and will not in any way affect the meaning or interpretation of this Agreement or any exhibit or schedule hereto.  All schedules and exhibits referenced in this Agreement and attached hereto are incorporated herein and expressly made a part of this Agreement as though completely set forth herein.  All references to days or months will be deemed references to calendar days or months.  If any action is to be taken or given on or by a particular calendar day, and such calendar day is not a business day, then such action may be deferred until the next business day.  All references to "$" are references to United States Dollars.  Unless the context otherwise requires, any reference to a "Section," "Article," "Exhibit," "Schedule" or "Annex" will be deemed to refer to a section of this Agreement, an article to this Agreement or an exhibit, schedule or annex to this Agreement, as applicable.  The words "hereof," "herein" and "hereunder" and words of similar import referring to this Agreement refer to this Agreement as a whole and not to any particular provision of this Agreement.  The word "including" or any variation thereof means "including, without limitation" and will not be

PRIVILEGED AND CONFIDENTIAL

construed to limit any general statement that it follows to the specific or similar items or matters immediately following it.  Unless the context otherwise requires, the word "or" means "and/or."  Any reference to a Law will be deemed also to refer to all rules and regulations promulgated thereunder, unless the context requires otherwise.  All terms defined in this Agreement will have the defined meanings when used in any certificate or other document made or delivered pursuant hereto unless otherwise defined therein.  The definitions set forth in this Agreement are applicable to the singular as well as the plural forms of such terms and to the masculine as well as to the feminine and neuter genders of such terms.

Section 1.03   **Construction**.  The Parties have participated jointly in the negotiation and drafting of this Agreement.  In the event an ambiguity or question of intent or interpretation arises, this Agreement will be construed as if drafted jointly by the Parties and no presumption or burden of proof will arise favoring or disfavoring any Party by virtue of the authorship of any of the provisions of this Agreement.

**ARTICLE II.**
**SCHEDULING; ADMINISTRATIVE FEE; PAYMENT TERMS**

Section 2.01   **Scheduling**.  Upon the terms and subject to the conditions set forth in this Agreement, the Parties will schedule, among MWC Member Institutions, OSU and WSU,  football games in accordance with the terms of Schedule 1 (each, a "Football Event").  From and after the date hereof and through the 45th day following the Effective Date, the Parties will negotiate in good faith the scheduling of games and other competitive events for men's and women's basketball games for the 2024-2025 season in accordance with the terms of Schedule 2 (each, a "Basketball Event").

Section 2.02   **Administrative Fee**.  Within five business days after the Effective Date, each of OSU and WSU shall deliver, or cause to be delivered, to MWC a one-time administrative fee of $1,000,000 each ($2,000,000 in the aggregate) (collectively, the "Administrative Fee") by wire transfer of immediately available funds to the account(s) designated by MWC to the Pac-12 Parties in writing, in respect of scheduling and related administrative services provided by MWC hereunder.

Section 2.03   **Payment Terms**.  All payments to be made to MWC hereunder shall be in the form of a wire transfer of immediately available funds to the account(s) designated by MWC to the Pac-12 Parties in writing at least two business days prior to the date such payment becomes due and payable hereunder.  No Pac-12 Party shall have any right to setoff or reduce the amount of any payments to be made to MWC pursuant to this Agreement against any other obligation owed by MWC to any Pac-12 Party.  If the Pac-12 Parties fail to make any payment to MWC hereunder within five business days of the date such payment becomes due and payable hereunder, the Pac-12 Parties shall pay to MWC a finance charge at a rate per annum, compounded daily, equal to the "prime rate" as published in *The Wall Street Journal* on the date the applicable payment was required to be made (or if no quotation for such prime rate is available for such date, on the next preceding date for which such quotation is available).  Notwithstanding anything to the contrary herein, all accrued amounts due from the Pac-12 Parties to MWC hereunder (including all accrued charges and interest thereon) shall be automatically due and payable upon the termination of this Agreement.

PRIVILEGED AND CONFIDENTIAL

# ARTICLE III.
## MEDIA RIGHTS; INTELLECTUAL PROPERTY

**Section 3.01    Media Rights; Participation Fees.**

(a)    <u>Media Rights</u>.  MWC and Pac-12, as applicable, shall retain all of their respective right, title and interest in and to all currently existing Media Rights and Pac-12 shall retain all right, title and interest in and to the Media Rights for all Pac-12 Football Home Games that are Football Events (each, a "<u>Pac-12 Retained Football Event</u>").

(b)    <u>Football Participation Fee</u>.  The Pac-12 Parties shall pay, or cause to be paid to MWC, a participation fee of $1,500,000 (the "<u>Football Participation Fee</u>") for each scheduled Pac-12 Football Home Game that is a Football Event during the Term.  The Football Participation Fee shall be due in two equal payments of $4,500,000 no later than October 31st and December 31st of the calendar year in which each Football Event is scheduled to occur.  For the avoidance of doubt, except as provided in <u>Section 10.12</u>, no failure on the part of any Pac-12 Party to participate in any Football Event shall impair MWC's right to receive, or the Pac-12 Parties' obligation to pay, the Football Participation Fee in respect thereof pursuant to this <u>Section 3.01(b)</u>.

(c)    <u>Basketball Participation Fee</u>.  If within 45 days after the Effective Date, the Parties mutually agree to a schedule of Basketball Events addressing substantially the terms of <u>Schedule 2</u>, then the Pac-12 Parties shall pay, or cause to be paid to MWC, a participation fee of $1,000,000 (the "<u>Basketball Participation Fee</u>") for participation of men's and women's basketball teams from OSU and WSU in competition with member institutions of the MWC.  The Basketball Participation Fee would be due no earlier than January 1, 2025 and no later than January 31, 2025.  For the avoidance of doubt, except as provided in <u>Section 10.12</u>, assuming the Parties mutually agree to a schedule of Basketball Events, then no failure on the part of any Pac-12 Party to participate in any Basketball Event shall impair MWC's right to receive, or the Pac-12 Parties' obligation to pay, the Basketball Participation Fee in respect thereof pursuant to this <u>Section 3.01(c)</u>.  Pac-12 retains all NCAA basketball units earned by Pac-12 prior to the Effective Date.  The MWC retains all NCAA basketball units earned by the MWC prior to the Effective Date.

(d)    <u>General Participation Fees</u>.  The Pac-12 Parties shall pay, or cause to be paid to MWC, additional operational fees of $3,000,000, which shall be payable in four equal installments of $750,000 each on October 15, 2024; December 15, 2024; February 15, 2025, and April 15, 2025 (the "<u>General Participation Fees</u>" and, together with the Football Participation Fee and the Basketball Participation Fee, the "<u>Participation Fees</u>").  For the avoidance of doubt, the fees contemplated by this agreement, including the Administrative Fee, the Participation Fees, and any Termination Fees, shall be the only fees payable by the Pac-12 Parties in exchange for the services to be provided by the MWC pursuant to this Agreement.

**Section 3.02    Intellectual Property.**

(a)    <u>MWC Intellectual Property</u>.  The Pac-12 Parties acknowledge and agree that, as between MWC, on the one hand, and each Pac-12 Party on the other hand, MWC, the MWC Member Institutions and their respective Affiliates, as applicable, own all MWC Intellectual

PRIVILEGED AND CONFIDENTIAL

Property, and no Pac-12 Party, Pac-12 Member Institution or other Person shall acquire any right, title or interest in and to any MWC Intellectual Property as a result of the entry into, or the consummation of any transaction contemplated by, this Agreement.  Notwithstanding the foregoing, solely to the extent necessary to give effect to the transactions contemplated pursuant to this Agreement, MWC hereby grants to the Pac-12 Parties the limited, non-exclusive, non-transferrable, royalty-free right and license, during the Term, to use the MWC Intellectual Property set forth on Schedule 4 subject to and in accordance with the terms and conditions set forth therein and in this Agreement.  Pac-12 covenants and agrees that its use of any such MWC Intellectual Property shall comply with MWC's then-current usage guidelines, a copy of which is attached hereto as Exhibit B, as the same may be amended or otherwise modified from time to time.  With respect to any Trademarks included in the MWC Intellectual Property, the foregoing license shall be subject to sufficient rights of quality control and inspection in favor of MWC with respect to use of such Trademarks in order to avoid the risk of invalidation of any such Trademark. Pac-12 shall not use or authorize the use of the Trademarks included in the MWC Intellectual Property in any manner that would reasonably be expected to devalue, injure, damage or dilute the goodwill associated with such Trademarks or that would reasonably be expected to jeopardize MWC's, any MWC Member Institution's or any of their respective Affiliates' rights, as applicable, in such Trademarks; provided, that any use of any such Trademark in a manner consistent with usage by MWC or its Affiliates prior to the date hereof shall not be in breach or violation of the foregoing. All goodwill arising from the use of the Trademarks included in the MWC Intellectual Property shall accrue solely to MWC.  Any rights not expressly granted by MWC in the MWC Intellectual Property in this Section 3.02(a) are hereby expressly reserved by MWC.

(b)    Pac-12 Intellectual Property.  MWC acknowledges and agrees that, as between the Pac-12 Parties, on the one hand, and MWC on the other hand, the Pac-12 Parties, the Pac-12 Member Institutions and their respective Affiliates, as applicable, own all Pac-12 Intellectual Property, and none of MWC, any MWC Member Institution or other Person shall acquire any right, title or interest in and to any Pac-12 Intellectual Property as a result of the entry into, or the consummation of any transaction contemplated by, this Agreement.  Notwithstanding the foregoing, solely to the extent necessary to give effect to the transactions contemplated pursuant to this Agreement, the Pac-12 Parties hereby grant to MWC the limited, non-exclusive, non-transferrable, royalty-free right and license, during the Term, to use the Pac-12 Intellectual Property set forth on Schedule 5 subject to and in accordance with the terms and conditions set forth therein and in this Agreement.  MWC covenants and agrees that its use of any such Pac-12 Intellectual Property shall comply with Pac-12's then-current usage guidelines, a copy of which is attached hereto as Exhibit C, as the same may be amended or otherwise modified from time to time.  With respect to any Trademarks included in the Pact-12 Intellectual Property, the foregoing license shall be subject to sufficient rights of quality control and inspection in favor of Pac-12 with respect to use of such Trademarks in order to avoid the risk of invalidation of any such Trademark. MWC shall not use or authorize the use of the Trademarks included in the Pac-12 Intellectual Property in any manner that would reasonably be expected to devalue, injure, damage or dilute the goodwill associated with such Trademarks or that would reasonably be expected to jeopardize Pac-12's, any Pac-12 Member Institution's or any of their respective Affiliates' rights, as applicable, in such Trademarks; provided, that any use of any such Trademark in a manner consistent with usage by Pac-12 or its Affiliates prior to the date hereof shall not be in breach or violation of the foregoing. All goodwill arising from the use of the Trademarks included in the Pac-12 Intellectual Property shall accrue solely to the Pac-12 Parties, as applicable.  Any rights not expressly granted

PRIVILEGED AND CONFIDENTIAL

by Pac-12 in the Pac-12 Intellectual Property in this Section 3.02(b) are hereby expressly reserved by Pac-12.

## ARTICLE IV.
## TERM; TERMINATION

**Section 4.01  Term**.

(a)  Initial Term.  The term of this Agreement shall commence upon the Effective Date and end on the earlier to occur of (i) the Outside Date, (ii) the termination of this Agreement pursuant to Section 4.02 or (iii) the mutual written agreement of the Parties to terminate this Agreement in its entirety (as applicable, the "Term"); provided, however, that all payment obligations of the Pac-12 Parties under this Agreement shall survive any such termination of this Agreement until satisfied in full but (A) in no event will a Participation Fee for an Event occurring after such termination be due if such termination occurs pursuant to Section 4.02(b)(i) or Section 4.02(c) and (B) if such termination occurs pursuant to Section 4.02(b)(ii) then Participation Fees for an Event occurring after such termination may be an appropriate measure of damages but are not guaranteed as liquidated damages.

(b)  Outside Date.  For purposes of this Agreement, the "Outside Date" shall be August 1, 2025.  Notwithstanding the foregoing, if MWC and Pac-12 mutually agree in a signed writing on or prior to September 1, 2024, the "Outside Date" may be extended to August 1, 2026.

**Section 4.02  Termination**.  This Agreement may be terminated as follows:

(a)  by MWC, on the one hand, or Pac-12, on the other hand, for any reason or no reason, by delivery of written notice to the other Party, in which case, such termination shall become effective on the Outside Date (as determined in accordance with Section 4.01(b));

(b)  by MWC, by delivery of written notice to Pac-12, if (i) OSU and WSU fail to timely deliver the Administrative Fee in full in accordance with the terms of Section 2.02; or (ii) any Pac-12 Party has otherwise materially breached this Agreement and (A) in the reasonable determination of MWC, such breach is curable, the Pac-12 Parties have failed to cure such breach within 30 days after Pac-12's receipt of written notice from MWC of the same, in which case, such termination shall be effective immediately upon the expiration of such 30 day cure period; or (B) such breach is not curable, in which case, such termination shall be effective immediately upon the date of delivery of such written notice from MWC to Pac-12 of the same; or

(c)  by any Pac-12 Party, by delivery of written notice to MWC, if MWC has materially breached this Agreement and (i) in the reasonable determination of the Pac-12 Party, such breach is curable, MWC has failed to cure such breach within 30 days after MWC's receipt of written notice from the Pac-12 Party of the same, in which case, such termination shall be effective immediately upon the expiration of such 30 day cure period; or (ii) such breach is not curable, in which case, such termination shall be effective immediately upon the date of delivery of such written notice from the Pac-12 Party to MWC of the same.

**Section 4.03  Effect of Termination**.  Upon the termination of this Agreement or the expiration of the Term pursuant to this Article IV, this Agreement shall cease to have any further

force or effect, and no Party shall have any liability to any other Party with respect to this Agreement; provided, however, that (i) the termination or expiration of this Agreement for any reason shall not release any Party from (A) any liability that already has accrued as of the effective date of such termination or expiration, or which may arise out of or in connection with such termination or expiration or (B) any covenant or other obligation which by its terms survives the termination or expiration of this Agreement (provided, however, that if this Agreement is terminated by a Pac-12 Party pursuant to Section 4.02(c), no Pac-12 Party shall have any further obligation with respect to any Departure Fee to the extent arising after the effective date of the termination of this Agreement pursuant to Section 4.02(c)); and (ii) MWC shall remain entitled to receive, and the Pac-12 Parties shall pay, all accrued amounts (including all accrued charges and interest thereon) due from the Pac-12 Parties to MWC under this Agreement, which amounts shall, in each case, become immediately due and payable hereunder as of the effective date of such termination or expiration in accordance with the terms of Section 2.03.

## ARTICLE V.
## REPRESENTATIONS AND WARRANTIES OF THE PARTIES

**Section 5.01** **Mutual Representations and Warranties**. MWC represents and warrants to the Pac-12 Parties, and each Pac-12 Party (severally, with respect to such Pac-12 Party) represents and warrants to MWC, that the following statements are true and correct with respect to the Party making such representations and warranties:

(a) Existence. Such Party (i) was duly and validly formed and is existing and in good standing (or meaning of similar import) under the Laws of its jurisdiction of organization and has all requisite power and authority to enter into and perform its obligations under this Agreement and (ii) is duly qualified or licensed to do business in each jurisdiction, in each case, except where the failure to be so formed, existing, qualified or licensed, or the failure to have such requisite power and authority, would not have a material adverse effect on such Party's ability to perform its obligations under this Agreement.

(b) Authorization; Enforceability. The execution, delivery and performance by such Party of this Agreement, and the consummation of the transactions contemplated hereby, have been duly and validly authorized by all necessary corporate (or meaning of similar import) action on the part of such Party. This Agreement has been duly executed and delivered by such Party and, assuming due execution and delivery by each other Party, constitutes the legal, valid and binding obligations of such Party, enforceable against such Party in accordance with the terms hereof, except as such enforceability may be limited by bankruptcy, insolvency, reorganization, arrangement, moratorium or other similar Laws, now or hereafter in effect, relating to or affecting the rights of creditors generally, or by general equitable principles.

(c) No Violation. Such Party's execution and delivery of this Agreement and the performance of its obligations hereunder, do not and will not: (i) violate or conflict with the Governing Documents of such Party; (ii) violate or conflict with any Law that is binding on such Party or assets of such Party; or (iii) violate, result in a default under or result in the termination, acceleration or mandatory prepayment of (with or without the giving of notice, the passage of time or both) any obligation under any contract or indebtedness to which such Party is party or by which such Party or such Party's assets are bound, except for any violation that would not have a material

PRIVILEGED AND CONFIDENTIAL

adverse effect on such Party's ability to consummate the transactions contemplated by this Agreement.

(d)     Legal Proceedings.  There is no Proceeding pending or, to the knowledge of such Party, threatened, to which such Party or any of its Affiliates is a party or by which any of them or their respective properties is bound by that seeks to restrain, prohibit or obtain damages or other relief in connection with such Party's execution and delivery of, or the performance of its obligations under, this Agreement.  The Parties acknowledge the proceedings in *Washington State University et al. v. The Pac-12 Conference et al.*, State of Washington, Whitman County Case No. 23-2-00273-38, including appeals and petitions therefrom and agree that the representation under this Section 5.01(d) is qualified thereby.

## ARTICLE VI.
## COVENANTS

**Section 6.01   Approvals; Cooperation**.

(a)     Each of MWC and the Pac-12 Parties shall use commercially reasonable efforts to take, or cause to be taken, all actions, and to do, or cause to be done, and to assist and cooperate with the other Parties, the MWC Member Institutions and the Pac-12 Member Institutions, as applicable, in doing all things necessary or advisable to consummate and make effective the transactions contemplated pursuant to this Agreement (including the Definitive Transaction contemplated pursuant to Article VIII), including (i) obtaining any necessary consents, approvals, authorizations or waivers from the NCAA, CFP or any Governmental Authority having jurisdiction over such Person with respect to the transactions contemplated pursuant to this Agreement and (ii) executing and delivering any additional agreements, documents or instruments necessary to consummate the transactions contemplated by, and to carry out the purposes of, this Agreement (including any amendments or modifications to this Agreement in accordance with the terms of Section 6.01(c)), in each case, except as would, or would reasonably be expected to, constitute or result in a Burdensome Condition.

(b)     During the Term, the Parties shall consult and reasonably cooperate with one other with respect to the administration of this Agreement (including the scheduling of all Association Events and the negotiation of the Definitive Agreement pursuant to Article VIII), and the obtaining of all consents, approvals, authorizations or waivers of the NCAA, CFP or any Governmental Authority having jurisdiction over any such Party or any MWC Member Institution or any Pac-12 Member Institution, as applicable, in respect of the transactions contemplated pursuant to this Agreement (including the negotiation of the Definitive Agreement pursuant to Article VIII), in each case, as may be necessary or advisable to consummate the transactions contemplated pursuant to this Agreement, and each Party agrees to in good faith keep the other Parties reasonably apprised of the status of, and to reasonably consider and reasonably accept the comments of the other Parties in connection with, any matters brought before or the submission of any requests seeking any such consents, approvals, authorizations or waivers with or from the NCAA, CFP or any such Governmental Authority, as applicable.

(c)     If any arrangements or allocation of responsibility among the Parties in accordance with the terms of this Agreement cause, or if either of the MWC or the Pac-12

reasonably determines in good faith, and upon written advice of counsel, that they are reasonably likely to cause, (i) the NCAA or CFP to take adverse action against either conference pursuant to any NCAA Rule or any rule of the CFP or (ii) a Governmental Authority to investigate or take other action with respect to either conference, then the Parties will use commercially reasonable efforts to negotiate a mutually-agreeable amendment or modification to this Agreement that allows either of the MWC or the Pac-12, as applicable, to avoid such adverse effect; provided, that no such amendment or modification due to any adverse action of the NCAA or CFP pursuant to (i) above shall modify any fees due to the MWC from any Pac-12 Party under this Agreement, including the Administrate Fee, Participation Fees, or any Termination Fee and no such amendment or modification due to clause (i) or (ii) above, as applicable, shall give any Party the right to terminate this Agreement, except as is otherwise permitted hereunder.

(d)     Notwithstanding anything to the contrary in this Agreement, no Party shall be obligated to take or refrain from taking or to agree to take, or to cause its Affiliates, any MWC Member Institution or any Pac-12 Member Institution, as applicable to take (including any amendment, waiver or termination of any agreement, exhibit or schedule, including this Agreement) or to suffer to exist any limitation, action, restriction, condition, requirement or arrangement, which (i) in the case of any Party would, or would reasonably be expected to, individually or in the aggregate, be material and adverse to such Party and its Affiliates, taken as a whole, or (ii) in the case of MWC, would reduce, impair or adversely affect any Pac-12 Party's obligation to pay, or MWC's right to receive, any fees or other amounts (including any Termination Fee) payable by any Pac-12 Party to MWC hereunder (a "Burdensome Condition"). For the avoidance of doubt, notwithstanding that no Party shall be required to suffer a Burdensome Condition, the existence of a Burdensome Condition does not give any Party the right to terminate the Agreement, and instead the Parties will use commercially reasonable efforts to negotiate a mutually agreeable resolution that avoids the Burdensome Condition but does not result in termination of the Agreement, except as termination is otherwise permitted hereunder

## Section 6.02   Confidentiality.

(a)     Confidential Information.  For purposes of this Agreement "Confidential Information" shall mean (i) the terms and conditions of this Agreement, the Parties hereto and that any negotiations have taken place with respect to this Agreement (including the negotiation of the Definitive Agreement pursuant to Article VIII) and (ii) if marked as confidential when transmitted, all technology, processes, methodologies, trade secrets, contracts, proprietary information, historical and projected financial information, operating data, organizational structures, strategic or management plans, and asset and risk management practices and procedures of each Party, whether disclosed by any Party (in such capacity, a "Disclosing Party") or received by any Party (in such capacity, a "Recipient") before or after the Effective Date; provided, however, that "Confidential Information" shall not include information which (A) is or becomes part of the public domain or otherwise available to the public other than as a result of a disclosure by a Recipient or its Representatives in breach hereof, including portions of this Agreement that are released pursuant to Section 6.02(c), (B) was known or available to a Recipient or its Representatives on a non-confidential basis (which, for the avoidance of doubt, shall mean information that is disclosed without an obligation of confidentiality to any third party) prior to its being furnished to a Recipient by or on behalf of the applicable Disclosing Party, (C) becomes available to a Recipient or its Representatives on a non-confidential basis from a source other than

the applicable Disclosing Party (provided that such source is not known by such Recipient to be bound by an obligation of confidentiality with respect to such information), or (D) has been or is subsequently independently developed by a Recipient or its Representatives without use of or reference to the Confidential Information of any Disclosing Party.

      (b)    <u>Use and Disclosure of Proprietary Information</u>.  As a condition to each Recipient receiving any Confidential Information, each Recipient agrees to treat as confidential any Confidential Information furnished by or on behalf of a Disclosing Party to such Recipient, its Affiliates, or Representatives.  Should a Recipient wish to share Confidential Information with its advisors who are not Representatives, it shall inform each other Party of the identities of such sources and, upon each other Party's prior written approval (email being acceptable), such sources will also be deemed to be Representatives of such Recipient under this Agreement.  Each Recipient hereby agrees that the Confidential Information will be used by it only in connection with giving effect to the transactions contemplated by this Agreement, will be kept confidential by such Recipient, and will not be disclosed to or discussed with any third party, except that Confidential Information may be disclosed to Representatives who (i) need to know such information for purposes of advising Recipient with respect to the transactions contemplated pursuant to this Agreement and (ii) agree to comply with the terms of this Agreement applicable to Representatives.  Each Recipient agrees to take commercially reasonable efforts to safeguard the Confidential Information furnished by or on behalf of a Disclosing Party to such Recipient from disclosure except as specifically permitted hereunder and to exercise at least the same degree of care and controls that it uses to protect its own confidential and proprietary information of a similar nature.  Each Party agrees to be liable for any breach of the terms of this Agreement applicable to Representative by any of its respective Representatives.

      (c)    <u>Legally Required Disclosure</u>.  If disclosure by any Recipient of any part of the Confidential Information furnished by or on behalf of a Disclosing Party to such Recipient is required by Law, regulation, or legal, judicial, or administrative process (including an audit or examination by a regulatory authority or self-regulatory organization having regulatory authority over such Recipient), such Recipient will (i) inform each other Party, if legally permitted, as soon as is practicable prior to such disclosure, and (ii) will only disclose such information to the extent required by law in such Recipient's sole and absolute discretion (including redacting and withholding any portion of such information to the maximum extent permitted by law).  For the avoidance of doubt, the Parties acknowledge that OSU and WSU are subject to various public records laws, and accordingly, it is likely that some or all terms of this Agreement will be required to be disclosed pursuant to such laws.

      (d)    <u>Destruction of Confidential Information</u>.  Upon the written request of the Disclosing Party, each Recipient and its Representatives shall promptly destroy all Confidential Information furnished to such Recipient by or on behalf of such Disclosing Party; provided, however, that each Recipient and its Representatives may retain such copies of such Confidential Information as may be required for retention in connection with prosecuting or defending any claim against any other Party arising from or related to this Agreement or the Confidential Information, compliance with law, regulation, or internal document retention policies, or as may be retained by automatic data archiving and back-up procedures.  Any portion of such Confidential Information that is not returned or destroyed shall be kept confidential in accordance with the terms hereof.

PRIVILEGED AND CONFIDENTIAL

(e)     <u>Equitable Relief</u>.  It is understood and agreed that money damages would not be a sufficient remedy for any breach or threatened breach of this Agreement and that each non-breaching Party may be entitled to specific performance and injunctive or other equitable relief as a remedy for any such breach or threatened breach to the extent permitted by law and without proof of actual damages or the posting of any bond.  In the event that such equitable relief is granted, such remedy or remedies shall not be deemed to be the exclusive remedy or remedies for breach or threatened breach of this Agreement, but shall be in addition to all other remedies available at law or equity to each non-breaching Party, as applicable.

(f)     <u>No Representation or Warranty</u>.  Each Recipient acknowledges and agrees that all Confidential Information is being provided "as is" without any representation or warranty, express or implied, as to the accuracy or completeness thereof.  Only those representations and warranties which are made herein have any legal effect.  Except as otherwise provided in a subsequent definitive agreement, in no event shall any Disclosing Party be liable for any losses, damages, claims or expenses incurred or actions undertaken by any Recipient or its Representatives as a result of the receipt or use of any Confidential Information furnished to such Recipient by or on behalf of such Disclosing Party under this Agreement.

(g)     <u>Survival</u>.  The obligations of the Parties under this <u>Section 6.02</u> shall survive for a period of two years following the expiration or termination of this Agreement pursuant to <u>Article IV</u>.

**Section 6.03   Public Announcements**.  No Party shall, or shall permit its Affiliates or Representatives to, without the prior written consent of each other Party, make any press release or other public announcement concerning this Agreement or the transactions contemplated hereby (including the negotiation of the Definitive Agreement pursuant to <u>Article VIII</u>), in each case, except as and solely to the extent that any such Party shall be so obligated by Law, in which case such Party shall (i) first comply with the terms of <u>Section 6.02(c)</u> and (ii) to the extent disclosure remains required by applicable Law, cooperate with the other Parties and use commercially reasonable efforts to cause a release or announcement mutually agreeable to all Parties to be issued.  The Parties may however grant interviews and describe and answer questions regarding information that is not Confidential Information without being limited by the foregoing.

**ARTICLE VII.**
**TERMINATION FEES**

**Section 7.01   Termination Fees**.  The Parties acknowledge and agree that, as a result of the transactions contemplated by this Agreement (including the negotiation of a Definitive Transaction pursuant to <u>Article VIII</u>), (a) the Pac-12 Parties will be Recipients of valuable Confidential Information of MWC and will be afforded unique access to MWC Member Institutions that, in each case, the Pac-12 Parties would not otherwise be entitled, (b) were (x) the Pac-12 Parties to make an offer to less than all MWC Member Institutions to join Pac-12 as a Pac-12 member institution or (y) any Pac-12 Member Institution to join a conference other than the MWC or a Power Five Conference, in each case, in lieu of consummating the Definitive Transaction pursuant to <u>Article VIII</u>, MWC would suffer unique economic damages and losses which would be impracticable or extremely difficult to quantify.  Accordingly, as a material inducement to MWC's willingness to enter into and perform its obligations under this Agreement,

PRIVILEGED AND CONFIDENTIAL

the Pac-12 covenants and agrees that, if (A) at any time prior to the two year anniversary of the expiration or termination of this Agreement pursuant to Article IV (the "Withdrawal Fee Period"), the Pac-12 makes an offer to any MWC Member Institution (other than an offer to all MWC Member Institutions to join Pac-12 as Pac-12 member institutions in accordance with the terms of Section 8.01) to join the Pac-12 as a Pac-12 member institution or affiliate member, which any such MWC Member Institution accepts, or announces that it will accept, during the Withdrawal Fee Period (each such MWC Member Institution, an "Accepting MWC Member Institution"), the Pac-12 shall pay liquidated damages to MWC in the form of the a termination fee as set forth on Schedule 7 (the "Withdrawal Fee") or (B) at any time prior to the expiration or termination of this Agreement pursuant to Article IV, a Pac-12 Member Institution joins, or announces that it will join (in each case, as a member institution or affiliate member for a sport scheduled pursuant to this Agreement), a conference (including any newly formed conference) other than MWC or a Power Five Conference, such departing Pac-12 Party will pay MWC liquidated damages in the form of a termination fee equal to $5,500,000 (the "Departure Fee" and, together with the Withdrawal Fee, the "Termination Fees"). No Termination Fee shall be payable, however, if the MWC has dissolved, or a sufficient number of members have voted to cause it to dissolve, prior to the date of the offer (under subsection (A) of this paragraph) or the date of the acceptance or announced acceptance (under subsection (B) of this paragraph).

**Section 7.02   Liquidated Damages; Not a Penalty**.  The Parties acknowledge and agree that the Termination Fees are not penalties and are instead fair, reasonable and appropriate approximations of the losses that MWC may incur as a result of MWC's loss of any MWC Member Institution to Pac-12 and the failure to consummate the Definitive Transaction pursuant to Article VIII.  The Termination Fees shall be MWC's sole and exclusive remedy in respect of the matters described in Section 7.01.  Any Withdrawal Fee which becomes payable by the Pac-12 pursuant to clause (A) of Section 7.01 shall be due and payable to MWC in full in accordance with the terms of Section 2.03 no later than 30 days following the date each such Accepting MWC Member Institution accepts, or announces that it will accept, such offer.  Any Departure Fee which becomes payable by the departing Pac-12 Party pursuant to clause (B) of Section 7.01 shall be due and payable to MWC in full in accordance with the terms of Section 2.03 no later than 30 days of the earlier of the date such departing Pac-12 Party accepts, or announces that it will accept, such offer to join a conference other than the MWC or a Power Five Conference.

**Section 7.03   Termination**.  Notwithstanding anything to the contrary in this Agreement, if any Pac-12 Member Institution joins, or announces that it will join, a conference other than MWC prior to the expiration or termination of this Agreement pursuant to Article IV, this Agreement shall automatically terminate and be of no further force or effect with respect to the departing Pac-12 Member Institution on the first August 1 to occur thereafter; provided, however, that such Pac-12 Party's covenants, agreements and obligations that survive termination of this Agreement (including in respect of the Departure Fee, if triggered) shall survive in accordance with their respective terms.

**ARTICLE VIII.**
**DEFINITIVE TRANSACTION**

**Section 8.01   Definitive Transaction**.  From and after the Effective Date and through the expiration or termination of this Agreement pursuant to Article IV, the Parties will negotiate in

good faith the consummation, as promptly as reasonably practicable, of a definitive transaction to which all MWC Member Institutions join Pac-12 as Pac-12 member institutions with no MWC Exit Fee payable by any MWC Member Institution to MWC (the "Definitive Transaction").  The invitations, if made, would be effective as of the 2025-2026 NCAA season or the 2026-2027 NCAA season.

Section 8.02   **No Partnership; No Agency; No Joint Venture**.  Nothing contained herein shall be construed so as to constitute a partnership, agency or joint venture between or among any of the Parties.  Instead, the relationship between the Parties is at all times that of independent contracting Parties.  As between each other, each Party is fully responsible for all persons and entities it employs or retains, except as otherwise expressly provided in this Agreement.  Nothing contained in this Agreement shall be construed to require OSU or WSU to be governed by the MWC Bylaws.  Other than as expressly set forth in this Agreement, (a) MWC shall not have any rights to any distributions or revenues of the Pac-12 Parties and (b) the Pac-12 Parties shall not have any rights to any distributions or revenues of the MWC.

## ARTICLE IX.
## INDEMNIFICATION

Section 9.01   **Pac-12 Parties**.  The Pac-12 Parties shall individually indemnify and hold harmless MWC, its Affiliates, and each of its and their respective agents, employees, officers, directors, direct and indirect owners, representatives, successors and assigns (collectively, the "MWC Indemnitees"), from and against any and all claims, losses, costs, damages, expenses, demands, causes of actions and judgments (including reasonable legal costs and reasonable costs of attorney fees) ("Losses"), resulting from, imposed upon, asserted against or incurred by any MWC Indemnitee to the extent arising out of (a) any breach by that Pac-12 Party of any representation, warranty, obligation or agreement made by it under this Agreement, (b) the negligent or wrongful acts or omissions of that Pac-12 Party in connection with the exercise of such Pac-12 Party's rights or the performance of such Pac-12 Party's obligations hereunder, (c) any violation of Law by that Pac-12 Party in connection with the exercise of its rights or the performance of its obligations hereunder, except, in each case, to the extent such Losses were the direct result of the negligence, gross negligence or willful misconduct of such MWC Indemnitee, (d) any advertising, promotional copy, announcement or Pac-12 Intellectual Property supplied by that Pac-12 Party and that is inserted by MWC or any licensor of any MWC Media Rights in any Program incorporating MWC Media Rights (other than any claims for which MWC is required to indemnify any Pac-12 Indemnitee pursuant to Section 9.02), and (e) MWC's use of Pac-12 Intellectual Property pursuant to Section 3.02(b).

Section 9.02   **MWC**.  MWC shall indemnify and hold harmless Pac-12 Parties, their respective Affiliates, and each of their respective agents, members, employees, officers, directors, trustees, representatives, successors and assigns (collectively, the "Pac-12 Indemnitees"), from and against any and all Losses resulting from, imposed upon, asserted against or incurred by any Pac-12 Indemnitee to the extent arising out of (a) any breach by MWC of any representation, warranty, obligation or agreement made by it under this Agreement, (b) the negligent or wrongful acts or omissions of MWC in connection with the exercise of its rights or the performance of its obligations hereunder, (c) any violation of Law by MWC in connection with the exercise of its rights or the performance of its obligations hereunder, except, in each case, to the extent such

PRIVILEGED AND CONFIDENTIAL

Losses were the direct result of the negligence, gross negligence or willful misconduct of such Pac-12 Indemnitee, (d) any advertising, promotional copy, announcement or MWC Intellectual Property supplied by MWC or any MWC Indemnitee and that is inserted by any Pac-12 Party or any licensor of any Pac-12 Media Rights in any Program incorporating Pac-12 Media Rights (other than any claims for which MWC is required to indemnify any Pac-12 Indemnitee pursuant to Section 9.01), and (e) Pac-12's use of MWC Intellectual Property pursuant to Section 3.02(a).

Section 9.03   **Third Party Claims**.  If any Proceeding is made or commenced by any third party (a "Third Party Claim") against any Party that is entitled to be indemnified with respect thereto under Section 9.01 or Section 9.02 (as applicable, the "Indemnified Party"), the Indemnified Party shall give the Party obligated to provide the indemnity (as applicable, the "Indemnifying Party") prompt notice thereof; the failure to give such notice does not affect the liability of the Indemnifying Party under this Agreement except to the extent the failure materially and adversely affects the ability of the Indemnifying Party to defend the Third Party Claim. The Indemnifying Party has the right to assume the defense and resolution of the Third Party Claim, *provided*, that (a) the Indemnified Party has the right to participate in the defense of the Third Party Claim at its own expense through counsel of its choice, provided that control of the defense will remain with the Indemnifying Party, (b) the Indemnifying Party shall not consent to the entry of any judgment or enter into any settlement that would require any act or forbearance on the part of the Indemnified Party or which does not unconditionally release the Indemnified Party from all liability in respect of the Third Party Claim without the prior written consent of the Indemnified Party, (c) the Indemnified Party may undertake the defense of the Third Party Claim, at the Indemnifying Party's expense, if the Indemnifying Party fails promptly to assume and diligently to prosecute the defense, (d) Pac-12 Parties shall control any Third Party Claims relating to any of Pac-12 Parties Intellectual Property, (e) MWC shall control any Third Party Claims relating to any MWC Intellectual Property, and (f) with respect to any Third Party Claims relating to both Pac-12 Parties Intellectual Property and the MWC Intellectual Property, the Parties shall share the defense on issues relating to both Pac-12 Parties Intellectual Property and the MWC Intellectual Property

**ARTICLE X.**
**MISCELLANEOUS**

Section 10.01 **Survival**.  Except as otherwise expressly provided herein, all covenants, agreements and obligations of the Parties shall survive the termination or expiration of this Agreement in accordance with Article IV in accordance with their respective terms.

Section 10.02 **Notices**.  All notices and other communications to be given to any Party hereunder shall be sufficiently given for all purposes hereunder if in writing and delivered by hand, courier, or overnight delivery service, or three days after being mailed by certified or registered mail, return receipt requested, with appropriate postage prepaid, or when given by e-mail transmission (so long as no failure of delivery notice is received with respect to such transmission), and shall be directed to the address set forth below (or to such other address as such Party shall designate by like notice):

To MWC:

Gloria Nevarez

PRIVILEGED AND CONFIDENTIAL

Mountain West Conference
10807 New Allegiance Drive Suite 250
Colorado Springs, CO, 80921
Email: gnevarez@themw.com

With a copy to (which shall not constitute notice):

Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
Attention:   Jared Bartie
             Emerson Girardeau
Email:       jbartie@willkie.com
             egirardeau@willkie.com

To Pac-12:

Scott Petersmeyer
Pac-12 Conference
12647 Alcosta Blvd, 5th Floor
San Ramon, CA 94583
Email: spetersmeyer@pac-12.org

With a copy to (which shall not constitute notice):

Michael Sheetz
Cooley LLP
500 Boylston St.
Boston, MA 02116
Email: msheetz@cooley.com

To OSU:

Becca Gose
Office of the General Counsel
630 Kerr Admin Building
Corvallis, OR 97331
Email: Rebecca.gose@oregonstate.edu

With a copy to (which shall not constitute notice):

Timothy B. Crippen
Black Helterline LLP
805 S.W. Broadway, Suite 1900
Portland, OR 97205
Email: tim.crippen@bhlaw.com

PRIVILEGED AND CONFIDENTIAL

Eric MacMichael
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111
Email: emacmichael@keker.com

To WSU:

Pat Chun, Director of Athletics
Washington State University Athletics
PO Box 641602
Pullman, WA 99164-1602
Email: Patrick.chun@wsu.edu

With a copy to (which shall not constitute notice):

Nathan Deen
Office of the Attorney General
Washington State University
332 French Administration Building
PO Box 641031
Pullman, WA 99164-1031
Email: Nathan_deen@wsu.edu

**Section 10.03  Entire Agreement**.  This Agreement, together with any schedules, exhibits or annexes attached hereto, contain the entire understanding of the Parties with respect to the subject matter hereof, and supersede and cancel all prior agreements, negotiations, correspondence, undertakings and communications of the parties, oral or written, respecting such subject matter.

**Section 10.04  Amendment; Waiver**.  This Agreement may not be modified or amended except by an instrument or instruments in writing signed by all Parties.  MWC, on the one hand, or any Pac-12 Party, on the other hand, may waive compliance of such other Party or Parties, as applicable, with any term or provision of this Agreement to be performed or complied with by such Party or other Parties, as applicable.  The waiver by any Party or Parties of any breach of any term or provision of this Agreement shall not be construed as a waiver of any subsequent breach. No failure or delay by any Party in exercising any right or privilege hereunder shall operate as a waiver thereof nor shall any single or partial exercise thereof preclude any other or further exercise thereof or the exercise of any other right, power, or privilege.

**Section 10.05  Assignment; No Third-Party Beneficiaries**.  This Agreement and all the provisions hereof shall be binding upon and shall inure to the benefit of the Parties and their respective successors and permitted assigns.  This Agreement and the rights and obligations hereunder are not assignable by any Party without the prior written consent of all Parties.  Any attempted assignment without the prior written consent of all Parties shall be void and have no effect.  This Agreement is for the sole benefit of the Parties and their permitted successors and

- 16 -

PRIVILEGED AND CONFIDENTIAL

assigns.  Nothing herein express or implied shall give or be construed to give to any Person, other than the Parties and such permitted successors and assigns, any legal or equitable rights hereunder.

Section 10.06 **WAIVER OF JURY TRIAL**.  TO THE EXTENT NOT PROHIBITED BY LAW, THE PARTIES HEREBY WAIVE, AND COVENANT THAT THEY WILL NOT ASSERT, ANY RIGHT TO TRIAL BY JURY IN ANY ACTION ARISING IN WHOLE OR IN PART UNDER OR IN CONNECTION WITH THIS AGREEMENT OR ANY OF THE CONTEMPLATED TRANSACTIONS, WHETHER NOW EXISTING OR HEREAFTER ARISING, AND WHETHER SOUNDING IN CONTRACT, TORT OR OTHERWISE.  THE PARTIES AGREE THAT ANY OF THEM MAY FILE A COPY OF THIS PARAGRAPH WITH ANY COURT AS WRITTEN EVIDENCE OF THE KNOWING, VOLUNTARY, AND BARGAINED-FOR AGREEMENT AMONG THE PARTIES IRREVOCABLY TO WAIVE THEIR RIGHT TO TRIAL BY JURY IN ANY PROCEEDING WHATSOEVER BETWEEN OR AMONG ANY OF THEM RELATING TO THIS AGREEMENT OR ANY OF THE CONTEMPLATED TRANSACTIONS.

Section 10.07 **Specific Performance**.  The Parties hereby expressly recognize and acknowledge that immediate, extensive and irreparable damage would result, no adequate remedy at law would exist and damages would be difficult to determine in the event that any provision of this Agreement is not performed in accordance with its specific terms or otherwise breached.  It is hereby agreed that the Parties shall be entitled to specific performance of the terms hereof and immediate injunctive relief and other equitable relief, without the necessity of proving the inadequacy of money damages as a remedy, and the Parties further hereby agree to waive any requirement for the securing or posting of a bond or other undertaking in connection with the obtaining of such injunctive or other equitable relief.  Such remedies, and any and all other remedies provided for in this Agreement, shall, however, be cumulative in nature and not exclusive and shall be in addition to any other remedies whatsoever which any Party may otherwise have.  Each Party hereby acknowledges that the existence of any other remedy contemplated by this Agreement does not diminish the availability of specific performance of the obligations hereunder or any other injunctive relief.  The Parties further agree not to (a) oppose the granting, or raise any objection to the availability or granting, of the equitable remedy of specific performance or other equitable relief for any reason or on any basis or (b) assert that a remedy of specific enforcement is (i) unenforceable, invalid, contrary to Law or inequitable on the basis that a remedy of monetary damages would provide an adequate remedy for any breach of this Agreement or (ii) not an appropriate remedy for any reason at law or equity.  Each Party further acknowledges and agrees that injunctive relief and/or specific performance will not cause an undue hardship to such Party.

Section 10.08 **Counterparts**.  This Agreement may be executed in counterparts, all of which shall be considered one and the same agreement and shall become effective when counterparts have been signed by the Parties and delivered to each other Party.  Each Party may deliver its signed counterpart of this Agreement to the other Parties by means of facsimile, electronic mail or any other electronic medium utilizing image scan technology (including pdf or any electronic signature complying with the U.S. federal ESIGN Act of 2000), and such delivery will have the same legal effect as hand delivery of an originally executed counterpart.

Section 10.09 **Severability**.  If any provision of this Agreement or the application of any such provision to any Person or circumstance shall be held invalid, illegal or unenforceable in any

PRIVILEGED AND CONFIDENTIAL

respect by a court of competent jurisdiction, such invalidity, illegality or unenforceability shall not affect any other provision hereof. Upon any such determination, the Parties shall negotiate in good faith to modify this Agreement so as to effect the original intent of the parties as closely as possible in an acceptable manner in order that the transactions contemplated hereby be consummated as originally contemplated to the fullest extent possible.  If any provision of this Agreement is so broad as to be unenforceable, the provision shall be interpreted to be only so broad as is enforceable.

      **Section 10.10  Fees and Expenses**.  Each Party shall bear its own costs and expenses (including legal fees and expenses) incurred by such Party in connection with this Agreement and the transactions contemplated hereby and thereby.

      **Section 10.11  Guaranty**.  As a material inducement to MWC's entry into and performance of its obligations under this Agreement, Pac-12 hereby absolutely, irrevocably and unconditionally guarantees, for the benefit of MWC, if and when due, full and complete payment of any amounts owed by any Pac-12 Party to MWC under this Agreement, subject to and in accordance with the terms and conditions of this Agreement.  This Section 10.11, and Pac-12's obligations hereunder, shall survive the termination of this Agreement for the longest period permitted by applicable law.

      **Section 10.12  Force Majeure**.  No Party shall be liable or responsible to any other Party, nor be deemed to have defaulted under or breached this Agreement, for any failure or delay in fulfilling or performing any term of this Agreement, when and to the extent such failure or delay is caused by or results from acts beyond the affected party's reasonable control, including: (a) acts of God; (b) flood, fire, earthquake, or explosion; (c) war, invasion, hostilities (whether war is declared or not), terrorist threats or acts, riot, or other civil unrest; (d) order or Law of any Governmental Authority; (e) actions, embargoes, or blockades in effect on or after the date of this Agreement; (f) action by any Governmental Authority; (g) national or regional emergency; (h) strikes, labor stoppages or slowdowns, or other industrial disturbances; and (i) shortage of adequate power or transportation facilities (each, a "Force Majeure Event"). The Party suffering a Force Majeure Event shall immediately give notice of the Force Majeure Event to all other Parties, stating the period of time the occurrence is expected to continue and shall use diligent efforts to end the failure or delay and ensure the effects of such Force Majeure Event are minimized. Notwithstanding anything to the contrary set forth herein, (i) no Party shall be excused from paying when due any amounts arising prior to the occurrence of a Force Majeure Event and (ii) no Force Majeure Event shall excuse any Pac-12 Party from its obligation to pay any amounts due to MWC hereunder, whether arising prior to or following the occurrence of a Force Majeure Event, including any Termination Fees, but a Force Majeure Event may affect Participation Fees as provided in the sentence immediately following.  In the event that any Association Event is prevented or canceled by reason of a Force Majeure Event and the Parties are unable to reschedule such Association Event, the Parties shall use good faith efforts to mutually agree to reasonable adjustments to the applicable Participation Fee.

[Signature Pages Follow]

**IN WITNESS WHEREOF**, the Parties have caused this Agreement to be duly executed as of the Effective Date.

**MOUNTAIN WEST CONFERENCE**

By: _____

Name:  Gloria Nevarez

Title:  Commissioner

DocuSign Envelope ID: 40B71AD3-C972-448E-991A-48354539FDF9

**IN WITNESS WHEREOF**, the Parties have caused this Agreement to be duly executed as of the Effective Date.

**PAC-12 CONFERENCE**

By: _George Kliavkoff_____

     George Kliavkoff, Commissioner

PRIVILEGED AND CONFIDENTIAL

**IN WITNESS WHEREOF**, the Parties have caused this Agreement to be duly executed as of the Effective Date.

**OREGON STATE UNIVERSITY**

By: _____

Jayathi Murthy, President

[Signature Page to Scheduling Agreement]

PRIVILEGED AND CONFIDENTIAL

**IN WITNESS WHEREOF**, the Parties have caused this Agreement to be duly executed as of the Effective Date.

**WASHINGTON STATE UNIVERSITY**

By: _____

Leslie Brunelli, Executive Vice President
Finance and Administration

[Signature Page to Scheduling Agreement]

PRIVILEGED AND CONFIDENTIAL

## SCHEDULE 1

## FOOTBALL EVENT SCHEDULING

MWC has developed and will implement a 7+1 Football Scheduling Model incorporating OSU and WSU for the 2024 football season.  This involves removing one Conference game from the current 8-game league scheduling approach and replacing it with a nonconference game against either OSU or WSU.

1. OSU will play three home games and three road games against MWC institutions.

2. WSU will play three home games and three road games against MWC institutions.

3. Each MWC institution will play one home or away game against EITHER OSU or WSU.

4. The existing nonconference games currently on the schedule (Boise State vs. Oregon State; Washington State vs. San Diego State; San José State vs. Washington State) are protected and will remain on the 2024 schedule.  As part of the 7+1 model, Boise State, San Diego State and San José State will play a game against the opposite institution (BSU-WSU; SDSU-OSU; SJSU-OSU).  The existing nonconference games currently on the schedule (San Diego State vs. Washington State and Oregon State vs. Fresno State) are protected and will remain on the 2025 schedule.

5. MWC has constructed a two-year model, thus if the term of the Agreement were to continue for a second season in 2025 the MWC opponents for OSU and WSU would remain the same, but the home and away designations from the 2024 configuration would be reversed.

6. MWC will be responsible for referee, replay, and other necessary services for each MWC Football Home Game and the Pac-12 will be responsible for referee, reply, and other necessary services for each Pac-12 Football Home Game.  Governance, game management, and playing rules for MWC teams shall be administered by the MWC and subject to the Handbook of the MWC.  Governance, game management, and playing rules for Pac-12 teams shall be administered by the Pac-12 and subject to the Handbook of the Pac-12.  Discipline shall be administered by the conferences as to their respective member institutions.

7. The initial schedule match-ups for the 2024 season are as follows, subject to change:

| | | AF | BSU | CSU | NM | USU | WYO | FSU | UH | NEV | SDSU | SJSU | UNLV | OSU | WSU |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | A | NM | WYO | AF | CSU | BSU | CSU | AF | USU | BSU | BSU | AF | USU | AF | BSU |
| 2024 | A | WYO | UH | FSU | USU | CSU | NM | NM | FSU | USU | USU | CSU | UH | NEV | NM |
| 2024 | A | NEV | SJSU | NEV | UH | WYO | SJSU | NEV | SDSU | SJSU | WYO | FSU | SJSU | SDSU | FSU |
| 2024 | A | SDSU | UNLV | UNLV | OSU | SDSU | WSU | WSU | WSU | UNLV | WSU | OSU | OSU | OSU | OSU |
| 2024 | H | CSU | USU | NM | AF | NM | AF | CSU | BSU | AF | AF | BSU | BSU | CSU | USU |
| 2024 | H | FSU | NEV | USU | WYO | UH | BSU | NM | CSU | NM | WYO | FSU | SJSU | SJSU | WYO |
| 2024 | H | SJSU | SDSU | WYO | FSU | SDSU | USU | SJSU | NEV | FSU | UH | NEV | NEV | UNLV | UH |
| 2024 | H | OSU | WSU | SJSU | WSU | UNLV | SDSU | WSU | UNLV | OSU | OSU | UNLV | SDSU | | |

PRIVILEGED AND CONFIDENTIAL

## <u>SCHEDULE 2</u>

**BASKETBALL EVENT SCHEDULING**

Any Basketball Event schedule adopted by the mutual written consent of MWC, OSU and WSU shall be subject to the following terms and conditions:

1. The number of conference games will be subject to the mutual written agreement of the MWC, OSU and WSU.

2. The Parties will mutually agree in writing on whether OSU and WSU will be eligible to participate in the MWC Basketball Championship.

3. The Parties will mutually agree in writing on the sharing of NCAA basketball unit revenue earned based on Basketball Events.

4. The Parties will mutually agree in writing on whether MWC or Pac-12 will be responsible for referee, replay, and other necessary services for Basketball Events and whether MWC or Pac-12 (or both) will "sponsor" Basketball Events.

5. The Parties will mutually agree in writing on governance, playing rules and discipline with respect to Basketball Events.

PRIVILEGED AND CONFIDENTIAL

## SCHEDULE 3

**[Omitted]**

PRIVILEGED AND CONFIDENTIAL

## SCHEDULE 4

## MWC INTELLECTUAL PROPERTY

See attached.







PRIVILEGED AND CONFIDENTIAL

# **SCHEDULE 5**

## **PAC-12 INTELLECTUAL PROPERTY**

See attached.



# Oregon State University

| | | | | | | Verbiage |
|---|---|---|---|---|---|---|

| **Established:** 1868 | **Location:** Corvallis, OR | **Mascot:** Beavers | **Mascot Name:** Benny | **Conference:** Pac-12 |
|---|---|---|---|---|

Oregon State University ®    OSU ™    Beaver Nation ™
Oregon State ™    OSU Beavers ™    Beaver Fever ™
Beavers ™    Go Beavs! ™    Benny Beaver ™
Oregon State Beavers ®    Beaver Believer ™

| Orange | Black | White |
|---|---|---|
| **PANTONE 1665 C**<br>MADEIRA Rayon: 1078  Polyneon: 1678 | **PANTONE Process Black C**<br>MADEIRA Rayon: 1000  Polyneon: 1800 | **White**<br>MADEIRA Rayon: 1001  Polyneon: 1801 |

Approved University colors or the *PANTONE® colors listed on this page must be used. The colors on this page are not intended to match PANTONE color standards. For PANTONE color standards, refer to the current editions of the PANTONE color publications. *PANTONE® is a registered trademark of PANTONE, Inc.

**Primary Marks**

        

**Word Marks**

 

**Script Marks**

     

**Helmet Mark**     **Retro Benny**     **Military Appreciation**

# WASHINGTON STATE COUGARS—ATHLETIC IDENTITY

**PRIMARY MARK**

    

**SECONDARY MARK**

   

**PRIMARY WORDMARK**

WASHINGTON STATE
WASHINGTON STATE

WASHINGTON STATE
WASHINGTON STATE

WASHINGTON STATE
WASHINGTON STATE

WASHINGTON STATE
WASHINGTON STATE

**ADDITIONAL WORDMARKS**

COUGARS
COUGARS

WSU
WSU



COUGARS
COUGARS

WSU
WSU



COUGARS
COUGARS

WSU
WSU



COUGARS
COUGARS

WSU
WSU

**SPORT LOCKUP**

WASHINGTON STATE
FOOTBALL

COUGARS
FOOTBALL

WASHINGTON STATE
FOOTBALL

COUGARS
FOOTBALL

WASHINGTON STATE
FOOTBALL

COUGARS
FOOTBALL

WASHINGTON STATE
FOOTBALL

COUGARS
FOOTBALL



NUMBERS

| LEFT # | RIGHT # |
|--------|---------|
| 0 | 0 |
| 1 | 1 |
| 2 | 2 |
| 3 | 3 |
| 4 | 4 |
| 5 | 5 |
| 6 | 6 |
| 7 | 7 |
| 8 | 8 |
| 9 | 9 |

EXAMPLE: 99

OUTLINED NUMBERS

| LEFT # | RIGHT # |
|--------|---------|
| 0 | 0 |
| 1 | 1 |
| 2 | 2 |
| 3 | 3 |
| 4 | 4 |
| 5 | 5 |
| 6 | 6 |
| 7 | 7 |
| 8 | 8 |
| 9 | 9 |

EXAMPLE: 99

# WASHINGTON STATE COUGARS—ATHLETIC IDENTITY

GRAYSCALE GUIDE Print grayscale logos using screens of black.

BLACK AND WHITE GUIDE

ONE - COLOR GUIDE (BLACK / WHITE)

MECHANICAL ART*
For use as reproduction art. The keyline does not print.
For replicating jersey numerals, the keyline does not print.

|  | LEFT # | RIGHT # | LEFT # | RIGHT # |
|---|---|---|---|---|

**PRIMARY MARK**

   

**SECONDARY MARK**

    

**PRIMARY WORDMARK**

WASHINGTON STATE
WASHINGTON STATE

WASHINGTON STATE
WASHINGTON STATE
WASHINGTON STATE
WASHINGTON STATE

WASHINGTON STATE
WASHINGTON STATE
WASHINGTON STATE
WASHINGTON STATE

WASHINGTON STATE
WASHINGTON STATE

**ADDITIONAL WORDMARKS**

COUGARS
COUGARS

WSU
WSU



COUGARS COUGARS
COUGARS COUGARS

WSU      WSU
WSU      WSU

COUGARS COUGARS
COUGARS COUGARS

WSU      WSU
WSU      WSU

COUGARS
COUGARS

WSU
WSU

    

**SPORT LOCKUP**

WASHINGTON STATE
F O O T B A L L
COUGARS
F O O T B A L L

WASHINGTON STATE
F O O T B A L L
WASHINGTON STATE
F O O T B A L L
COUGARS
F O O T B A L L
COUGARS
F O O T B A L L

WASHINGTON STATE
F O O T B A L L
WASHINGTON STATE
F O O T B A L L
COUGARS
F O O T B A L L
COUGARS
F O O T B A L L

WASHINGTON STATE
F O O T B A L L
COUGARS
F O O T B A L L

| LEFT # | RIGHT # | LEFT # | RIGHT # |
|---|---|---|---|
| 0 | 0 | 0 | 0 |
| 1 | 1 | 1 | 1 |
| 2 | 2 | 2 | 2 |
| 3 | 3 | 3 | 3 |
| 4 | 4 | 4 | 4 |
| 5 | 5 | 5 | 5 |
| 6 | 6 | 6 | 6 |
| 7 | 7 | 7 | 7 |
| 8 | 8 | 8 | 8 |
| 9 | 9 | 9 | 9 |

# WASHINGTON STATE COUGARS—ATHLETIC IDENTITY

## VERBIAGE

Washington State ®
Cougars ®
WSU ™

| COLORS File usage | PANTONE Spot printing | C/M/Y/K 4c printing | R/G/B Video | GRAYSCALE B/W printing | HTML Web | TEXTILE Garments | COATS Embroidery | MADEIRA Embroidery | ROBISON-ANTON Embroidery |
|---|---|---|---|---|---|---|---|---|---|
| Crimson | PMS 201 C | 0/100/65/34 | 152/30/50 | 100% | 9D2235 | PMS 19-1543 TC | 3961 | 1181 | 2376 |
| Gray | PMS Cool Gray 11 C | 44/34/22/77 | 83/86/90 | 60% | FFC72C | PMS 14-1159 TC | 2478 | 1172 | 2396 |
| White | no ink (or use Opaque White) | 0/0/0/0 | 255/255/255 | 0% | FF FF FF | PMS 11-0601TC | 0001 | 1005 | 2297 |
| Black | PANTONE Process Black C | 0/0/0/100 | 44/42/41 | 100% | 2C2A29 | PMS 18-4005 TC | 9654 | 1041 | 2407 |
| Silver | PMS Metallic 877 | 0/0/0/40 | 214/214/209 | 40% | A5ACAF | PMS 14-5002 TC | 9633 | 1087 | Aluminum (J Metallic) |
| Anthracite *Accent color only | PMS 440 C | 63/62/59/88 | 56/46/44 | 60% | 382E2C | PMS 089-4205 TC | 8772 | 1241 | 2565 |

## WSU LOGO SLICK

Washington State University has delegated the responsibility for this program to the Department of Intercollegiate Athletics (Trademark Licensing Program). A formal Licensing program has been established to insure Washington State University's control of its identity; facilitate the process of securing authorization for legitimate third party uses; and to insure that WSU secures a legitimate royalty from the promotional use of the marks.

Trademark Licensing Program
P.O. Box 641227
Pullman, WA 99164-1227
Phone: (509) 335-2202
Fax: (509) 335-8734

Reproduction of any logos or wordmarks is prohibited without the approval of Washington State University.

Reproduction of any logos or wordmarks is prohibited without the approval of Washington State University.
The logos and wordmarks are registered marks of Washington State University and must include the ® or ™ designation whenever they are used.

*These versions are different from the grayscale versions or the color mechanical art and should ONLY be employed for Arizona State University approved one-color uses, such as etching, embossing, and tonal applications.

The colors shown on this page have not been evaluated by Pantone, Inc. for accuracy and may not match the PANTONE Color Standards. Consult current PANTONE Publications for accurate color.
The color and grayscale guides shown here are for reference only. Use the mechanical/art for actual reproduction. When printing with process colors, use only the process color specifications listed on this slick.
The one-color art is for limited use only; prior approval is required.

PRIVILEGED AND CONFIDENTIAL

## **SCHEDULE 6**

### **MWC MEMBER INSTITUTIONS**

1.      Air Force

2.      Boise State

3.      Colorado State

4.      Fresno State

5.      Hawaii

6.      Nevada

7.      New Mexico

8.      San Diego State

9.      San Jose State

10.     UNLV

11.     Utah State

12.     Wyoming

PRIVILEGED AND CONFIDENTIAL

## SCHEDULE 7

## WITHDRAWAL FEE

The Pac-12 Parties shall pay MWC a Withdrawal Fee in accordance with this Schedule 7 for each Accepting MWC Member Institution during the Withdrawal Fee Period. For purposes of illustration, and not limitation, the "Aggregate Withdrawal Fee" column represents the aggregate Withdrawal Fee payable by the Pac-12 Parties to MWC relative to the total number of Accepting MWC Member Institutions during the Withdrawal Fee Period.

| Accepting MWC Member Institutions | Withdrawal Fee | Aggregate Withdrawal Fees |
|---|---|---|
| Accepting MWC Member Institution #1 | $10,000,000 | $10,000,000 |
| Accepting MWC Member Institution #2 | $10,500,000 | $20,500,000 |
| Accepting MWC Member Institution #3 | $11,000,000 | $31,500,000 |
| Accepting MWC Member Institution #4 | $11,500,000 | $43,000,000 |
| Accepting MWC Member Institution #5 | $12,000,000 | $55,000,000 |
| Accepting MWC Member Institution #6 | $12,500,000 | $67,500,000 |
| Accepting MWC Member Institution #7 | $13,000,000 | $80,500,000 |
| Accepting MWC Member Institution #8 | $13,500,000 | $94,000,000 |
| Accepting MWC Member Institution #9 | $14,000,000 | $108,000,000 |
| Accepting MWC Member Institution #10 | $14,500,000 | $122,500,000 |
| Accepting MWC Member Institution #11 | $15,000,000 | $137,500,000 |

PRIVILEGED AND CONFIDENTIAL

## EXHIBIT A

## DEFINED TERMS

"<u>Affiliate</u>" means, when used with respect to any Person, any Person directly or indirectly Controlling, Controlled by, or under common Control with such Person.

"<u>Affiliate Member</u>" means, membership in the MWC only for the purposes of men's and woman's basketball and with a single vote on the MWC board of directors with respect to matters relating thereto.

"<u>Association Event</u>" means any Football Event, Basketball Event, Other Sports Event or any other Event scheduled in connection with this Agreement between any MWC Team, on the one hand, and any Pac-12 Team, on the other hand.

"<u>CFP</u>" means CFP Administration LLC.

"<u>Control</u>," including its corollaries, "<u>Controlling</u>", "<u>Controlled by</u>" or "<u>under common Control with</u>", means the possession, directly or indirectly, of the power to direct or cause the direction of management or policies (whether through ownership of securities or any partnership or other ownership interest, by contract or otherwise) of a Person.

"<u>Event</u>" means, as applicable, each individual football game, basketball game, Olympic sports event or other competitive event.

"<u>Governing Documents</u>" means the organizational and governing documents of any Person that is not a natural person, including, as applicable, certificates of incorporation or formation, bylaws, memorandum, articles of association and similar organizational documents.

"<u>Governmental Authority</u>" means any (a) nation, region, state, county, city, town, village, district or other jurisdiction, (b) federal, state, commonwealth, local, municipal, foreign or other government, (c) department, agency or instrumentality of a foreign or other government, including any state-owned or state controlled instrumentality of a foreign or other government, (d) governmental or quasi-governmental authority of any nature (including any governmental agency, branch, department or other entity and any court or other tribunal), (e) public international organization or multinational organization or (f) body exercising, or entitled to exercise, any administrative, executive, judicial, legislative, police, regulatory or taxing authority or power of any nature.

"<u>Intellectual Property</u>" means any and all intellectual property and related proprietary rights arising in any jurisdiction throughout the world, including (a) trademarks, service marks, trade names, logos, slogans, trade dress, corporate names and similar indicia of source of origin, all registrations and applications for registration thereof, and the goodwill connected with the use of and symbolized by the foregoing and common law rights thereto ("<u>Trademarks</u>"); (b) copyrights and all registrations and applications for registration thereof and any other rights in works of authorship, including rights in software; (c) internet domain name registrations and social media identifiers and accounts; (d) industrial designs and any registrations and applications therefor, (e) trade secrets and know-how; and (f) rights of privacy and publicity.

PRIVILEGED AND CONFIDENTIAL

"Law" or "Laws" means any constitution, law, statute, treaty, rule, directive, requirement, regulation or order of, or promulgated by, any Governmental Authority.

"Media Rights" means all rights to negotiate, broadcast, and disseminate radio, television, motion picture, internet, webcast, and videotape broadcasting, telecasting, production, exhibition, or other sound, or visual exploitation of any Event, on a live or delayed basis, by any means whatsoever, whether now known or hereafter developed; or otherwise distribute and exploit any Event or any portion thereof in any manner in all forms of such media.

"MWC Bylaws" means the Bylaws of the MWC, as the same may be amended or otherwise modified from time to time.

"MWC Exit Fee" means the Exit Fee (as defined in the MWC Bylaws) and other fees payable upon the resignation of a Member (as defined in the MWC Bylaws) from membership in MWC.

"MWC Football Team" means any football team that is an MWC Team.

"MWC Football Home Game" means an Event played by any MWC Football Team during the Term where such MWC Football Team has the right to designate the location of such Event or where the location of such Event is otherwise considered a MWC Football Team home game (or term of similar import) for purposes of NCAA Rules.

"MWC Intellectual Property" means all Intellectual Property of MWC or any of their respective Affiliates, as applicable.

"MWC Media Rights" means all Media Rights of MWC, any MWC Member institution or any of their respective Affiliates, as applicable, including with respect to any Association Event, except as otherwise expressly provided in Section 3.01(a).

"MWC Member Institution" means a member institution of the MWC set forth on Schedule 6.

"MWC Team" means any college sports or athletics team (including any football team, basketball team, Olympic events team or otherwise) that is a member of or associated with MWC, other than any association of any Pac-12 Team with MWC arising from the transactions contemplated pursuant to this Agreement.

"NCAA" means the National College Athletics Association and any successor organization thereto.

"NCAA Rules" means the rules, regulations and bylaws of the NCAA, including with respect to conference, school, team or Event standing or scheduling, as applicable.

"Pac-12 Football Home Game" means an Event played by any Pac-12 Football Team during the Term where such Pac-12 Football Team has the right to designate the location of such Event or where the location of such Event is otherwise considered a Pac-12 Football Team home game (or term of similar import) for purposes of NCAA Rules.

PRIVILEGED AND CONFIDENTIAL

"Pac-12 Football Team" means any football team that is a Pac-12 Team.

"Pac-12 Intellectual Property" means all Intellectual Property of any Pac-12 Party or any of their respective Affiliates, as applicable.

"Pac-12 Media Rights" means all Media Rights of any Pac-12 Party, a Pac-12 Member Institution or any of their respective Affiliates, as applicable, including with respect to any Event but not including Media Rights arising out of any Association Event, except for any Pac-12 Retained Football Event.

"Pac-12 Member Institution" means OSU and WSU.

"Pac-12 Team" means any college sports or athletics team (including any football team, basketball team, Olympic events team or otherwise) that is a member of or associated with Pac-12 as of August 1, 2024, other than any association of any MWC Member Institution with Pac-12 arising from the transactions contemplated pursuant to this Agreement.

"Person" means a natural person, an estate or a corporation, partnership, joint venture, limited partnership, limited liability company, Governmental Authority, trust, unincorporated organization or association.

"Power Five Conference" means any of the Athletic Coast Conference, the Big 10 Conference, the Big 12 Conference or the NCAA Southeastern Conference.

"Proceeding" means any action, suit, investigation, litigation, proceeding, arbitration, dispute, complaint, claim, charge, hearing, labor dispute, inquiry or investigation before or by a Governmental Authority or an arbitrator.

"Program" means any transmission, broadcast, distribution or exhibition by any and all methods of visual and audiovisual media distribution, including via cable, wire or fiber of any material, direct broadcast satellite, internet protocol television, wireless, open video systems, over-the-air, telecast, broadcast, in any frequency band and any format, taping, recording or other storage on tape, disc or any other means of data retention for subsequent replay (whether now existing or developed in the future), master antenna, satellite master antenna, full power or low power transmission, in any other form of resolution or enhanced transmission, closed-circuit transmission, single and multichannel multipoint distribution service and satellite transmission on any basis, including broadcast, subscription, pay-per-view, video on demand or any other time shifting platforms or in any other form of telecast that may be developed during the Term.

"Representative" means any Party's respective directors, officers, members, partners, employees, attorneys, accountants or agents.

PRIVILEGED AND CONFIDENTIAL

# EXHIBIT B

## MWC INTELLECTUAL PROPERTY USAGE GUIDELINES

See attached.



 **CONTENTS**



Introduction . . . . . . . . . . . . . . . . . . . . . . 3
Official Colors . . . . . . . . . . . . . . . . . . . . . 4
Primary Mark . . . . . . . . . . . . . . . . . . . . . 5
Wordmark . . . . . . . . . . . . . . . . . . . . . . . 6
Mountain West Network Mark . . . . . . . . . . 7
At The Peak Marks . . . . . . . . . . . . . . . . . 8
MW Graduate Patch . . . . . . . . . . . . . . . . 9
Proper Usage . . . . . . . . . . . . . . . . . . . . . 10
Improper Usage . . . . . . . . . . . . . . . . . . . 11
Expired Logos and Acronyms . . . . . . . . . . 12
Fonts . . . . . . . . . . . . . . . . . . . . . . . . . . 13
Sport-Specific Strategies . . . . . . . . . . . . 14-17
    Football . . . . . . . . . . . . . . . . . . . . . . . . . 15
    Men's & Women's Basketball . . . . . . . . . . . . . 16
    Other Sports . . . . . . . . . . . . . . . . . . . . . . 17
Uniform Applications . . . . . . . . . . . . . . 18-24
    Football . . . . . . . . . . . . . . . . . . . . . . . . . 19
    Men's & Women's Basketball . . . . . . . . . . . . . 20
    Volleyball . . . . . . . . . . . . . . . . . . . . . . . . 21
    Baseball . . . . . . . . . . . . . . . . . . . . . . . . . 22
    Softball . . . . . . . . . . . . . . . . . . . . . . . . . 23
    Women's Soccer . . . . . . . . . . . . . . . . . . . . 24
    Other Sports . . . . . . . . . . . . . . . . . . . . . . 25
School Specific Marks . . . . . . . . . . . . . . 26-38



# INTRODUCTION

Based on feedback collected from athletic directors, university presidents, athletics administrators, fans, alumni and donors from every Mountain West institution, the terms that define the MW are:

## OPPORTUNITY

Students and student-athletes have the ability to pursue their dreams in a way not possible elsewhere.

## INTEGRITY

MW athletic programs not only win on and off the field, they win the right way.

## COMPETITION

MW institutions lend themselves to natural in-conference rivalries and provide a platform for being competitive on a national level.

## DESTINATIONS

Universities of the MW are located in some of the nation's top destinations.

## HERITAGE

Six of the 12 member institutions have been competing in football for more than 100 years.

# OFFICIAL COLORS

## Official Colors

The Mountain West has changed its purple and silver to reflect a bolder color palette that also provides consistent color across a variety of applications.

This chart shows the proper values for each color system for print, screen, and embroidery.



PANTONE®
268

PANTONE®
Cool Grey 6



| Pantone® Number | |
| --- | --- |
| 268 | Cool Grey 6 |

| CMYK Values | |
| --- | --- |
| 86C 100M 0Y 12K | 18C 11M 8Y 23K |

| RGB Values | |
| --- | --- |
| 79R 45G 127B | 173R 175G 175B |

| HTML Number | |
| --- | --- |
| 4F2D7F | AFAFAF |

| Madeira Thread Colors | |
| --- | --- |
| 1112 | 1011 |

| Grayscale Values | |
| --- | --- |
| 100% Black | 45% Black |



# PRIMARY MARK

## Primary Mark
## "The Rock"

The primary marks consists of the Mountain West "MW" icon. We call it "The Rock". It is our preferred mark for most purposes.

With the geographic expansion of the Mountain West over the years, we now show an equal treatment of "Mountain" and "West".

The new logo has an updated color scheme for added stopping power and ease of reproduction. The "M" and "W" have been designed to read upside down for court and field use.

The "M" should always be the primary/darker color and the "W" should be the secondary/lighter color.

Versions have been created for print screen displays, as well as for dark backgrounds or simple one-color printing.

*Note: The trademark symbol (™) must always accompany the logo.*




DARK BACKGROUNDS OR PHOTOGRAPHS


BLACK AND WHITE PRINTING


ONE COLOR IMPRINTING OR SILK SCREENING
(DARK INK ON A LIGHT BACKGROUND)


ONE COLOR IMPRINTING OR SILK SCREENING
(LIGHT INK ON A DARK BACKGROUND)



# WORDMARK

## Wordmark

The wordmark contains the conference name in addition to the "The Rock". It may be used for applications where the logo may be seen outside of the context of college athletics. Examples would be charity sponsorship signage or executive business cards where the viewer may or may not be a college sports fan.

*Note: The trademark symbol (™) must always accompany the logo.*




DARK BACKGROUNDS OR PHOTOGRAPHS


BLACK AND WHITE PRINTING


ONE COLOR IMPRINTING OR SILK SCREENING
(DARK INK ON A LIGHT BACKGROUND)


ONE COLOR IMPRINTING OR SILK SCREENING
(LIGHT INK ON A DARK BACKGROUND)

 **MOUNTAIN WEST NETWORK**

## Mountain West Network

The Mountain West Network logo contains the network name in addition to the "The Rock". It may be used for streams and videos which are produced by the Mountain West Network staff in the Conference office or on campus.





DARK BACKGROUNDS OR PHOTOGRAPHS



ONE COLOR ON A LIGHT BACKGROUND



ONE COLOR ON A DARK BACKGROUND

 7

 **AT THE PEAK MARKS**

From the shores of the Pacific coast and the waves of the shining sea … to the purple mountains and the majesty of the west … you'll find the Mountain West Conference, at the peak of excellence.

Through a gateway of opportunity which leads to academic and personal growth that is beyond compare, our students learn at the peak of achievement.

With unrivaled landscapes that provide a quality of life unlike any in the country, you'll find us immersed at the peak of nature's splendor.

As you witness us not only win, but win the right way, you'll find us competing at the peak of integrity.

With 12 institutions nestled in the nation's most desirable destinations, you'll see us enjoying life at the peak of celebration.

And as our more than 5,000 student-athletes take the field of play with unequaled passion, you'll find us performing at the peak of competition.

The Mountain West is… At the Peak.



FOR USE ON WHITE



FOR USE ON WHITE



FOR USE ON PRIMARY COLOR



FOR USE ON PRIMARY COLOR



FOR USE ON SECONDARY COLOR



FOR USE ON SECONDARY COLOR

Case 5:24-cv-06685-SVK   Document 1-1   Filed 09/24/24   Page 46 of 107



# MW GRADUATE PATCH

## Graduate Patch

The graduate patch contains the "Graduate" ribbon underneath the "The Rock". It may be worn on uniforms by student-athletes who have completed their undergraduate program and are pursuing a postgraduate degree.





# PROPER USAGE

## Proper Usage

Consistent proper use of the Mountain West logo is the key to establishing the new identity. As an unfamiliar mark, we must do all we can to make sure it looks the same wherever it is shown.

An important part of showing the new logo is to make sure it has its own dedicated space. To this end, a safety area is created around the logo in which no other elements may be placed. The lone exception to this rule is when the Mountain West logo becomes attached to a championship series logo.

A wide variety of logo files have been created. Please use each one for its intended purpose.



*Safety margin is equal to the downward stroke of the "M"*



*Safety margin*



*Safety margin*



*Proper use on white background*



*Proper use on light background*



*Proper use on photograph*



*Proper use on dark background*



# IMPROPER USAGE

## Improper Usage

This page illustrates a few incorrect ways of using the logo. Please do not change the logo to unapproved colors or reconfigure/redesign the logo.

Some photographs have a lot of contrast and can be troublesome when choosing which logo to use. When in doubt, use the reversed logo to ensure that the MW has a white outline. Better yet, place the logo in an area of the photograph with lower contrast—or outside of the photograph altogether.



Do not change color



Do not reconfigure icon and text



Do not use type without icon after June 2011



Do not rotate



Improper use on dark background



Improper use on light background



Improper use on photograph



Do not crop




# EXPIRED LOGOS & ACRONYMS

## THESE LOGOS AND ACRONYMS ARE NOT TO BE USED UNDER ANY CIRCUMSTANCE.









# MWC   Mtn. West   Mt. West





# FONTS

## FONTS

The Trade Gothic font family is the preferred choice for all Mountain West communications. Some applications like websites or Powerpoint documents do not allow font embedding, so Helvetica or Arial may be used as a replacement.

You may purchase a license to use and download Trade Gothic at the ITC website: www.itcfonts.com.

Industry is the main font for use with the "At The Peak" campaign.

Trade Gothic Regular
abcdefghijklmnopqrstuvwxyz1234567890!@#$%&
ABCDEFGHIJKLMNOPQRSTUVWXYZ

**Trade Gothic Bold No. 2**
**abcdefghijklmnopqrstuvwxyz1234567890!@#$%&**
**ABCDEFGHIJKLMNOPQRSTUVWXYZ**

Helvetica Regular
abcdefghijklmnopqrstuvwxyz1234567890!@#$%&
ABCDEFGHIJKLMNOPQRSTUVWXYZ

**Helvetica Bold**
**abcdefghijklmnopqrstuvwxyz1234567890!@#$%&**
**ABCDEFGHIJKLMNOPQRSTUVWXYZ**

Arial Regular
abcdefghijklmnopqrstuvwxyz1234567890!@#$%&
ABCDEFGHIJKLMNOPQRSTUVWXYZ

**Arial Bold**
**abcdefghijklmnopqrstuvwxyz1234567890!@#$%&**
**ABCDEFGHIJKLMNOPQRSTUVWXYZ**

Industry Medium
abcdefghijklmnopqrstuvwxyz1234567890!@#$&
ABCDEFGHIJKLMNOPQRSTUVWXYZ

**Industry Ultra**
**abcdefghijklmnopqrstuvwxyz1234567890!@#$%&**
**ABCDEFGHIJKLMNOPQRSTUVWXYZ**





# SPORT-SPECIFIC STRATEGIES

## FOOTBALL

- All institutions will incorporate the Mountain West logo on their football field.
  - Logo should be centered on the 25 yard line facing the stands on each side of the field.
  - For those that paint weekly on the field, the Mountain West will supply field stencils from Missouri Turf Paint.
  - The logo should be utilized in official Mountain West colors (or institutional colors) with white outline and placed on the 25-yard lines, facing the pressbox (purple or primary institutional color "M" should be on the left side from the press box vantage point), between the numbers and the hashes as illustrated on page 27.
  - The size of the MW logo on the field should be 21' high by 20' wide.

- Chain crew personnel must wear Mountain West chain crew vests and hats.

- Ball persons must wear Mountain West T-shirts and hats.

- All football teams must wear Mountain West Uniform Patches.

- All football teams must place a Mountain West logo decal on the back of their helmets.

- Coaches apparel should include the Mountain West logo.

- Each institution must place a full-page Mountain West advertisement in game programs (black and white) that will be supplied by the conference.

- Each institution must place full-page bowl game or television partner advertisement (at the Mountain West's discretion) in game programs (black and white that will be supplied by the Mountain West.

- The Mountain West logo must be displayed on cover of all publications, including media guides, schedule cards, posters, etc.

- Each institution will use best efforts to run Mountain West PSAs on local television broadcasts.

- Each institution must run Mountain West PSAs on video boards (if available).

- Each institution must run Mountain West audio PSA on radio network games.





# SPORT-SPECIFIC STRATEGIES

## MEN'S & WOMEN'S BASKETBALL

- All institutions will incorporate the Mountain West logo facing the camera on the playing surface of their basketball court. Final location to be approved by the MW offce.

- Each institution must use Mountain West-issued apparel for individuals on the scorer's table at every men's and women's game.

- Each institution must use Mountain West Slipp-Notts for every men's and women's game.

- Each institution must wear Mountain West logo on back tag location above the name on the uniform jersey (as appropriate per NCAA guidelines).

- Coaches apparel should include the Mountain West logo.

- To promote championship ticket sales, each institution must show the official championship logo and dates on the scorer's table signage/digital fascia or hang banners in other highly-visible locations throughout the year.

- Each institution must read Mountain West PA announcements promoting the basketball tournaments and ticket sales at their institution.

- Each institution must run Mountain West radio spots promoting the tournament and ticket sales at their institution.

- Each institution must place a full-page Mountain West game program ad promoting the tournament and ticket sales at their institution.

- Each institution must run television/video spots to promote the tournament on in-arena video boards or on local television broadcasts.

- Each institution must place the Mountain West logo on cover of all basketball publications, including media guides, schedule cards, posters, etc.





# SPORT-SPECIFIC STRATEGIES

## OTHER SPORTS

• All institutions shall:
  • Incorporate the Mountain West logo ("The Rock") on all playing surfaces facing television cameras.
  • Place one decal on the back of all baseball, football and softball helmets.
  • Cross country, golf, swimming & diving, tennis and track & field teams should feature one 1.5" x 1.5" conference logo prominently somewhere on team apparel (uniforms OR warm-up gear). The preferred placements of "The Rock" logo on game uniforms or warm-up gear are located in the table on page 21.
  • Incorporate the Mountain West logo on cover of all publications, including media guides, schedule cards, posters, etc.
  • Use best efforts to incorporate the Mountain West logo on golf hats, tennis visors, baseball and softball caps.
  • Place one Mountain West logo on a prominent location of game uniforms OR warm-ups as per the uniform applications listed on pages 19-25.
  • Display Mountain West banners or presence in-arena.

## OTHER EXPOSURE ELEMENTS

• The Mountain West logo and a link to www.themw.com must be prominently displayed on each institution's website.

• When speaking of the league, endeavor to promote the Mountain West. Rather than saying "This is a tough conference.", state such things as "The Mountain West is..."

• Strongly consider cross-promotional elements, such as putting the Mountain West logo on the sleeve of golf shirts with your official logo on the left chest.

• Mountain West logo on tickets (best efforts).

• Mountain West logo and website address in season ticket brochures and other mailings to booster club members and season ticket holders.

• Incorporate the Mountain West logo in backdrop banners for all interviews.

• Utilize Mountain West microphone flags for all press conferences.

• Incorporate Mountain West logo on social media graphics. Collaborate with the Mountain West to share each other's posts on social media channels.



UNIFORM APPLICATIONS



# UNIFORM APPLICATIONS

## FOOTBALL

**MARK USAGE**
The examples show the proper use of "The Rock" logo on football uniforms and the back of helmets.

"The Rock" logo, in official Mountain West or institutional colors, shall be placed on the right chest of the uniform. Patches provided by the Mountain West office should be 2.25" x 2.25" in size.

"The Rock" decal, in institutional colors, will be placed on the left backside of the helmet. The logo should be approximately 1.5" x 1.5" in size. Decals are provided by the Mountain West office.

- If needed, patches can be provided by the Mountain West office.

- If an institution chooses to have "The Rock" logo direct-embroidered by the manufacturer, the size should be 2.25" x 2.25". Institutions who choose to display "The Rock" logo in institutional colors should communicate this to the manufacturer.

- Instead of a patch, a heat seal logo option can be utilized at the discretion of the equipment manager. The heat seal logo option will be an institutional responsibility to produce.






# UNIFORM APPLICATIONS

## MEN'S & WOMEN'S BASKETBALL

**MARK USAGE**
The examples show the proper use of "The Rock" logo on basketball uniforms.

The logo shall be heat sealed on the "tag" location, below the neck on the back of the game uniform.

Logo should be 1.5" x 1.5" in size.

- If needed, patches can be provided by the Mountain West office.

- Instead of a patch, a heat seal logo option can be utilized at the discretion of the equipment manager. The heat seal logo option will be an institutional responsibility to produce.



BACK



# UNIFORM APPLICATIONS

## VOLLEYBALL

**MARK USAGE**
The examples show the proper use of
"The Rock" logo on volleyball uniforms.

The preferred placement of "The Rock" logo
on game uniforms are right sleeve in the case
of long sleeve jerseys or in the case of short
sleeves, below the neck on the back of the game
uniform as shown.

Logo should be 1.5" x 1.5" in size.

• If needed, patches can be provided by the
Mountain West office.

• Instead of a patch, a heat seal logo option
can be utilized at the discretion of the
equipment manager. The heat seal logo option
will be an institutional responsibility to
produce.







# UNIFORM APPLICATIONS

## BASEBALL

**MARK USAGE**
The examples show the proper use of
"The Rock" logo on baseball uniforms.

The preferred placements of "The Rock" logo on
game uniforms are right sleeve in the case of
short sleeve jerseys or right chest in the case of
sleeveless uniforms as shown. Logo should be
approximately 2.25" x 2.25" in size.

The preferred location for a batting helmet
sticker is the left backside of the helmet. Logo
should be approximately 1.5" x 1.5" in size.

Usage of the logos on hats/visors/caps will be at
institutional discretion.

• If needed, patches can be provided by the
Mountain West office.

• Instead of a patch, a heat seal logo option
can be utilized at the discretion of the
equipment manager. The heat seal logo option
will be an institutional responsibility to
produce.





# UNIFORM APPLICATIONS

## SOFTBALL

**MARK USAGE**
The examples show the proper use of "The Rock" logo on softball uniforms.

The preferred placements of "The Rock" logo on game uniforms are right sleeve in the case of short sleeve jerseys or right chest in the case of sleeveless uniforms as shown. Logo should be approximately 2.25" x 2.25" in size.

The preferred location for a batting helmet sticker is the left backside of the helmet. Logo should be approximately 1.5" x 1.5" in size.

Usage of the logos on hats/visors/caps will be at institutional discretion.

- If needed, patches can be provided by the Mountain West office.

- Instead of a patch, a heat seal logo option can be utilized at the discretion of the equipment manager. The heat seal logo option will be an institutional responsibility to produce.







# UNIFORM APPLICATIONS

## WOMEN'S SOCCER

**MARK USAGE**
The examples show the proper use of "The Rock" logo on soccer uniforms.

The preferred placements of "The Rock" logo on game uniforms are right sleeve of jerseys as shown. Logo should be approximately 2.25" x 2.25" in size.

- If needed, patches can be provided by the Mountain West office.

- Instead of a patch, a heat seal logo option can be utilized at the discretion of the equipment manager. The heat seal logo option will be an institutional responsibility to produce.





# UNIFORM APPLICATIONS

**CROSS COUNTRY**
**GOLF**
**SWIMMING & DIVING**
**TENNIS**
**TRACK & FIELD**

**MARK USAGE**
These sports should feature one 1.5" x 1.5" conference logo prominently somewhere on team apparel (uniforms OR warm-up gear). The preferred placements of "The Rock" logo on game uniforms or warm-up gear are located in the table.



1.5"

1.5"

| SPORT | UNIFORM LOCATION | WARM UP LOCATION | HAT LOCATION* |
|---|---|---|---|
| Cross Country | Upper right chest | Right sleeve | N/A |
| Golf | Right sleeve | Right sleeve | Left side |
| Tennis | "Tag" below neck on back | Right sleeve | Left side |
| Track & Field | Upper right chest | Right sleeve | N/A |
| Swimming & Diving | Lower left side of swimsuit | Right sleeve | Lower left side |

*Use of "The Rock" logo on hats/headwear is at the institution's discretion.



MOUNTAIN WEST™

ON-FIELD USES



# FOOTBALL

## FOOTBALL

**LOGO SPECIFICATIONS**

The MW "Rock" logo is required on all football fields. The logo should be utilized in official Mountain West colors (or institutional colors) with white outline and placed on the 25-yard lines, facing the press box (purple or primary institutional color "M" should be on the left side from the press box vantage point), between the numbers and the hashes as illustrated.

The size of the MW logo on the field should be 21' high by 20' wide.



**PRESSBOX SIDE OF FIELD**



21'

20'



# BASKETBALL

## MEN'S & WOMEN'S BASKETBALL

**LOGO SPECIFICATIONS**

The MW "Rock" logo is required on all basketball courts.

Beginning July 1, 2021, all new court designs should have the logo placed between the Three-Point Line and the Lane Line. When viewed from the center-court camera, the logo should be placed below the key on the left side of the court and above the key on the right side of the court. Both marks should be oriented to face the primary television cameras, with the "M" being the primary school color and the "W" being the secondary color.

To find the correct placement, find the center point between the base of the Three-Point Line and the Lane Line. From that point, draw a line from the Base Line to the Three-Point Line -- this will serve as the center line for the logo. Horizontally, the "Rock" should be centered with the point lining up with the second lane-space mark.

The logo should be 5.5 feet (66 inches) tall.



**PRIMARY TV CAMERAS**



66"

63"



MOUNTAIN WEST ™

SCHOOL-SPECIFIC MARKS

---

 MOUNTAIN WEST ™

**AIR FORCE**

**Official Institution Name:**
U.S. Air Force Academy

**Nickname:**
Falcons

**Preferred Athletics Reference:**
Air Force Academy, Air Force, AF

**PMS Colors:**
661C Blue, White, 421C Silver

**HEX Color Codes:**
OO458C Blue
FFFFFF White
AOA3A5 Silver

The "M" should always be blue and the "W" should be white.





"THE ROCK" ON LIGHT BACKGROUNDS

"THE ROCK" ON DARK BACKGROUNDS



MW GRADUATE PATCH



FOR USE ON WHITE



FOR USE ON PRIMARY COLOR



FOR USE ON SECONDARY COLOR



# BOISE STATE

**Official Institution Name:**
Boise State University

**Nickname:**
Broncos

**Preferred Athletics Reference:**
Boise State, Boise St., BSU

**PMS Colors:**
286C Blue,172C Orange

**HEX Color Codes:**
0033A0 Blue
FA4616 Orange

The "M" should always be blue and the "W" should be orange.





"THE ROCK" ON LIGHT BACKGROUNDS



"THE ROCK" ON DARK BACKGROUNDS



MW GRADUATE PATCH



FOR USE ON WHITE



FOR USE ON PRIMARY COLOR



FOR USE ON SECONDARY COLOR



31

---



# COLORADO COLLEGE

*Affiliate member for Women's Soccer*

**Official Institution Name:**
Colorado College

**Nickname:**
Tigers

**Preferred Athletics Reference:**
Colorado College, CC

**PMS Colors:**
1235 Gold, Black

**HEX Color Codes:**
FFB81A Gold

The "M" should always be black and the "W" should be gold.





"THE ROCK" ON LIGHT BACKGROUNDS



"THE ROCK" ON DARK BACKGROUNDS



MW GRADUATE PATCH



FOR USE ON WHITE



FOR USE ON PRIMARY COLOR



FOR USE ON SECONDARY COLOR

32

 **COLORADO STATE**

**Official Institution Name:**
Colorado State University

**Nickname:**
Rams

**Preferred Athletics Reference:**
Colorado State, Colorado St., CSU

**PMS Colors:**
357 Green, 617 Gold

**HEX Color Codes:**
1E4D2B Green
C8C372 Gold

The "M" should always be green and the "W" should be gold.




"THE ROCK" ON LIGHT BACKGROUNDS


"THE ROCK" ON DARK BACKGROUNDS


MW GRADUATE PATCH


FOR USE ON WHITE


FOR USE ON PRIMARY COLOR


FOR USE ON SECONDARY COLOR

  33

 **FRESNO STATE**

**Official Institution Name:**
California State University, Fresno

**Nickname:**
Bulldogs

**Preferred Athletics Reference:**
Fresno State, Fresno St., FS

**PMS Colors:**
186 Red, 2767 Blue

**HEX Color Codes:**
C41230 Red
13284C Navy

The "M" should always be blue and the "W" should be red.




"THE ROCK" ON LIGHT BACKGROUNDS


"THE ROCK" ON DARK BACKGROUNDS


MW GRADUATE PATCH


FOR USE ON WHITE


FOR USE ON PRIMARY COLOR


FOR USE ON SECONDARY COLOR

34



# HAWAI'I

*Affiliate member for Football*

**Official Institution Name:**
University of Hawai'i at Manoa

**Nickname:**
Rainbow Warriors

**Preferred Athletics Reference:**
Hawai'i, UH
*(okina/backward apostrophe between i's)*

**PMS Colors:**
3435 Green, Black, White, 877 Silver

**HEX Color Codes:**
154734 Green
8A8D8F Silver

The "M" should always be green and the "W" should be white.





"THE ROCK" ON LIGHT BACKGROUNDS



"THE ROCK" ON DARK BACKGROUNDS



MW GRADUATE PATCH



FOR USE ON WHITE



FOR USE ON PRIMARY COLOR



FOR USE ON SECONDARY COLOR





# NEVADA

**Official Institution Name:**
University of Nevada, Reno

**Nickname:**
Wolf Pack

**Preferred Athletics Reference:**
Nevada, NEV

**PMS Colors:**
282 Blue, 877C Silver

**HEX Color Codes:**
041E42 Blue
8A8D8F Silver

The "M" should always be blue and the "W" should be silver.





"THE ROCK" ON LIGHT BACKGROUNDS



"THE ROCK" ON DARK BACKGROUNDS



MW GRADUATE PATCH



FOR USE ON WHITE



FOR USE ON PRIMARY COLOR



FOR USE ON SECONDARY COLOR



 

## NEW MEXICO

**Official Institution Name:**
The University of New Mexico

**Nickname:**
Lobos

**Preferred Athletics Reference:**
New Mexico, UNM

**PMS Colors:**
200 Red, Cool Grey 6

**HEX Color Codes:**
BA0C2F Cherry
A7A8AA Grey

The "M" should always be cherry and the "W" should be grey.





"THE ROCK" ON LIGHT BACKGROUNDS



"THE ROCK" ON DARK BACKGROUNDS



MW GRADUATE PATCH



FOR USE ON WHITE



FOR USE ON PRIMARY COLOR



FOR USE ON SECONDARY COLOR





## SAN DIEGO STATE

**Official Institution Name:**
San Diego State University

**Nickname:**
Aztecs

**Preferred Athletics Reference:**
San Diego State, San Diego St., SDSU

**PMS Colors:**
187 Scarlet, Black

**HEX Color Codes:**
B01C2E Scarlet
000000 Black

The "M" should always be black and the "W" should be red.





"THE ROCK" ON LIGHT BACKGROUNDS



"THE ROCK" ON DARK BACKGROUNDS



MW GRADUATE PATCH



FOR USE ON WHITE



FOR USE ON PRIMARY COLOR



FOR USE ON SECONDARY COLOR





# SAN JOSÉ STATE

**Official Institution Name:**
San José State University

**Nickname:**
Spartans

**Preferred Athletics Reference:**
San José State, SJSU

**PMS Colors:**
286C Blue, 1235 Gold

**HEX Color Codes:**
0038A8 Blue
FFB81A Gold

The "M" should always be blue and the "W" should be gold.




"THE ROCK" ON LIGHT BACKGROUNDS

"THE ROCK" ON DARK BACKGROUNDS


MW GRADUATE PATCH


FOR USE ON WHITE


FOR USE ON PRIMARY COLOR


FOR USE ON SECONDARY COLOR

 39



# UNLV

**Official Institution Name:**
University of Nevada, Las Vegas

**Nickname:**
Rebels

**Preferred Athletics Reference:**
UNLV

**PMS Colors:**
186 Scarlet, 420 Gray, Black

**HEX Color Codes:**
CF0A2C Scarlet
CAC8C8 Gray

The "M" should always be scarlet and the "W" should be gray.




"THE ROCK" ON LIGHT BACKGROUNDS

"THE ROCK" ON DARK BACKGROUNDS


MW GRADUATE PATCH


FOR USE ON WHITE


FOR USE ON PRIMARY COLOR


FOR USE ON SECONDARY COLOR

40



# UTAH STATE

**Official Institution Name:**
Utah State University

**Nickname:**
Aggies

**Preferred Athletics Reference:**
Utah State, Utah St., USU

**PMS Colors:**
539 Blue, 877 Silver,
Cool Grey 2

**HEX Color Codes:**
00263A Navy
848D8F Silver

The "M" should always be navy and the
"W" should be silver.





"THE ROCK" ON LIGHT BACKGROUNDS



"THE ROCK" ON DARK BACKGROUNDS



MW GRADUATE PATCH



FOR USE ON WHITE



FOR USE ON PRIMARY COLOR



FOR USE ON SECONDARY COLOR





---



# WYOMING

**Official Institution Name:**
University of Wyoming

**Nickname:**
Cowboys

**Preferred Athletics Reference:**
Wyoming, UW, WYO

**PMS Colors:**
476C Brown, 123C Gold

**HEX Color Codes:**
4E3629 Brown
FFC72C Gold

The "M" should always be brown and
the "W" should be gold.





"THE ROCK" ON LIGHT BACKGROUNDS



"THE ROCK" ON DARK BACKGROUNDS



MW GRADUATE PATCH



FOR USE ON WHITE



FOR USE ON PRIMARY COLOR



FOR USE ON SECONDARY COLOR



PRIVILEGED AND CONFIDENTIAL

# EXHIBIT C

## PAC-12 INTELLECTUAL PROPERTY USAGE GUIDELINES

See attached.

**Exhibit C**

- OSU logos must have the appropriate trademark registration symbols.

- Changes to the logos are not permitted, including altering the color, shape, alignment, or trademark registration symbol.

- Logos need to be seen in their entirety and should not be covered or layered with other marks or graphic elements.

- OSU logos and wordmarks cannot be combined to make additional logos.

- OSU logos may not be used in any manner that suggests or implies OSU's endorsement of products, services, political parties or views, or religious organizations or beliefs.

- OSU logos may not be used in connection with illegal drugs, tobacco, gambling, inherently dangerous products such as firearms and explosives, or sexually suggestive products or language.

- OSU logos may not be used in a way that taints or undermines the goodwill of the university.

# WASHINGTON STATE COUGARS—ATHLETIC IDENTITY

| | | | | | NUMBERS | | OUTLINED NUMBERS | |
|---|---|---|---|---|---|---|---|---|

**PRIMARY MARK**

    

**SECONDARY MARK**

 

**PRIMARY WORDMARK**

WASHINGTON STATE
WASHINGTON STATE

WASHINGTON STATE
WASHINGTON STATE

WASHINGTON STATE
WASHINGTON STATE

WASHINGTON STATE
WASHINGTON STATE

**ADDITIONAL WORDMARKS**

COUGARS
COUGARS

COUGARS
COUGARS

COUGARS
COUGARS

COUGARS
COUGARS

WSU
WSU

WSU
WSU

WSU
WSU

WSU
WSU

   

**SPORT LOCKUP**

WASHINGTON STATE
FOOTBALL

WASHINGTON STATE
FOOTBALL

WASHINGTON STATE
FOOTBALL

WASHINGTON STATE
FOOTBALL

COUGARS
FOOTBALL

COUGARS
FOOTBALL

COUGARS
FOOTBALL

COUGARS
FOOTBALL



| LEFT # | RIGHT # | LEFT # | RIGHT # |
|---|---|---|---|
| 0 | 0 | 0 | 0 |
| 1 | 1 | 1 | 1 |
| 2 | 2 | 2 | 2 |
| 3 | 3 | 3 | 3 |
| 4 | 4 | 4 | 4 |
| 5 | 5 | 5 | 5 |
| 6 | 6 | 6 | 6 |
| 7 | 7 | 7 | 7 |
| 8 | 8 | 8 | 8 |
| 9 | 9 | 9 | 9 |

EXAMPLE: 99

EXAMPLE: 99

# WASHINGTON STATE COUGARS—ATHLETIC IDENTITY

**GRAYSCALE GUIDE** Print grayscale logos using screens of black.

BLACK AND WHITE GUIDE

ONE - COLOR GUIDE (BLACK / WHITE)

MECHANICAL ART*
For use as reproduction art. The keyline does not print.
For replicating jersey numerals, the keyline does not print.

| | LEFT # | RIGHT # | LEFT # | RIGHT # |

**PRIMARY MARK**






**SECONDARY MARK**





**PRIMARY WORDMARK**

WASHINGTON STATE
WASHINGTON STATE

WASHINGTON STATE
WASHINGTON STATE
WASHINGTON STATE
WASHINGTON STATE

WASHINGTON STATE
WASHINGTON STATE
WASHINGTON STATE
WASHINGTON STATE

WASHINGTON STATE
WASHINGTON STATE

**ADDITIONAL WORDMARKS**

COUGARS
COUGARS

WSU
WSU



COUGARS COUGARS
COUGARS COUGARS

WSU    WSU
WSU    WSU



COUGARS COUGARS
COUGARS COUGARS

WSU    WSU
WSU    WSU

COUGARS
COUGARS

WSU
WSU



**SPORT LOCKUP**

WASHINGTON STATE
FOOTBALL
COUGARS
FOOTBALL

WASHINGTON STATE
FOOTBALL
WASHINGTON STATE
FOOTBALL
COUGARS
FOOTBALL
COUGARS
FOOTBALL

WASHINGTON STATE
FOOTBALL
WASHINGTON STATE
FOOTBALL
COUGARS
FOOTBALL
COUGARS
FOOTBALL

WASHINGTON STATE
FOOTBALL
COUGARS
FOOTBALL

| | 0 | 0 | 0 | 0 |
| | 1 | 1 | 1 | 1 |
| | 2 | 2 | 2 | 2 |
| | 3 | 3 | 3 | 3 |
| | 4 | 4 | 4 | 4 |
| | 5 | 5 | 5 | 5 |
| | 6 | 6 | 6 | 6 |
| | 7 | 7 | 7 | 7 |
| | 8 | 8 | 8 | 8 |
| | 9 | 9 | 9 | 9 |

# WASHINGTON STATE COUGARS—ATHLETIC IDENTITY

## VERBIAGE

Washington State ®
Cougars ®
WSU ™

| COLORS<br>File usage | PANTONE<br>Spot printing | C/M/Y/K<br>4c printing | R/G/B<br>Video | GRAYSCALE<br>B/W printing | HTML<br>Web | TEXTILE<br>Garments | COATS<br>Embroidery | MADEIRA<br>Embroidery | ROBISON-ANTON<br>Embroidery |
|---|---|---|---|---|---|---|---|---|---|
| Crimson | PMS 201 C | 0/100/65/34 | 152/30/50 | 100% | 9D2235 | PMS 19-1543 TC | 3961 | 1181 | 2376 |
| Gray | PMS Cool Gray 11 C | 44/34/22/77 | 83/86/90 | 60% | FFC72C | PMS 14-1159 TC | 2478 | 1172 | 2396 |
| White | no ink<br>(or use Opaque White) | 0/0/0/0 | 255/255/255 | 0% | FF FF FF | PMS 11-0601TC | 0001 | 1005 | 2297 |
| Black | PANTONE Process Black C | 0/0/0/100 | 44/42/41 | 100% | 2C2A29 | PMS 18-4005 TC | 9654 | 1041 | 2407 |
| Silver | PMS Metallic 877 | 0/0/0/40 | 214/214/209 | 40% | A5ACAF | PMS 14-5002 TC | 9633 | 1087 | Aluminum<br>(J Metallic) |
| Anthracite<br>*Accent color only | PMS 440 C | 63/62/59/88 | 56/46/44 | 60% | 382E2C | PMS 089-4205 TC | 8772 | 1241 | 2565 |

## WSU LOGO SLICK

Washington State University has delegated the responsibility for this program to the Department of Intercollegiate Athletics (Trademark Licensing Program). A formal Licensing program has been established to insure Washington State University's control of its identity; facilitate the process of securing authorization for legitimate third party uses; and to insure that WSU secures a legitimate royalty from the promotional use of the marks.

Trademark Licensing Program
P.O. Box 641227
Pullman, WA 99164-1227
Phone: (509) 335-2202
Fax: (509) 335-8734

Reproduction of any logos or wordmarks is prohibited without the approval of Washington State University.

Reproduction of any logos or wordmarks is prohibited without the approval of Washington State University.
The logos and wordmarks are registered marks of Washington State University and must include the ® or ™ designation whenever they are used.

*These versions are different from the grayscale versions or the color mechanical art and should ONLY be employed for Arizona State University approved one-color uses, such as etching, embossing, and tonal applications.

The colors shown on this page have not been evaluated by Pantone, Inc. for accuracy and may not match the PANTONE Color Standards. Consult current PANTONE Publications for accurate color.
The color and grayscale guides shown here are for reference only. Use the mechanical/art for actual reproduction. When printing with process colors, use only the process color specifications listed on this slick.
The one-color art is for limited use only; prior approval is required.



# PAC-12 CONFERENCE
## 2023-2024 IDENTITY GUIDELINES

# TABLE OF CONTENTS

**CONFERENCE IDENTITY GUIDELINES**

**THE MARKS** — 6
An introduction to the Pac-12 brand mark, variations and basic outline of proper usage

**THE COLORS** — 15
A list of the colors of the Pac-12 for both screen and print

**RESTRICTED USAGE** — 16
A list of restricted uses of the Pac-12 shield

**SPONSORSHIP LOGO LOCK-UPS** — 17
A demonstration of using the Pac-12 mark in conjunction with a sponsor logo

**TYPOGRAPHY** — 18
An overview of the typographic system of the Pac-12

**PHOTOGRAPHY** — 23
Examples of the style and cropping of Pac-12 photography

**ICONOGRAPHY** — 24
An overview and examples of Pac-12 Iconography

**MEMBER INSTITUTION MARKS** — 26
Member Institutions logos and shield marks

**DESIGN ELEMENTS** — 28
Overview and examples of the use of the 2023-2024 supporting graphics available as part of the Pac-12 designer toolkit

**MEDIA BACKDROP** — 36
Examples of media backdrop layouts



# TABLE OF CONTENTS

**UNIFORM REQUIREMENTS**

THE MARKS 38
BASEBALL 39
MEN'S BASKETBALL 40
WOMEN'S BASKETBALL 41
BEACH VOLLEYBALL 42
CROSS COUNTRY 43
FOOTBALL 44
GOLF 45
GYMNASTICS 46
LACROSSE 47
ROWING 48
SOCCER 49
SOFTBALL 50
SWIMMING & DIVING 51
TENNIS 52
TRACK & FIELD 53
VOLLEYBALL 54
WRESTLING 55
COACHES' APPAREL 56
WARM-UPS 57



# TABLE OF CONTENTS

**FACILITY REQUIREMENTS**

FIELD SHIELD 60
BASEBALL FIELD 61
BASKETBALL COURT 62
BEACH VOLLEYBALL COURT 63
DIVING PLATFORM 64
FOOTBALL FIELD 65
GOLF FLAGS 66
GYMNASTICS 67
LACROSSE FIELD 68
ROWING SHELL 69
SOCCER FIELD 70
SOFTBALL FIELD 71
SWIMMING POOL 72
TENNIS COURT 73
TRACK & FIELD EVENTS 74
TRACK & FIELD VENUE 75
VOLLEYBALL COURT 76
WRESTLING MAT 77





# IDENTITY GUIDELINES

## THE MARK

### THE SHIELD MARK

**SHIELD**
The shield shape conveys excellence in academics and athletics. It is unique amongst major college conferences.

**ELEMENTS**
The wave evokes a sense of movement, while the mountain represents "rising." Both elements conjure up an image of the West.

**LETTERFORMS**
The typography is handcrafted to reflect a modern edge, West Coast feel and to ensure legibility from a distance.

**COLOR**
The blue gradient in the mark is designed to suggest the deep underwater blues of the Pacific Ocean.





# THE MARKS

### THE BREAKDOWN

In an effort to build flexibility into the brand, the Pac-12 mark has been designed to breakdown into three purpose-built marks.

SHIELD



REDUCED UNIFORM/EQUIPMENT



HORIZONTAL





2023-2024 SEASON // BRAND IDENTITY GUIDELINES

**7**

---

# THE MARKS

### THE REDUCED MARK
(UNIFORMS/EQUIPMENT)

The use of the reduced Pac-12 mark (without the wave and mountain) is limited to institutional uniforms, equipment and apparel.

The reduced mark must be used on respective fabric colors as sown in individual institutional style guides for Conference branding standards.

The reduced mark is not permitted in the Pac-12 blue fade or in black and white. This black and white example (at right) is for demonstration purposes only.

REDUCED MARK



Uses:
Uniforms
Equipment
Institutional Apparel



2023-2024 SEASON // BRAND IDENTITY GUIDELINES

**8**

# THE MARKS

## THE SHIELD MARK

In an effort to build brand consistency, the primary Pac-12 mark (shield with the wave and mountain) shall be used on all institutional elements other than uniforms, equipment and apparel.

To determine the appropriate primary mark color scheme for a given element, please refer to the guidelines shown here.

For each color scheme, two versions of the primary mark are available for use: one for use on white/light backgrounds and one for use on black/dark backgrounds.

**PAC-12 BLUE FADE MARK**

use on white / light backgrounds



(recommended)



use on black / dark backgrounds

**Uses:**
Pac-12 Championships

All general marketing elements outside of the game day experience including:

Media Guides

Institutional Athletic Websites

Institutional Marketing Communications

Team Posters

Television and Media Graphics

**BLACK & WHITE**

use on white / light backgrounds





use on black / dark backgrounds

**Uses:**
Limited to black and white printed elements



**2023-2024 SEASON //** BRAND IDENTITY GUIDELINES

**9**

---

# THE MARKS

## THE HORIZONTAL MARK

The Pac-12 Horizontal Mark shall only be used on elements approved by or originating from the Conference office.

In both Pac-12 blue and black and white, two versions of the horizontal mark are available for use: one for use on white/light backgrounds and one for use on black/dark backgrounds.

Please note there is a color shift in the blue when the horizontal mark is used on a black/dark background. On a white/light background, the "12" and "Conference" are PMS 662c, while on a black/dark background, the "12" and "Conference" are PMS 2935c.

Institutional versions of the horizontal logo may appear on facility signage such as the A-frames bearing Conference branding at swimming or the table skirts for gymnastics and wrestling.

**PAC-12 BLUE**





**Uses:**
Television & Media

Graphics

Pac-12 Website

Other Approved Elements

**BLACK & WHITE**





**Uses:**
Approved Black & White

Printed Elements



**2023-2024 SEASON //** BRAND IDENTITY GUIDELINES

**10**

# THE MARKS

## PAC-12 TEAM GREEN MARK

The Pac-12 Team Green Mark shall only be used on elements approved by or originating from the Conference office.

This mark commemorates and showcases the Pac-12's sustainability initiatives by utilizing existing pieces from our shield logo and incorporating a leaf. The leaf helps promote our efforts to reduce our carbon footprint where our member institutions call home.

The colors used are as follows.
Pac-12 Blue: PMS 2935C
Pac-12 Chartreuse PMS 381C

**FULL COLOR**





 

**BLACK & WHITE**





 

**Uses:**
Television & Media

Graphics

Pac-12 Website

Other Approved Elements

**Uses:**
Approved Black & White

Printed Elements



**2023-2024 SEASON //** BRAND IDENTITY GUIDELINES   

---

# THE MARKS

## THE PAC-12 GLOBAL MARK

The Pac-12 Global Mark shall only be used on elements approved by or originating from the Conference office.

Pac-12 Global harnesses the passion and spirit of collegiate athletics to showcase the Conference and its member institutions around the world.

The mark uses a circle shape to represent the opportunities around the globe that the Conference allows our member insitutions to be involved in.

**FULL COLOR**







**BLACK & WHITE**





 

**Uses:**
Television & Media

Graphics

Pac-12 Website

Other Approved Elements

**Uses:**
Approved Black & White

Printed Elements



# THE MARKS

### MARK CLEAR SPACE

The area of isolation around the outer edges of the shield is crucial to endure proper visibility.

Please ensure page edges, borders and other design elements fall OUTSIDE of the "isolation zone."

The height and width of the isolation zone is equal to the height of the "1" (from the "12") for the shield, reduced and horizontal mark.









# THE MARKS

### MINIMUM MARK SIZE

The minimum size for the Pac-12 shield mark (with the wave and mountain) shall be no less than .5" wide.

The reduced mark is designed exclusively for institutional uniforms, equipment and apparel. It shall be no smaller than 1.25" wide.

The minimum size for the horizontal mark shall be no less than .625" wide.

There are no restrictions on how large any of these marks may appear.



0.625"



0.5"



0.5"



1.25"



# THE COLORS

## THE COLORS OF THE PAC-12

The colors of the Pac-12 mark are inspired by the deep blues of the Pacific Ocean. In order to maintain a uniform brand identity, it is vital that great care is taken in utilizing the proper Conference color palette.

For different applications, the logo colors are implemented in the respective color systems. For print there are Pantone spot colors and CMYK; for electronic media use RGB (screen) and hex code (web). For other applications (e.g., silk screening of fabrics), the Pantone colors can be used for comparison.



MAIN COLORS

ACCENT COLORS

| PMS 662C | PMS 7563C | PMS 2935C | RICH BLACK | PMS 381C | Cool Gray 8C | PMS 4745C |
|---|---|---|---|---|---|---|
| C = 100<br>M = 71<br>Y = 0<br>K = 18 | C = 100<br>M = 44<br>Y = 0<br>K = 76 | C = 100<br>M = 46<br>Y = 0<br>K = 0 | C = 70<br>M = 30<br>Y = 30<br>K = 100 | C = 20<br>M = 0<br>Y = 91<br>K = 0 | C = 0<br>M = 1<br>Y = 0<br>K = 43 | C = 44<br>M = 36<br>Y = 37<br>K = 2 |
| R = 0<br>G = 75<br>B = 145 | R = 0<br>G = 39<br>B = 76 | R = 0<br>G = 118<br>B = 192 | R = 0<br>G = 0<br>B = 7 | R = 214<br>G = 224<br>B = 61 | R = 161<br>G = 161<br>B = 164 | R = 149<br>G = 149<br>B = 149 |
| L = 31<br>A = 2<br>B = -45 | L = 15<br>A = -1<br>B = -27 | L = 47<br>A = -7<br>B = -47 | L = 0<br>A = 0<br>B = -9 | L = 86<br>A = -18<br>B = 72 | L = 66<br>A = 0<br>B = -2 | L = 57<br>A = -0.15<br>B = -1.85 |
| HEX = 004B91 | HEX = 00274D | HEX = 0076C0 | HEX = 000007 | HEX = D6E03D | HEX = 959595 | HEX = E9C4B4 |




# RESTRICTED USAGE

## BRANDING IDENTITY

Variations of the Pac-12 mark outside of institution specific color options are not permitted. Any variation will compromise the integrity and unifying function of the Pac-12 brand.

Please see included examples of prohibited variations.



Do not stretch

Do not outline

Do not enclose within a shape

Do not screen

Do not rotate

Do not re-color

Do not run text or graphics over logo

Do not use on distracting background

Do not use special effects





# SPONSORSHIP LOGO LOCK-UPS

## TYPOGRAPHIC TREATMENT - SPONSORSHIP INITIATIVES

For "logo lock-ups" Pac-12 sponsor logos are placed directly adjacent to the Conference logo, separated by a thin bar that is either black or Pantone Cool Gray 8.

"Official sponsor" language should be set in Trade Gothic LT Std Bold Condensed No. 20, and should be in all lowercase letter, with the exception of "Pac-12." This text should be aligned LEFT beneath the logo when on the right side of the lock-up and aligned RIGHT when on the left.

Logos should be roughly the same size. The thin line separating the two logos should be equidistant from the two logos in the lock-up.

     

     

     

     





# TYPOGRAPHY

## BRAND TYPOGRAPHY

All typographic specifications indicated in this manual for point sizes, tracking and leading are based in InDesign and the fonts used specifically are for the Pac-12.

The corporate font is Trade Gothic. It is characterized by its clarity and a modern look, and it is easy to read. Trade Gothic should be used for long text blocks. The array of available faces makes it possible to create individual designs for a wide variety of content, while still ensuring a uniform, consistent image.

To support this image, the italic faces of the Trade Gothic font family are excluded from use in any Pac-12 corporate design.

The Trade Gothic font family is complemented by the serif font Foundry Gridnik. Foundry Gridnik is also very easy to read and adds a distinctly "West" feel. Text blocks should NOT be set in Foundry Gridnik.

When using the Google suite, Tahoma is to be used as main and body text. It will be supported by Montserrat Black in headers. Montserrat Black should NOT be used in text blocks.

Note: the unauthorized distribution of fonts is unlawful

### MAIN TYPEFACES

| | |
|---|---|
| Trade Gothic Condensed No. 18 | abcdefghijklmnopqrstuvwxyz ABCDEFGHIJKLMNOPQRSTUVWXYZ 0123456789 |
| Trade Gothic Regular | abcdefghijklmnopqrstuvwxyz ABCDEFGHIJKLMNOPQRSTUVWXYZ 0123456789 |
| **Trade Gothic Bold #2** | **abcdefghijklmnopqrstuvwxyz ABCDEFGHIJKLMNOPQRSTUVWXYZ 0123456789** |
| Trade Gothic Extended | abcdefghijklmnopqrstuvwxyz ABCDEFGHIJKLMNOPQRSTUVWXYZ 0123456789 |
| **Trade Gothic Bold Extended** | **abcdefghijklmnopqrstuvwxyz ABCDEFGHIJKLMNOPQRSTUVWXYZ 0123456789** |
| Trade Gothic Bold Condensed No. 20 | abcdefghijklmnopqrstuvwxyz ABCDEFGHIJKLMNOPQRSTUVWXYZ 0123456789 |
| Tahoma | abcdefghijklmnopqrstuvwxyz ABCDEFGHIJKLMNOPQRSTUVWXYZ 0123456789 |

### HEADLINE TYPEFACES

| | |
|---|---|
| **Montserrat Black** | **abcdefghijklmnopqrstuvwxyz ABCDEFGHIJKLMNOPQRSTUVWXYZ 0123456789** |
| Foundry Gridnik | abcdefghijklmnopqrstuvwxyz ABCDEFGHIJKLMNOPQRSTUVWXYZ 0123456789 |
| **Impact** | **abcdefghijklmnopqrstuvwxyz ABCDEFGHIJKLMNOPQRSTUVWXYZ 0123456789** |





# TYPOGRAPHY

## HEADLINE COPY

Headlines are primarily set in Trade Gothic or Impact but may be set in Foundry Gridnik if a more modern look is desired. When using the Google Suite, Montserrat Bold is used.

Trade Gothic Bold Condensed No. 20, Foundry Gridnik, or Montserrat is black, 90% black, reverse white or in the main Conference colors.

The font size in each case depends upon the overall format of the print medium. Minimum size of headlines when printing on letter formats.

(Example A):
Size: 18 pt / Tracking = +4 / Leading = 23pt

(Example B):
Size: 18pt / Tracking = +4 / Leading = 18pt

(Example C):
Size: 18pt / Tracking = +4 / Leading = 18pt

HEADLINES

| TRADE GOTHIC BOLD CONDENSED NO. 20 |
| --- |

THE PAC-12 WAS FOUNDED IN PORTLAND, OREGON.
THE PAC-12 WAS FOUNDED IN PORTLAND, OREGON.
THE PAC-12 WAS FOUNDED IN PORTLAND, OREGON.

| IMPACT |
| --- |

THE PAC-12 WAS FOUNDED IN PORTLAND, OREGON.
THE PAC-12 WAS FOUNDED IN PORTLAND, OREGON.
THE PAC-12 WAS FOUNDED IN PORTLAND, OREGON.

ALTERNATE HEADLINES

| FOUNDRY GRIDNIK BOLD |
| --- |

THE PAC-12 WAS FOUNDED IN PORTLAND, OREGON.
THE PAC-12 WAS FOUNDED IN PORTLAND, OREGON.
THE PAC-12 WAS FOUNDED IN PORTLAND, OREGON.

GOOGLE PLATFORM HEADLINES

| MONTSERRAT BLACK |
| --- |

THE PAC-12 WAS FOUNDED IN PORTLAND, OREGON.
THE PAC-12 WAS FOUNDED IN PORTLAND, OREGON.
THE PAC-12 WAS FOUNDED IN PORTLAND, OREGON.





# TYPOGRAPHY

## INTRO/COPY HEAD TYPE

For copy heads, the preferred font face is Trade Gothic Bold Bold Condensed No. 20 at 9pt with 12.5pt leading. This style can also be used for longer passages of introductory text.

Short passages of introductory text in the copy head style can be set in black, 90% black as well as the primary or accent colors.

It is important to ensure that the overall impression of a page does not become multi-colored and that the selected color used consistently. In addition to the color, the styles of introductory text can also be modified (Example A).

When a paragraph begins with a copy head, it is separated from the preceding body copy by a blank line. Body copy follows the copy head but without the insertion of an additional blank line. The copy head may be set in any desired color, but that color must be used consistently throughout a print medium. (Example B).

HEADLINES

| TRADE GOTHIC BOLD CONDENSED NO. 20 |
| --- |

Dummy text to illustrate the appearance of a copy head: Trade Gothic Bold Condensed No. 20, 11pt, tracking +4, 12.5pt leading, left justified. Lorem ipsum dolor sit amet, consectetuer adipiscing elit, sed diam nonummy nibh euismod tincidunt ut laoreet dolore magna aliquam erat volutpat.

A.

**Example for use in an introduction:** Ut wisi enim ad minim veniam, quis nostrud exerci tation ullamcorper suscipit lobortis nisl ut aliquip ex ea commodo consequat. Duis autem vel eum iriure dolor in hendrerit in vulputate velit esse molestie consequat, vel illum dolore eu

**Example for use in an introduction:** feugiat nulla facilisis at vero eros et accumsan et iusto odio dignissim qui blandit praesent luptatum zzril delenit augue duis dolore te feugait nulla facilisi.

**Example for use in an introduction:** Lorem ipsum dolor sit amet, cons ectetuer adipiscing elit, sed diam nonummy nibh euismod tincidunt ut laoreet dolore magna aliquam erat volutpat. Ut wisi enim ad minim veniam, quis nostrud exerci tation ullamcorper suscipit lobortis nisl ut aliquip ex ea commodo consequat.

B.

**Example for use in a copy head:** Lorem ipsum dolor sit amet, consectetuer adipiscing elit, sed diam nonummy nibh euismod tincidunt ut laoreet dolore magna aliquam erat volutpat. Ut wisi enim ad minim veniam, quis



# TYPOGRAPHY

## BODY COPY STYLE/ACCENT TYPE

Extensive amounts of body copy, such as annual reports and image brochures, are set in Trade Gothic Condensed No. 18 (Example A). Alternately, copy may be using Trade Gothic Light (Example B).

Foundry Gridnik is used as an accent font. In the case where Trade Gothic and Foundry Gridnik are set on the same line, a dividing line element used in the same color font of an accent color is suggested.

Trade Gothic Condensed No. 18

Trade Gothic Light

A.  Dummy text to illustrate the appearance of body copy: Trade Gothic Condensed No. 18, 10 pt, tracking 0, 12.5pt leading, left justified. Hent, ulparup taturitincil eost, tem quiatem rem rerferrum es et aliate voluptat. Ullore dolo magnime nonsererum qui con corum quoditatur alit etur, qui idio quos con coritis ium

B.  Dummy text to illustrate the appearance of body copy: Trade Gothic Bold #2, 9pt, tracking +4, 12.5pt leading, left justified. Hent, ulparup taturitincil eost, tem quiatem rem rerferrum es et aliate voluptat.
Ullore dolo magnime nonsererum qui con corum quoditatur alit etur, qui idio quos con coritis ium

Track & Field | 100 yard dash          Track & Field # 100 yard dash          Track & Field ▸ 100 yard dash

**Track & Field**
▸ 3000m steeplechase
▸ Javelin
▸ Shotput
▸ Pole vault
▸ Discus throw

1. **California**
2. **USC**
3. **Oregon**
4. **Washington**

California
USC
Oregon
Washington
Arizona





# TYPOGRAPHY

## OTHER TYPOGRAPHIC ELEMENTS

The typographc system of the Pac-12 includes several simple additional elements to help organize information.

The first are a set of three sentence dividing elements, used when separating a copy head from copy body.

The second elements are shields for displaying page numbers. The shields should always appear in brand colors and be set in Opti Althea.

The third set of elements are to aid the designer in the consistent layout of listed information. Bullets and row highlights should always remain in brand colors.

### EXAMPLES OF ELEMENTS USED TO BREAK LINE

Track & Field | 100 yard dash          Track & Field # 100 yard dash          Track & Field ▸ 100 yard dash

(Element to be used in a brand accent color)   (Element to be used in type color)   (Element to be used in a brand accent color; this style recommended for web)

### EXAMPLES OF SHIELD PAGE NUMBERS

   

### EXAMPLES OF BULLETED, NUMBERED AND COLORED LISTS

**Track & Field**
▸ 3000m steeplechase
▸ Javelin
▸ Shotput
▸ Pole vault
▸ Discus throw

1. **California**
2. **USC**
3. **Oregon**
4. **Washington**

California
USC
Oregon
Washington
Arizona

(Highlighted rows must always be set on brand colors. Both a fade to 0% opacity or a solid bar are acceptable)





# PHOTOGRAPHY

## PHOTOGRAPHIC STYLE AND FEEL

The photography should always be big and emotional. When selecting images, keep in mind the Pac-12's dedication to the values of the west, innovation and excellence. All photography should look authentic, not overly effected or treated.



WEST COAST          INNOVATIVE          EXCELLENCE

## CROPPING PHOTOGRAPHY

When cropping photography, find where the heart of the story and the emotion lies. Always make sure the Pac-12 student-athletes, students, and facilities remain the heroes.

  

UNCROPPED          CROPPING          CROPPED



2023-2024 SEASON // BRAND IDENTITY GUIDELINES          23

# ICONOGRAPHY



Baseball    Men's Basketball    Women's Basketball    Men's XC    Women's XC

Men's Golf    Women's Golf    Gymnastics    Football    Men's Rowing

Women's Rowing    Men's Soccer    Women's Soccer    Softball    Men's S&D



2023-2024 SEASON // BRAND IDENTITY GUIDELINES          24

# ICONOGRAPHY

### Women's S&D


### Men's Tennis


### Women's Tennis


### Men's T&F


### Women's T&F


### Volleyball


### Wrestling


### News & Events


### Community


### Beach Volleyball


### Lacrosse






# MEMBER INSTITUTION MARKS

## PRIMARY INSTITUTION MARKS

These are our Member Institution logos and shield marks. Each institution have specific guidelines / uses for their respective brand. Secondary logos and shield marks are available upon request.

**UNIVERSITY OF ARIZONA**



**ARIZONA STATE UNIVERSITY**


**UNIVERSITY OF CALIFORNIA, BERKELEY**


**UNIVERSITY OF COLORADO**


**UNIVERSITY OF OREGON**


**OREGON STATE UNIVERSITY**


**STANFORD UNIVERSITY**


**UNIVERSITY OF CALIFORNIA, LOS ANGELES**


**UNIVERSITY OF SOUTHERN CALIFORNIA**


**UNIVERSITY OF UTAH**


**UNIVERSITY OF WASHINGTON**


**WASHINGTON STATE UNIVERSITY**




# UNIVERSITY LOGOS



2023-2024 SEASON // BRAND IDENTITY GUIDELINES

# CURRENT SEASON DESIGN ELEMENTS

STITCHES

LEATHER BACKGROUND/TEXTURE

PATCHES



JERSEY TEXTURE



TEXT REPETITION
BACKGROUND



2023-2024 SEASON // BRAND IDENTITY GUIDELINES

# CURRENT SEASON PHOTO TREATMENT

1. Select Player photos that are dynamic, display speed and possess energy.

2. Convert Image to Pac-12 colors or black and white.

3. Boost shadows and highlights.

4. Convert uniform Numbers to 12.

5. Replace University logos with Pac-12 logos.

6. Hide player's faces with shadows.

7. Add subtle noise, about 6%





**2023-2024 SEASON //** BRAND IDENTITY GUIDELINES    29

---

# LAYOUT BUILD EXAMPLE



Jersey background to provide texture and link to uniforms

Text varies in size in order to be justified, new font to be more bold

Stitching to enhance sport and frame the art

Patches behind text and images to enhance embroidery and stitching look for the year



**2023-2024 SEASON //** BRAND IDENTITY GUIDELINES    30

## ALT. TREATMENT EXAMPLES







## ALT. TREATMENT EXAMPLES







# APPLICATION EXAMPLES

CREDENTIALS









# APPLICATION EXAMPLES







# APPLICATION EXAMPLES







# MEDIA BACKDROP







UNIFORM PATCHES

## THE MARKS

### THE REDUCED MARK (UNIFORMS/EQUIPMENT)

The use of the reduced Pac-12 mark (without the wave and mountain) is limited to institutional uniforms, equipment and apparel.

The reduced marks must be used on respective fabric colors as shown in individual institutional style guides for Conference branding standards.

The reduced mark is not permitted in the Pac-12 blue fade or in black and white. This black and white example (at right) is for demonstration purposes only.

REDUCED MARK



Uses:
Uniforms
Equipment
Institutional Apparel



# BASEBALL

## MARK USAGE

Per the included examples, the reduced mark (without the wave and mountain) shall be placed on the left sleeve of the short sleeve uniform.

The reduced mark (without the wave and mountain) shall be placed on the right chest of the sleeveless uniform.

The helmet sticker shall be placed on the left, backside of the helmet.

Pac-12 baseball mark requirements began in the 2010-11 academic year.

* Pac-12 patch to be provided by the Conference office.

* Pac-12 helmet decal to be provided by the Conference office.





# MEN'S BASKETBALL

## MARK USAGE

Per the included examples, the reduced mark (without the wave and mountain) shall be placed on the left chest of the uniform.

Pac-12 basketball mark requirements began in the 2010-11 academic year.

* Pac-12 patch to be provided by the Conference office.

* Subject to change based on NCAA authenticating program.



uniform type A.          uniform type B.          uniform type C.



# WOMEN'S BASKETBALL

### MARK USAGE

Per the included examples, the reduced mark (without the wave and mountain) shall be placed on the left chest of the uniform.

Pac-12 basketball mark requirements began in the 2010-11 academic year.

* Pac-12 patch to be provided by the Conference office.

* Subject to change based on NCAA authenticating program.





# BEACH VOLLEYBALL

### MARK USAGE

Per the included examples, the reduced mark (without the wave and mountain) shall be placed on the right chest of the uniform.

Pac-12 beach volleyball mark requirements began in the 2015-16 academic year.

* Pac-12 mark to be applied by the institution.





# CROSS COUNTRY

## MARK USAGE

Per the included examples, the reduced mark (without the wave and mountain) shall be placed on the right chest of the uniform.

Pac-12 cross country mark requirements began in the 2012-13 academic year.

* Pac-12 mark to be applied by the institution.





# FOOTBALL

## MARK USAGE

Per the included examples, the reduced mark (without the wave and mountain) shall be placed on the right chest of the uniform.

The helmet sticker shall be placed on the left, backside.

Pac-12 football mark requirements began in the 2010-11 academic year.

* Pac-12 patch to be provided by the Conference office.

* Pac-12 helmet decal to be provided by the Conference office.





# GOLF

### MARK USAGE

Per the included examples, the reduced mark (without the wave and mountain) shall be placed on right sleeve, back or right shoulder of the golf shirt.

The reduced mark may be placed on the side of the headwear opposite the manufacturer logo or on the side of the golf bag.

Please note—only the golf shirt is required to display the Pac-12 mark. All other items are optional.

Pac-12 golf mark requirements began in the 2012-13 academic year.

* Pac-12 patches to be provided by the Conference offices.









# GYMNASTICS

### MARK USAGE

Per the included examples, the reduced mark (without the wave and mountain) shall be placed on the left hip, right hip, left shoulder or right shoulder of the uniform.

Pac-12 gymnastics mark requirements began in the 2012-13 academic year.

* Pac-12 mark to be applied by the institution.







# LACROSSE

### MARK USAGE

Per the included examples, the reduced mark (without the wave and mountain) shall be placed on the left or right shoulder strap of the uniform.

Pac-12 lacrosse mark requirements began in the 2017-18 academic year.

\* Pac-12 patch to be provided by the Conference office.





# ROWING

### MARK USAGE

Per the included examples, the reduced mark (without the wave and mountain) shall be placed on the center back or front right chest of the singlet and jersey.

Pac-12 rowing mark requirements began in the 2012-13 academic year.

\* Pac-12 mark to be applied by the institution.





# SOCCER

## MARK USAGE

Per the included examples, the reduced mark (without the wave and mountain) shall be placed on the right sleeve of the uniform.

Pac-12 soccer mark requirements began in the 2011-12 academic year.

* Pac-12 patch to be provided by the Conference office.







# SOFTBALL

## MARK USAGE

Per the included examples, the reduced mark (without the wave and mountain) shall be placed on the right chest of the uniform.

The helmet sticker shall be placed on the left, backside of the helmet.

Pac-12 softball mark requirements began in the 2010-11 academic year.

* Pac-12 patch to be provided by the Conference office

* Subject to change based on NCAA authenticating program.





# SWIMMING & DIVING

### MARK USAGE

Per the included examples, the reduced mark (without the wave and mountain) shall be placed on the side of the swim cap.

Pac-12 swimming mark requirements began in the 2011-12 academic year.

\* Pac-12 mark to be applied by the institution.



# TENNIS

### MARK USAGE

Per the included examples, the reduced mark (without the wave and mountain) shall be placed on the back of the neck of the uniform.

Pac-12 tennis mark requirements began in the 2011-12 academic year.

\* Pac-12 patch to be provided by the Conference office.



# TRACK & FIELD

## MARK USAGE

Per the included examples, the reduced mark (without the wave and mountain) shall be placed on the right chest of the sleeveless uniforms and right sleeve of the t-shirt style uniforms.

Pac-12 track & field mark requirements began in the 2011-12 academic year.

* Pac-12 mark to be applied by the institution.





**2023-2024 SEASON //** BRAND IDENTITY GUIDELINES   **53**

# VOLLEYBALL

## MARK USAGE

Per the included examples, the reduced mark (without the wave and mountain) shall be placed on the right sleeve, below the shoulder but above the elbow on the long sleeve uniform.

The reduced mark (without the wave and mountain) shall be placed mid-back, just below the number on the short sleeve or sleeveless uniform.

Pac-12 volleyball mark requirements began in the 2010-11 academic year.

* Pac-12 mark to be screened on by institution.





**2023-2024 SEASON //** BRAND IDENTITY GUIDELINES   **54**

# WRESTLING

**MARK USAGE**

Per the included examples, the reduced mark (without the wave and mountain) shall be placed on the upper center back of the singlet.

Pac-12 wrestling mark requirements began in the 2012-13 academic year.

* Pac-12 mark to be applied by the institution.





# COACHES' APPAREL

**MARK USAGE**

Per the included examples, the reduced mark (without the wave and mountain) shall be placed on coaches' apparel.

Patches should appear on coaches' apparel for all sports, except for those in which coaches wear formal attire.

* Due to variance in coaches' apparel preferences, it is acceptable to "stick" patches on clothing with adhesive backing rather than having each patch sewn on.










# WARM-UPS

### MARK USAGE

Per the included examples, the reduced mark (without the wave and mountain) shall be placed on either the right or left sleeve or right chest of the warm-up jacket.

* Institutions wishing to apply mark to warm-ups must contact the Conference office for patches.

* Institutions may screen the mark on their warm-ups.







# BAGS & BACKPACKS

### OPTIONAL MARK USAGE

Per the included examples, the reduced mark (without the wave and mountain) shall be placed on the side or front of bags and backpacks.

* Institutions wishing to apply mark to bags and backpacks must contact the Conference office for patches.

* Institutions may screen the mark on their bags and backpacks.







# INSTITUTIONAL FACILITIES

## FIELD SHIELD

**PAC-12 CONFERENCE**

■ PANTONE 662C
■ PANTONE 7563C
□ WHITE





# BASEBALL FIELD

## MARK USAGE

The use of the Pac-12 Conference mark was required on all baseball fields beginning in the 2011-2012 academic year.

Per the diagrams on this page, the marks must appear in institutional colors on the backstop wall.

Additional usage within the baseball facility is encouraged but not required. Utilization of primary mark (blue gradient) is recommended in such instances.

* Decals for backstop to be provided by the Conference office.







# BASKETBALL COURT

## MARK USAGE

The use of the Pac-12 Conference mark was required on all basketball courts beginning in the 2010-2011 academic year.

It is essential that each institution incorporate the Pac-12 Conference mark within the designated area between the key and the 3-point line on both sides of the court. The marks must be painted in institutional colors on the playing surface and decals may not be used. When viewed from the center court camera position, the mark shall appear below the key on the left side of the court and above the key on the right side of the court. Both marks must be oriented toward the television cameras.

Per the diagrams on this page, the shield shall be centered on the baseline edge of the second lane-space mark and positioned 36.5" from the key. Additional mark usage within the basketball facility is encouraged but not required. Utilization of the primary mark (blue gradient) is recommended in such instances.

* Digital logo file to be provided by the Conference office.
* Institutions responsible for mark application.



placement detail

shield dimensions



# BEACH VOLLEYBALL

### MARK USAGE

The use of the Pac-12 Conference mark was required on all beach volleyball courts beginning in the 2015-2016 academic year.

Per the diagrams on this page, the marks must appear on both net pole pads. The marks must appear in institutional colors and be oriented toward the television cameras.

Additional usage within the volleyball facility is encouraged but not required. Utilization of the primary mark (blue gradient) is recommended in such instances.

* Decals for pole pads to be provided by the Conference office.



PLACEMENT ON POLE



# DIVING PLATFORM

### MARK USAGE

The use of the Pac-12 Conference mark was required on the diving platform beginning in the 2011-2012 academic year.

Per the diagram on this page, the mark shall appear on the side of the platform in institutional colors.

Additional usage within the diving facility is encouraged but not required. Utilization of the primary mark (blue gradient) is recommended in such instances.

* Decal for the platform to be provided by the Conference office.



DIVING PLATFORM



# FOOTBALL FIELD

## MARK USAGE

The use of the Pac-12 Conference mark was required on all football fields beginning in the 2010-2011 academic year.

It is essential that each institution incorporate the Pac-12 Conference mark within the designated area on the 25-yard line. The mark must appear in institutional colors on the playing surface. When viewed from the 50-yard line camera position, the mark shall appear below the near hashmark on the right side of the field and above the far hash mark on the left side of the field. Both marks must be oriented towards the television cameras.

Per the diagrams on this page, the shield shall be centered on the 25-yard line and positioned equidistant from the respective hash mark and number. The 25-yard line must remain visible for official use. The required subtle shadow line shall not be visible on television. Additional mark usage within the football facility is encouraged but not required. Utilization of the primary mark (blue gradient) is recommended in such instances.

* Pac-12 stencil to be provided by the Conference office.
* Institutions are responsible for mark application.
* Marks applied to the field with paint shall be applied with two coats prior to every game.
* The Pac-12 strongly recommends painting the marks in the summer months to allow the marks to "set" into the field, enhancing their visual appearance throughout the season.





placement detail

shield dimensions

193.50"

243.00"





# GOLF FLAGS

## MARK USAGE

The use of the Pac-12 Conference mark was required on golf hole flags on holes 3, 6, 9, 12, 15 and 18 beginning in the 2012-2013 academic year.

Per the diagram on this page, the mark shall appear in the center of the above listed 6 hole flags in institutional colors. Institutions are free to use Pac-12 flags for hole flags of their choice for the remaining 12 holes.

Additional usage on the golf course and in surrounding facilities is encouraged but not required. Utilization of the primary mark (blue gradient) is recommended in such instances.

*18 hole flags to be provided by the Conference office.

HOLE FLAG







# GYMNASTICS

## MARK USAGE

The use of the Pac-12 Conference mark was required in the gymnastics facility beginning in the 2012-2013 academic year.

Per the diagrams on this page, the mark shall appear on the floor exercise carpet in at least one location in institutional colors. Additionally, the mark shall appear on the table skirt of the head judge's table for two events in institutional colors. If the event is televised, the mark on the carpet and the head judge's table should be oriented toward the television cameras.

Additional usage within the gymnastics facility is encouraged but not required. Utilization of the primary mark (blue gradient) is recommended for such instances.

* Decal for the carpet to be provided by the Conference office.

* 2 table skirts to be provided by the Conference office.
  Additional table skirts are available for purchase by
  the university.



TABLE SKIRT

FLOOR ROUTINE AREA



# LACROSSE FIELD

## MARK USAGE

The use of the Pac-12 Conference mark was required on all lacrosse fields beginning in the 2017-2018 academic year.

When viewed from the television camera position, each mark shall be equidistant from the midfield line and the endline. Both marks should be centered between the sideline and the closest point of the 12m arch. Both marks must be oriented toward the television cameras and appear in institutional colors.

Additional usage within the lacrosse facility is encouraged, but not required. Utilization of the primary mark (blue gradient) is recommended in such instances.

* Institutions to use the Pac-12 football stencil provided by the Conference office for application.

* Marks applied to the field with paint shall be applied with two coats prior to every game.

* Institutions with turf fields may in-lay the marks

Alternatively, institutions may chose to display the Pac-12 Conference mark on fencing near the goal, in a position conducive to television exposure. There should be a minimum of two marks per venue and may be directly applied to fencing (decal) or presented as signage (banner).

* Decals or signage for fencing to be provided by the Conference office.





# ROWING SHELL

## MARK USAGE

The use of the Pac-12 Conference mark was required on the shell beginning in the 2012-2013 academic year.

Per the diagram on this page, the mark shall appear on the front OR back end of the shell in institutional colors.

Additional usage throughout the rowing venue is encouraged but not required. Utilization of the primary mark (blue gradient) is recommended in such instances.

* Decal for the shell to be provided by the Conference office.







# SOCCER FIELD

## MARK USAGE

The use of the Pac-12 Conference mark was required on all soccer fields beginning in the 2011-2012 academic year.

When viewed from the television camera position, the bottom of the mark on the left side of the field shall align with the top edge of the 18-yard box. The top of the mark on the right side of the field shall align with the bottom edge of the 18-yard box. Each mark shall be equidistant from the midfield line and the goal line. Both marks must be oriented toward the television cameras and appear in institutional colors.

Additional usage within the soccer facility is encouraged but not required. Utilization of the primary mark (blue gradient) is recommended in such instances.

* Institutions to use the Pac-12 football stencil
  provided by the Conference office for application.

* Marks applied to the field with paint shall be applied with
  two coats prior to every game.

* Institutions with turf fields may in-lay the marks.

Alternatively, institutions may chose to display the Pac-12 Conference mark on fencing near the goal, in a position conducive to television exposure. There should be a minimum of two marks per venue and may be directly applied to fencing (decal) or presented as signage (banner).

* Decals or signage for fencing to be provided by the
  Conference office.





# SOFTBALL FIELD

### MARK USAGE

The use of the Pac-12 Conference mark was required on all softball fields beginning in the 2011-2012 academic year.

Per the diagrams on this page, the marks must appear in institutional colors on the backstop wall.

Additional usage within the softball facility is encouraged but not required. Utilization of primary mark (blue gradient) is recommended in such instances.

* Decals for backstops to be provided by Conference office.






# SWIMMING POOL

### MARK USAGE

The use of the Pac-12 Conference mark was required in swimming facilities beginning in the 2011-2012 academic year.

Per the diagrams on this page, Pac-12 signage in institutional colors shall appear at mid-pool in the swimming facility. If the event is televised, the signage must be oriented toward the television cameras.

Additional usage within the facility is encouraged but not required. Utilization of the primary mark (blue gradient) is recommended in such instances.

*Signage to be provided by the Conference office.





# TENNIS COURT

### MARK USAGE

The use of the Pac-12 Conference mark was required on the net of all tennis courts beginning in the 2011-2012 academic year.

Per the diagram on this page, the mark shall appear on the net in the doubles alley on both sides of the court. The marks must appear in institutional colors.

Additional usage within the tennis facility is encouraged but not required. Utilization of the primary mark (blue gradient) is recommended in such instances.

* Net logo to be supplied by the Conference office.







**2023-2024 SEASON //** BRAND IDENTITY GUIDELINES

# TRACK & FIELD EVENTS

### MARK USAGE

The use of the Pac-12 Conference mark was required on track and field equipment beginning in the 2011-2012 academic year.

Per the diagrams on this page, the mark shall appear on the hurdles and high jump mat in institutional colors. Location may be altered if institutional logo is already present in a designated location (e.g. if institutional mark is in the middle of the hurdle, Pac-12 mark can be placed on end).

Additional usage within the track facility is encouraged but not required. Utilization of the primary mark (blue gradient) is recommended in such instances.

* Decals for the hurdles and mat to be provided by the Conference office.



HURDLE



HIGH JUMP MAT



**2023-2024 SEASON //** BRAND IDENTITY GUIDELINES

# TRACK & FIELD VENUE

### MARK USAGE

The use of the Pac-12 Conference mark was required on all tracks beginning in the 2011-2012 academic year.

Per the diagrams on this page, the mark shall appear on inside of the track, close to the finish line. The mark shall be oriented so the bottom of the shield is closest to the track. If directly inside the finish line is not grass, the mark must be applied in another location within the infield. The marks must appear in institutional colors.

If there is no grass in the infield at all, please contact the Conference office for alternative mark placement.

Additional usage within the track facility is encouraged but not required. Utilization of the primary mark (blue gradient) is recommended in such instances.

* Institutions to use the Pac-12 football stencil
  provided by the Conference office for application.







# VOLLEYBALL COURT

### MARK USAGE

The use of the Pac-12 Conference mark was required on all volleyball courts beginning in the 2011-2012 academic year.

Per the diagrams on this page, the marks must appear on the playing surface equidistant between the net and the end line in front of the benches and on both net pole pads. The marks must appear in institutional colors and be oriented toward the television cameras in both locations.

Additional usage within the volleyball facility is encouraged but not required. Utilization of the primary mark (blue gradient) is recommended in such instances.

* Decals for pole pads to be provided by the Conference office.

* Institutions responsible for mark application on the playing surface

* In instances when the volleyball team plays on the basketball court, application of the marks on the playing surface are not required.





# WRESTLING MAT

## MARK USAGE

The use of the Pac-12 Conference mark was required in the wrestling facility beginning in the 2012-2013 academic year.

Per the diagram on this page, the mark shall appear on the table skirt of the head judge's table in institutional colors. Elsewhere in the facility, Pac-12 signage in institutional colors shall appear. If the event is televised, the signage and the head judge's table should be oriented toward the television cameras.

Additional usage within the wrestling facility is encouraged but not required. Utilization of the primary mark (blue gradient) is recommended in such instances.

* Signage to be provided by Conference office.

* Please use same table skirts as gymnastics
  provided by Conference office. Additional table
  skirts are available for purchase by the university.



TABLE SKIRT





2023-2024 SEASON // BRAND IDENTITY GUIDELINES


77

