**EXHIBIT 2**


Gloria Nevarez, Commissioner

September 12, 2024

Scott Petersmeyer
Pac-12 Conference
12647 Alcosta Blvd., 5th Floor
San Ramon, CA 94583
Email: spetersmeyer@pac-12.org

*Re: Scheduling Agreement Withdrawal Fee*

Dear Mr. Petersmeyer:

Reference is made to the Scheduling Agreement, dated as of December 1, 2023, by and among the Mountain West Conference (the "MWC"), the Pac-12 Conference (the "Pac-12"), Oregon State University ("OSU"), and Washington State University ("WSU"). Capitalized terms used below have the same meaning as in the Scheduling Agreement (the "Scheduling Agreement").

Pursuant to Section 7.01 of the Scheduling Agreement, entitled "Termination Fees," the Pac-12 "covenant[ed] and agree[d] that, if (A) at any time prior to the two year anniversary of the expiration or termination of this Agreement pursuant to Article IV (the 'Withdrawal Fee Period'), the Pac-12 makes an offer to any MWC Member Institution (other than an offer to all MWC Member Institutions to join the Pac-12 as Pac-12 member institutions in accordance with the terms of Section 8.01) to join the Pac-12 as a member institution or affiliate member, which any such MWC Member Institution accepts, or announces that it will accept, during the Withdrawal Fee Period (each such MWC Member Institution, an 'Accepting MWC Member Institution'), the Pac-12 shall pay liquidated damages to MWC in the form of the [sic] a termination fee as set forth on Schedule 7 (the 'Withdrawal Fee')."

Pursuant to Section 7.02 of the Scheduling Agreement, "[a]ny Withdrawal Fee which becomes payable by the Pac-12 pursuant to clause (A) of Section 7.01 shall be due and payable to MWC in full in accordance with the terms of Section 2.03 no later than 30 days following the date each Accepting MWC Member Institution accepts, or announces that it will accept, such offer."

On September 12, 2024, Amy Parsons, President of Colorado State University, called me and advised me that she was calling on behalf of, and was authorized to speak on behalf of, Colorado State University ("CSU"), Boise State University ("Boise St."); California State University, Fresno ("Fresno St.") and San Diego State University ("SDSU"). During our September 12 call, Ms. Parsons advised me that CSU, Boise St., Fresno St., and SDSU were withdrawing from the MWC and have accepted an invitation to join the Pac-12 Conference. I understand that Ms. Parsons held a similar telephone discussion, also on September 12, 2024, with Keith Whitfield, President of the University of Nevada, Las Vegas and the Chairman of the Board of Directors of the MWC. Additionally, each of CSU, Boise St., Fresno St., and SDSU issued a press release on September 12, 2024, announcing its decision to withdraw from the MWC and join the Pac-12. A press release was also issued by the Pac-12

10807 New Allegiance Drive, Suite 250          TheMW.com          Phone: (719) 488-4040
Colorado Springs, CO  80921                                       Fax: (719) 487-7240

announcing that its Board of Directors had voted unanimously to admit CSU, Boise St., Fresno St., and SDSU.

Given the events of September 12, 2024, each of CSU, Boise St., Fresno St., and SDSU is an "Accepting MWC Member Institution," as that term is defined by Section 7.01(A) of the Scheduling Agreement. Pursuant to the terms of the Scheduling Agreement, including but not limited to, Section 7.01(A), Section 7.02, and Schedule 7, the Pac-12 is obligated to pay the MWC $43,000,000 (forty-three million dollars) in "Aggregate Withdrawal Fees" within 30 (thirty) days of the date of this letter.

Very truly yours,

Gloria Nevarez
Commissioner, Mountain West Conference


cc:     Jared Bartie
        Emerson Girardeau
        Willkie Farr & Gallagher LLP
        New York, NY 10019
        Email: jbartie@willkie.com
        Email: egirardeau@willkie.com


        Michael Sheetz
        Cooley LLP
        500 Boylston St.
        Boston, MA 02116
        Email: msheetz@cooley.com


        Becca Gose
        Oregon State University
        Office of the General Counsel
        630 Kerr Admin Building
        Corvallis, OR 97331
        Email: rebecca.gose@oregonstate.edu

_____

Timothy B. Crippen
Black Helterline LLP
805 S.W. Broadway, Suite 1900
Portland, OR 97205
Email: tim.crippen@bhlaw.com


Eric MacMichael
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111
Email: emacmichael@keker.com


Anne McCoy
Washington State University Athletics
PO Box 641602
Pullman, WA 99164-1602
Email: amccoy@wsu.edu


Nathan Deen
Office of the Attorney General
Washington State University
332 French Administration Building
PO Box 641031
Pullman, WA 99164-1031
Email: nathan_deen@wsu.edu