# EXHIBIT 3

September 24, 2024

Gloria Nevarez, Commissioner
Mountain West Conference
10807 New Allegiance Drive, Suite 250
Colorado Springs, CO 80921
gnevarez@themw.com

**VIA E-MAIL**

Re:   *Scheduling Agreement Withdrawal Fee*

Dear Gloria,

I write in response to your letter dated September 12, 2024.  Before addressing the substance, I want to reiterate that the Pac-12 continues to value its relationship with the Mountain West Conference and the scheduling agreement we have in place for our student athletes for the current season.

Your letter states that because four current members of the Mountain West Conference ("MWC") have agreed to join the Pac-12 beginning in the 2026-2027 season, the Pac-12 is "obligated to pay the MWC $43,000,000" in "Aggregate Withdrawal Fees."

The Pac-12 respectfully disagrees.  Sections 7.01 and 7.02 of the Scheduling Agreement, which you cited as the basis for these Aggregate Withdrawal Fees, are unlawful and unenforceable for multiple reasons. Fundamentally, these provisions seek to inhibit competition by placing exorbitant and punitive monetary fees on the Pac-12 simply for engaging in competition by accepting MWC member schools into the Pac-12.  As you know, the MWC imposed these improper penalties over the Pac-12's objection at a time when the Pac-12 was desperate to schedule football games for its two remaining members and had little leverage to reject this clear restraint on competition.  But that does not make these penalties any less unlawful.

The Pac-12, like the MWC, is committed to serving its member schools and student-athletes; it is this commitment that prompted the scheduling agreement with the MWC for the 2024-2025 season, and it is this commitment that caused the Pac-12 to agree to pay above-market prices for the games it scheduled with the MWC.  The penalties you are demanding, which had (and have) no place in such a scheduling agreement, are incompatible with free and fair competition and are unenforceable under the law.

For these reasons, we are filing a complaint today to protect our rights and protect the interests of our student-athletes.

We look forward to competing on the field this season and in seasons to come.

Sincerely,

**PAC-12 CONFERENCE**

*[signature: Teresa K. Gould]*

Teresa K. Gould
Commissioner