KEKER, VAN NEST & PETERS LLP
ERIC H. MACMICHAEL - # 231967
emacmichael@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
ANJALI SRINIVASAN - # 304413
asrinivasan@keker.com
KELLY S. KAUFMAN - # 328827
kkaufman@keker.com
PAUL VON AUTENRIED - # 335917
pvonautenried@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for Plaintiff THE PAC-12 CONFERENCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PAC-12 CONFERENCE,<br><br>Plaintiff,<br><br>v.<br><br>THE MOUNTAIN WEST CONFERENCE,<br><br>Defendant. | Case No. 5:24-cv-06685-SVK<br><br>**PLAINTIFF'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**<br><br>Date Filed:  September 25, 2024 |

1  Pursuant to Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

The Pac-12 Conference ("the Pac-12") is a California non-profit member association, and its current members are Oregon State University and Washington State University.

The Pac-12 is not aware of any conflict, financial or otherwise, that the presiding judge may have with the parties to the litigation.

Dated: September 25, 2024

KEKER, VAN NEST & PETERS LLP

By: /s/ Eric H. MacMichael
ERIC H. MACMICHAEL
NICHOLAS S. GOLDBERG
ANJALI SRINIVASAN
KELLY S. KAUFMAN
PAUL VON AUTENRIED

Attorneys for Plaintiff THE PAC-12 CONFERENCE