KEKER, VAN NEST & PETERS LLP
ERIC H. MACMICHAEL - # 231967
emacmichael@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
ANJALI SRINIVASAN # 304413
asrinivasan@keker.com
KELLY S. KAUFMAN - # 328827
kkaufman@keker.com
PAUL VON AUTENRIED - # 335917
pvonautenried@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for Plaintiff THE PAC-12 CONFERENCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PAC-12 CONFERENCE,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>THE MOUNTAIN WEST CONFERENCE,<br><br>　　　　　Defendant. | Case No. 5:24-cv-6685-SVK<br><br>**PROOF OF SERVICE**<br><br>Date Filed:  September 24, 2024 |

Eric H. MacMichael
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111
(415) 391-5400

## UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

**CASE NUMBER:**
4:24-cv-6685

THE PAC-12 CONFERENCE                                   Plaintiff(s)

v.

THE MOUNTAIN WEST CONFERENCE
                                                        Defendant(s)

**PROOF OF SERVICE
SUMMONS AND COMPLAINT**
(Use separate proof of service for each person/party served)

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:

   a. ☒ Summons      ☐ First Amended Complaint      ☐ Third Party Complaint
      ☒ Complaint    ☐ Second Amended Complaint     ☐ Counter Claim
      ☐ Alias Summons ☐ Third Amended Complaint     ☐ Cross Claim
      ☒ other **See attached Document List**

2. **Person served:**

   a. ☒ Defendant *(name:)* **THE MOUNTAIN WEST CONFERENCE**
   b. ☒ Other *(specify name and title or relationship to the party/business named)*:
      **Gary Walenga - CFO**
   c. ☒ Address where the papers were served:  **10807 New Allegiance Dr Ste 250**
      **Colorado Springs, CO 809213804**

3. **Manner of Service** in compliance with *(the appropriate box* **must** *be checked)*:

   a. ☒ Federal Rules of Civil Procedure
   b. ☐ California Code of Civil Procedure

4. **I served** the person named in Item 2:

   a. ☐ By **Personal Service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

      1. ☐ **Papers were served on** *(date):* **at** *(time):*

   b. ☒ By **Substituted Service.** By leaving copies:  **Bret Gilliland - Deputy Commissioner (Authorized to Accept)**
      Age: 60         Weight: 160        Hair: Grey        Sex: Male
      Height: 5'10"   Eyes: N/A          Race: Caucasian   Marks:

      1. ☐ **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. ☒ **(business)** or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.

      3. ☒ **Papers were served on** *(date):* **9/26/2024** at *(time):* **3:18 PM**

      4. ☐ **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

      5. ☒ **papers were mailed on** Sep 26, 2024 - DECLARATION OF MAILING ATTACHED

      6. ☐ **due diligence.** I made at least three (3) attempts to personally serve the defendant.

   c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20  Substitute service upon the California Secretary of State requires a court order.  **(Attach a copy of the order to this Proof of Service.)**

f. ☐ **Service on a foreign corporation.**  In any manner prescribed for individuals by FRCP 4(f)

g. ☐ **Certified or registered mail service.**  By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served.  **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

   Name of person served:

   **Title of person served:**

   **Date and time of service:** *(date):*  at *(time):*

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation**(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*
   **Craig Smith**
   **Nationwide Legal, LLC**
   **1625 Clay Street 4th Floor**
   **Oakland, CA 94612**
   **(510) 444-4690**

   a. Fee for service: $ **486.40**
   b. ☑ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☐ Registered California process server
      Registration # :
      County:

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: **September 27, 2024**          **Craig Smith**                     *(Signature)*
                                    *Type or Print Server's Name*

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

Nationwide Legal, LLC
1625 Clay Street 4th Floor
Oakland, CA 94612
Phone: (510) 444-4690   Fax: (510) 444-4529

Continued from Proof of Service

**CLIENT:** KEKER, VAN NEST & PETERS LLP

**CLIENT FILE #:** 2PAC                                        **DATE:** September 26, 2024

**SUBJECT:** THE MOUNTAIN WEST CONFERENCE

**SERVED:** Bret Gilliland - Deputy Commissioner (Authorized to Accept)

```
Summons; Complaint; Civil Cover Sheet; Plaintiff's Certification of
Conflicts and Interested Entities or Persons; Civil and Discovery
Referral Matters Standing Order Magistrate Judge Susan Van Keulen;
Civil Pretrial Standing Order Magistrate Judge Susan Van Keulen;
Settlement Conference Standing Order Magistrate Judge Susan Van
Keulen; Order Setting Initial Case Management Conference and ADR
Deadlines; Consent or Declination to Magistrate Judge Jurisdiction;
Standing Order for All Judges of the Northern District of California
Contents of Joint Case Management Statement; Notice of Assignment of
Case to a United States Magistrate Judge for Trial; ECF Registration
Information
```

NATIONWIDE LEGAL

Order#: SF226744/DocAtt2010

| Attorney or Party without Attorney: Eric H. MacMichael<br>KEKER, VAN NEST & PETERS LLP<br>633 Battery Street<br>San Francisco, CA 94111<br>TELEPHONE No.: (415) 391-5400   E-MAIL ADDRESS (Optional): emacmichael@keker.com<br>FAX No. (Optional): (415) 397-7188<br>Attorney for: Plaintiff THE PAC-12 CONFERENCE | FOR COURT USE ONLY |
|---|---|
| Ref No. or File No.: 2PAC | |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

Petitioner: THE PAC-12 CONFERENCE
Respondent: THE MOUNTAIN WEST CONFERENCE

| PROOF OF SERVICE BY MAIL | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER: 4:24-cv-6685 |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action.  I am employed in the county where the mailing occurred.

2. I served copies of the Summons; Complaint; Civil Cover Sheet; Plaintiff's Certification of Conflicts and Interested Entities or Persons; Civil and Discovery Referral Matters Standing Order Magistrate Judge Susan Van Keulen; Civil Pretrial Standing Order Magistrate Judge Susan Van Keulen; Settlement Conference Standing Order Magistrate Judge Susan Van Keulen; Order Setting Initial Case Management Conference and ADR Deadlines; Consent or Declination to Magistrate Judge Jurisdiction; Standing Order for All Judges of the Northern District of California Contents of Joint Case Management Statement; Notice of Assignment of Case to a United States Magistrate Judge for Trial; ECF Registration Information

3. By placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, California, addressed as follows:

   a. Date of Mailing:        September 26, 2024
   b. Place of Mailing:       Los Angeles, CA
   c. Addressed as follows:   THE MOUNTAIN WEST CONFERENCE
                              ATTENTION: Gary Walenga - CFO
                              10807 New Allegiance Dr Ste 250
                              Colorado Springs, CO 80921-3804

I am readily familiar with the firm's practice for collection and processing of documents for mailing.  Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

Fee for Service: $ 486.40
Nationwide Legal, LLC REG: 12-234648
1625 Clay Street 4th Floor
Oakland, CA 94612
(510) 444-4690
www.nationwideasap.com

I declare under penalty of perjury under the laws of the The United States that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on  September 26, 2024.

Signature: _____
                                              Arthur Chale

**PROOF OF SERVICE BY MAIL**

Order#: SF226744/mailproof