**WILLKIE FARR & GALLAGHER LLP**
SIMONA AGNOLUCCI (SBN 246943)
sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN 281668)
esantacana@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Tel: 415 858 7400
Fax: 415 858 7599

MATT D. BASIL (*pro hac vice* pending)
mbasil@willkie.com
300 N. LaSalle Street
Chicago, IL 60654-3406
Tel: 312 728 9000
Fax: 312 728 9199

*Attorneys for Defendant*
THE MOUNTAIN WEST CONFERENCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE PAC-12 CONFERENCE,<br><br>        Plaintiff,<br><br>vs.<br><br>THE MOUNTAIN WEST CONFERENCE,<br><br>        Defendant. | Case No. 5:24-cv-06685-SVK<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT, SET RESPONSIVE BRIEFING SCHEDULE, AND RESET INITIAL CASE MANAGEMENT CONFERENCE**<br><br>*[Proposed Order filed concurrently herewith]*<br><br>Magistrate Judge Susan van Keulen |

## JOINT STIPULATION

Pursuant to Civil Local Rules 6-1 and 6-2, Defendant The Mountain West Conference and Plaintiff The Pac-12 Conference, by and through their counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff filed the above-captioned action on September 24, 2024;

WHEREAS, Defendant's response to the complaint is currently due on or before October 17, 2024;

WHEREAS, the Initial Case Management Conference is currently scheduled to be held on December 24, 2024, at 9:30 AM;

WHEREAS, the parties have met and conferred and agreed to an extension of Defendant's deadline to answer or otherwise respond to the complaint to **November 25, 2024**;

WHEREAS, the parties have also agreed that, to the extent required, Plaintiff will have until **January 13, 2025**, to file an opposition and Defendant will have until **February 10, 2025**, to file a reply;

WHEREAS, the parties would prefer to conduct the Initial Case Management Conference after the conclusion of the stipulated briefing schedule;

WHEREAS, the parties request that the Court continue the Initial Case Management Conference to **March 18, 2025 at 9:30 AM**;

WHEREAS, the parties have not previously sought any extensions in this case;

WHEREAS, the parties agree that they would benefit from additional time to prepare their respective briefs and further agree that good cause exists to modify the briefing schedule from the default deadlines provided by Civil Local Rules.

NOW, THEREFORE IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that:

1. Defendant shall have until **November 25, 2024** to file a responsive pleading;
2. Plaintiff shall have until **January 13, 2025** to file an opposition, to the extent required;

3. Defendant shall have until **February 10, 2025** to file a reply, to the extent required;

4. The parties shall have until **February 25, 2025** to file the ADR L.R. 3 Certification;

5. The deadline for the parties to meet and confer regarding initial disclosures, early settlement, ADR process selection, and a discovery plan is **February 25, 2025**;

6. The deadline for the parties to make their Fed. R. Civ. P. 26(a)(1) disclosures is **March 11, 2025**;

7. The deadline for the parties to file the Joint Case Management Statement is **March 11, 2025**;

8. The Initial Case Management Conference shall be held on **March 18, 2025 at 9:30 AM**.

IT IS SO STIPULATED.

DATED: October 17, 2024

| KEKER, VAN NEST & PETERS LLP | WILLKIE FARR & GALLAGHER LLP |
|---|---|
| By: */s/ Eric H. Macmichael*<br>ERIC H. MACMICHAEL<br>emacmichael@keker.com<br>NICHOLAS S. GOLDBERG<br>ngoldberg@keker.com<br>ANJALI SRINIVASAN<br>asrinivasan@keker.com<br>KELLY S. KAUFMAN<br>kkaufman@keker.com<br>PAUL VON AUTENRIED<br>pvonautenried@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Tel: 415 391 5400<br>Fax: 415 397 7188<br><br>*Attorneys for Plaintiff*<br>*THE PAC-12 CONFERENCE* | By: */s/ Eduardo E. Santacana*<br>SIMONA AGNOLUCCI<br>sagnolucci@willkie.com<br>EDUARDO E. SANTACANA<br>esantacana@willkie.com<br>333 Bush St.<br>34th Floor<br>San Francisco, CA 94104<br>Tel: 415 858 7421<br>Fax: 415 858 7599<br><br>MATT D. BASIL<br>(*pro hac vice* pending)<br>mbasil@willkie.com<br>300 N. LaSalle Street<br>Chicago, IL 60654-3406<br>Tel: 312 728 9000<br>Fax: 312 728 9199<br><br>*Attorneys for Defendant*<br>*THE MOUNTAIN WEST CONFERENCE* |

**CIVIL LOCAL RULE 5-1 ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing of this stipulated request and have authorized the filing of this stipulated request.

Dated: October 17, 2024                             /s/ Eduardo E. Santacana
                                                                    Eduardo E. Santacana