**WILLKIE FARR & GALLAGHER LLP**
SIMONA AGNOLUCCI (SBN 246943)
sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN 281668)
esantacana@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Tel: 415 858 7421
Fax: 415 858 7599

MATT D. BASIL (*pro hac vice* pending)
mbasil@willkie.com
300 N. LaSalle Street
Chicago, IL 60654-3406
Tel: 312 728 9000
Fax: 312 728 9199

Attorneys for Defendant
MOUNTAIN WEST CONFERENCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| The PAC-12 Conference<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>The Mountain West Conference<br><br>　　　　　　Defendant. | Case No.  5:24-cv-06685-SVK<br><br>**MOUNTAIN WEST CONFERENCE'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15**<br><br>Magistrate Judge Susan van Keulen |

DEFENDANT'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS
Case No.  5:24-cv-6685-SVK

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a nonfinancial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

The Mountain West Conference is a Colorado not-for-profit corporation with its headquarters in Colorado Springs, Colorado. The fourteen full or affiliate members of Mountain West Conference are:

1. United States Air Force Academy
2. Boise State University
3. Colorado College (affiliate member)
4. Colorado State University
5. California State University, Fresno
6. University of Nevada, Reno
7. University of Nevada, Las Vegas
8. University of New Mexico
9. San Diego State University
10. San Jose State University
11. Utah State University
12. University of Wyoming
13. University of Hawaiʻi at Manoa (affiliate member)
14. Washington State University (affiliate member)

The Mountain West Conference is not aware of any conflict, financial or otherwise, that the presiding judge may have with the parties to the litigation.

/ / /

/ / /

/ / /

DATED: October 17, 2024				WILLKIE FARR & GALLAGHER LLP

						By:	*/s/ Simona Agnolucci*
							Simona Agnolucci
							Eduardo E. Santacana
							Matt D. Basil (*pro hac vice* pending)

							Attorneys for Defendant
							MOUNTAIN WEST CONFERENCE

DEFENDANT'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS
Case No. 5:24-cv-06685-SVK

## CERTIFICATE OF SERVICE

Pursuant to Rule 5 of the Federal Rules of Civil Procedure and Rule 5.5 of the Local Rules of the Northern District of California, the undersigned, an attorney of record in this case, hereby certifies that, on October 17, 2024, a true and correct copy of the foregoing was filed electronically by CM/ECF, which caused notice to be sent to all counsel of record.

Dated: October 17, 2024                    */s/ Eduardo E. Santacana*
                                            Eduardo E. Santacana