**WILLKIE FARR & GALLAGHER LLP**
SIMONA AGNOLUCCI (SBN 246943)
sagnolucci@willkie.com
EDUARDO E. SANTACANA (SBN 281668)
esantacana@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Tel: 415 858 7400
Fax: 415 858 7599

MATT D. BASIL (*pro hac vice* pending)
mbasil@willkie.com
300 N. LaSalle Street
Chicago, IL 60654-3406
Tel: 312 728 9000
Fax: 312 728 9199

Attorneys for Defendant
THE MOUNTAIN WEST CONFERENCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE PAC-12 CONFERENCE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>THE MOUNTAIN WEST CONFERENCE,<br><br>　　　　　Defendant. | Case No. 5:24-cv-06685-SVK<br><br>[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT, SET RESPONSIVE BRIEFING SCHEDULE, AND RESET INITIAL CASE MANAGEMENT CONFERENCE **AS MODIFIED** |

**[PROPOSED] ORDER AS MODIFIED**

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED** that:

1. Defendant's deadline to file a responsive pleading will be November 25, 2024;
2. Plaintiff shall have until January 13, 2025 to file an opposition;
3. Defendant shall have until February 10, 2025 to file a reply;
4. The parties shall have until February 25, 2025 to file the ADR L.R. 3 Certification;
5. The deadline for the parties to meet and confer regarding initial disclosures, early settlement, ADR process selection, and a discovery plan is February 25, 2025;
6. The deadline for the parties to make their Fed. R. Civ. P. 26(a)(1) disclosures is March 11, 2025;
7. The deadline for the parties to file the Joint Case Management Statement is March 4, 2025;
8. The Initial Case Management Conference shall be held on March 11, 2025 at 9:30 AM.

DATED: October 22, 2024

_____
HON. SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE