UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAC-12 CONFERENCE,<br><br>  Plaintiff,<br><br> v.<br><br>MOUNTAIN WEST CONFERENCE,<br><br>  Defendant. | Case No.  24-cv-06685-SVK<br><br>**ORDER REQUESTING STATUS UPDATE**<br><br>Re: Dkt. No. 25 |

On November 25, 2024, Defendant filed a motion to dismiss this action.  *See* Dkt. 25. Plaintiff did not file a response by the December 9, 2024 deadline, and Defendant did not file a reply by the December 16, 2024 deadline.  Accordingly, the Court **ORDERS** the Parties to file a joint status report by **January 6, 2025**.

**SO ORDERED.**

Dated: December 17, 2024

_____
SUSAN VAN KEULEN
United States Magistrate Judge