1  **WILLKIE FARR & GALLAGHER LLP**
   SIMONA AGNOLUCCI (SBN 246943)
2  sagnolucci@willkie.com
   EDUARDO E. SANTACANA (SBN 281668)
3  esantacana@willkie.com
   333 Bush Street, 34th Floor
4  San Francisco, CA  94104
   Tel: 415 858 7400
5  Fax: 415 858 7599

6  WESLEY R. POWELL (SBN 230430)
   wpowell@willkie.com
7  787 Seventh Avenue
   New York, NY 10019
8  Tel: 212 728 8000
   Fax: 212 728 8111

9
   MATT D. BASIL (*pro hac vice* pending)
10 mbasil@willkie.com
   300 N. LaSalle Street
11 Chicago, IL  60654
   Tel: 312 728 9000
12 Fax: 312 728 9199

13 *Attorneys for Defendant*
   *The Mountain West Conference*
14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                          SAN JOSE DIVISION

18 | THE PAC-12 CONFERENCE, | |
   |---|---|
19 | Plaintiff, | Case No.  5:24-cv-06685-SVK |
20 | vs. | |
   | | **JOINT STATUS REPORT** |
21 | THE MOUNTAIN WEST CONFERENCE, | |
22 | Defendant. | Magistrate Judge Susan van Keulen |

23
24
25
26
27
28

JOINT STATUS REPORT
Case No.  5:24-cv-6685-SVK

# JOINT STATUS REPORT

Pursuant to the Court's order dated December 17, 2024 (Dkt. 26), the parties respectfully submit this joint status report.

On October 22, 2024, the Court approved (as modified) the parties' joint stipulation, setting in relevant part the following deadlines: (1) **November 25, 2024** for Defendant to file a responsive pleading; (2) **January 13, 2025** for Plaintiff to file an opposition; and (3) **February 25, 2025** for Defendant to file a reply. Dkt. 21. On November 25, 2024, Defendant filed a Motion to Dismiss (Dkt. 25) and a Proposed Order (Dkt. 25-1). Under the Court's October 22, 2024 order, Plaintiff's opposition is due January 13, 2025 and Defendant's reply is due February 25, 2025.

The parties do not anticipate any modification or extension to the deadlines set forth in the Court's October 22, 2024 order is necessary at this time.

Respectfully submitted,

| KEKER, VAN NEST & PETERS LLP | WILLKIE FARR & GALLAGHER LLP |
|---|---|
| By: */s/ Nicholas S. Goldberg*<br>ERIC H. MACMICHAEL<br>emacmichael@keker.com<br>NICHOLAS S. GOLDBERG<br>ngoldberg@keker.com<br>ANJALI SRINIVASAN<br>asrinivasan@keker.com<br>KELLY S. KAUFMAN<br>kkaufman@keker.com<br>PAUL VON AUTENRIED<br>pvonautenried@keker.com<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Tel: 415 391 5400<br>Fax: 415 397 7188<br><br>*Attorneys for Plaintiff*<br>*THE PAC-12 CONFERENCE* | By: */s/ Eduardo E. Santacana*<br>Simona Agnolucci<br>sagnolucci@willkie.com<br>Eduardo E. Santacana<br>esantacana@willkie.com<br>333 Bush St.<br>34th Floor<br>San Francisco, CA 94104<br>Tel: 415 858 7421<br>Fax: 415 858 7599<br><br>Wesley Powell<br>wpowell@willkie.com<br>787 Seventh Avenue<br>New York, NY 10019<br>Tel: 212 728 8000<br>Fax: 212 728 8111<br><br>Matt D. Basil<br>(*pro hac vice* pending) |

mbasil@willkie.com
300 N. LaSalle Street
Chicago, IL 60654
Tel: 312 728 9000
Fax: 312 728 9199

*Attorneys for Defendant*
THE MOUNTAIN WEST CONFERENCE

DATED: December 17, 2024

**CIVIL LOCAL RULE 5-1 ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing of this stipulated request and have authorized the filing of this stipulated request.

Dated: December 17, 2024

                                                          /s/ Eduardo E. Santacana
Eduardo E. Santacana
333 Bush St.
34th Floor
San Francisco, CA 94104
Tel: 415 858 7421
Fax: 415 858 7599
Email: esantacana@willkie.com

*Attorney for Defendant The Mountain West Conference*