KEKER, VAN NEST & PETERS LLP
ERIC H. MACMICHAEL - # 231697
emacmichael@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
ANJALI SRINIVASAN - # 304413
asrinivasan@keker.com
KELLY S. KAUFMAN - # 328827
kkaufman@keker.com
PAUL VON AUTENRIED - # 335917
pvonautenried@keker.com
CHARLOTTE KAMAI - # 344786
ckamai@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for Plaintiff THE PAC-12 CONFERENCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PAC-12 CONFERENCE,<br><br>                 Plaintiff,<br><br>         v.<br><br>THE MOUNTAIN WEST CONFERENCE,<br><br>                 Defendant. | Case No. 5:24-cv-6685-SVK<br><br>**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Judge:  Hon. Susan van Keulen<br><br>Date Filed:  September 24, 2024<br><br>Trial Date:  None |

Pursuant to Northern District Local Rule 6-2(a), Plaintiff THE PAC-12 CONFERENCE ("Plaintiff"), and Defendant THE MOUNTAIN WEST CONFERENCE, ("Defendant") hereby AGREE and STIPULATE as follows:

**WHEREAS**, on March 11, 2025 at 9:30 a.m., the parties are scheduled to appear before this Court for an Initial Case Management Conference ("Initial CMC") in the above-captioned matter.  *See* Dkt. 21 (Scheduling Order)

**WHEREAS**, on November 25, 2024, Defendant filed a motion to dismiss ("Motion") (Dkt. 25); on January 13, 2025, Plaintiff filed an Opposition to Defendant's motion (Dkt. 29); and on February 10, 2025, Defendant filed a Reply (Dkt. 30).

**WHEREAS**, the hearing on Defendant's motion to dismiss is set for March 25, 2025.

**WHEREAS**, the parties met and conferred and agreed that it would be most efficient for both the Court and the parties if the Initial CMC would follow the hearing and the Court's ruling on the Motion, given the likelihood that the Court's ruling will clarify the legal issues in the case as well as the case schedule.

**WHEREAS**, the parties have previously sought only one extension in this case (Dkt. 18).

THE PARTIES HEREBY STIPULATE AND AGREE, subject to the Court's approval, that:

1. The March 11, 2025 Initial CMC and all deadlines in anticipation of that CMC—including to file ADR Certifications, to meet and confer regarding a discovery plan, to serve initial disclosures, and to file a Joint Case Management Statement—are vacated.

2. The Initial CMC will be rescheduled to occur approximately 30 days after the Court rules on the Motion on a date that is most convenient for the Court.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| Dated: February 13, 2025 | | KEKER, VAN NEST & PETERS LLP |
| | By: | /s/ Eric H. MacMichael |
| | | ERIC H. MACMICHAEL |
| | | NICHOLAS S. GOLDBERG |
| | | ANJALI SRINIVASAN |
| | | KELLY S. KAUFMAN |
| | | PAUL VON AUTENRIED |
| | | CHARLOTTE KAMAI |
| | | Attorneys for Plaintiff THE PAC-12 CONFERENCE |
| Dated: February 13, 2025 | | WILLKIE FARR & GALLAGHER LLP |
| | By: | /s/ Eduardo E. Santacana |
| | | SIMONA AGNOLUCCI |
| | | EDUARDO E. SANTACANA |
| | | MATT D. BASIL |
| | | Attorneys for Defendant THE MOUNTAIN WEST CONFERENCE |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

Pursuant to Civil Local Rule 5-1(i)(3) of the Northern District of California, I attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

/s/ Eric H. MacMichael
Eric H. MacMichael