KEKER, VAN NEST & PETERS LLP
ERIC H. MACMICHAEL - # 231697
emacmichael@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
ANJALI SRINIVASAN - # 304413
asrinivasan@keker.com
KELLY S. KAUFMAN - # 328827
kkaufman@keker.com
PAUL VON AUTENRIED - # 335917
pvonautenried@keker.com
CHARLOTTE KAMAI - # 344786
ckamai@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Plaintiff THE PAC-12 CONFERENCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PAC-12 CONFERENCE, | Case No. 5:24-cv-6685-SVK |
| Plaintiff, | [PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE |
| v. | |
| THE MOUNTAIN WEST CONFERENCE, | Judge:  Hon. Susan van Keulen |
| Defendant. | Date Filed:  September 24, 2024 |
| | Trial Date:  None |

1    Having considered the papers, the Court hereby **GRANTS** the parties' Stipulation to

2   Continue Initial Case Management Conference.  The March 11, 2025 Initial CMC and all

3   deadlines in anticipation of that CMC are hereby vacated.  The Court will set an Initial Case

4   Management Conference for a date approximately 30 days after the Court rules on Defendant's

5   motion to dismiss (Dkt. 25).

6

7

8

9    **IT IS SO ORDERED**.

10

11   Dated: February 14, 2025

12
                                                          _Susan van Keulen_____
13                                                        Hon. Susan van Keulen
                                                          United States Magistrate Judge
14                                                        Northern District of California

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
~~[PROPOSED]~~ ORDER GRANTING STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT
CONFERENCE
Case No. 5:24-cv-6685-SVK

2869401