KEKER, VAN NEST & PETERS LLP
ERIC H. MACMICHAEL - # 231697
emacmichael@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
ANJALI SRINIVASAN - # 304413
asrinivasan@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Plaintiff THE PAC-12 CONFERENCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PAC-12 CONFERENCE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE MOUNTAIN WEST CONFERENCE,<br><br>　　　　　Defendant. | Case No. 5:24-cv-6685-SVK<br><br>**JOINT STATUS REPORT**<br><br>Judge: Hon. Susan van Keulen<br><br>Date Filed: September 24, 2024<br><br>Trial Date: Not yet set. |

Plaintiff the Pac-12 Conference and Defendant the Mountain West Conference (together, the "Parties") provide the following joint status report pursuant to the Court's Order dated March 17, 2025. *See* Dkt. 34. In that Order, the Court stayed the case until May 16, 2025, and directed the parties to file a joint status report informing the Court when a date for mediation was set. *See id.* The Parties have selected a mediator and scheduled a mediation to occur on May 19, 2025. As the Parties previewed for the Court, that mediation will also include parties in a related case filed in December 2024 in Colorado state court, *Board of Governors of Colorado State University v. The Mountain West Conference*, No. 2024-CV-33874 (Dist. Colo. 2024). Accordingly, the Parties respectfully request that the Court enter an order extending the stay for not less than 60 days to allow the Parties to engage in the mediation process.

The parties have good cause to request a stay. In light of the Parties' upcoming mediation, it would be most efficient to extend the stay in this case while the Parties devote their efforts to attempting to resolve their disputes. The Parties therefore request that the Court enter an order extending the stay of this case for not less than 60 days—i.e., through July 15, 2025.

Dated: May 7, 2025                                                                                  KEKER, VAN NEST & PETERS LLP

                                                                              By:   */s/ Nicholas Goldberg*
                                                                                    NICHOLAS S. GOLDBERG

                                                                                    Attorneys for Plaintiff THE PAC-12
                                                                                    CONFERENCE

Dated: May 7, 2025                                                                                  WILLKIE FARR & GALLAGHER LLP

                                                                              By:   */s/ Eduardo Santacana*

2900432

Eduardo E. Santacana
esantacana@willkie.com
Simona Agnolucci
sagnolucci@willkie.com
333 Bush St.
34th Floor
San Francisco, CA 94104
Tel: 415 858 7421
Fax: 415 858 7599

Wesley Powell
wpowell@willkie.com
787 Seventh Avenue
New York, NY 10019
Tel: 212 728 8000
Fax: 212 728 8111

Matt D. Basil (pro hac vice pending)
mbasil@willkie.com
300 N. LaSalle Street
Chicago, IL 60654
Tel: 312 728 9000
Fax: 312 728 9199

Attorneys for Defendant THE MOUNTAIN WEST CONFERENCE

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatory.

Dated: May 7, 2025

*/s/ Nicholas Goldberg*
Nicholas S. Goldberg