KEKER, VAN NEST & PETERS LLP
ERIC H. MACMICHAEL - # 231697
emacmichael@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
ANJALI SRINIVASAN - # 304413
asrinivasan@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Plaintiff THE PAC-12 CONFERENCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PAC-12 CONFERENCE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE MOUNTAIN WEST CONFERENCE,<br><br>　　　　Defendant. | Case No. 5:24-cv-6685-SVK<br><br>**[PROPOSED] ORDER GRANTING JOINT STATUS REPORT REQUEST FOR EXTENSION**<br><br>Judge:  Hon. Susan van Keulen<br><br>Date Filed:  September 24, 2024<br><br>Trial Date:  Not yet set |

## [PROPOSED] ORDER

THIS MATTER comes before the Court on the parties' Joint Status Report, which jointly requests an extension of the stay of this matter for not less than 60 days. In light of the parties' efforts to mediate, the Court concludes that there is good cause to grant the requested extension. Accordingly, it hereby **ORDERED** that the request is **GRANTED** and this matter is stayed until July 15, 2025.

**IT IS SO ORDERED.**

DATED: _____

_____
HON. SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE