| | |
|---|---|
| KEKER, VAN NEST & PETERS LLP | WILLKIE FARR & GALLAGHER LLP |
| ERIC H. MACMICHAEL - # 231697 | Krista S. Schwartz (Bar No. 303604) |
| emacmichael@keker.com | kschwartz@willkie.com |
| NICHOLAS S. GOLDBERG - # 273614 | Alexander L. Cheney (Bar No. 302157) |
| ngoldberg@keker.com | acheney@willkie.com |
| ANJALI SRINIVASAN - # 304413 | 333 Bush Street, 34th Floor |
| asrinivasan@keker.com | San Francisco, CA 94104 |
| 633 Battery Street | Telephone: (415) 858-7400 |
| San Francisco, CA 94111-1809 | |
| Telephone:   415 391 5400 | WILLKIE FARR & GALLAGHER LLP |
| Facsimile:   415 397 7188 | Wesley Powell (*Pro Hac Vice*) |
| | wpowell@willkie.com |
| Attorneys for Plaintiff THE PAC-12 CONFERENCE | 787 Seventh Ave. |
| | New York, NY 10019 |
| | Tel: (212) 728-8000 |
| | |
| | WILLKIE FARR & GALLAGHER LLP |
| | Matt D. Basil (*Pro Hac Vice pending*) |
| | mbasil@willkie.com |
| | 300 N. LaSalle Street |
| | Chicago, IL 60654 |
| | Tel: (312) 728-9000 |
| | |
| | Attorneys for Defendant THE MOUNTAIN WEST CONFERENCE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PAC-12 CONFERENCE, | Case No. 5:24-cv-6685-SVK |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | Judge: Hon. Susan van Keulen |
| THE MOUNTAIN WEST CONFERENCE, | Date Filed: September 24, 2024 |
| Defendant. | Trial Date: Not yet set. |

Plaintiff the Pac-12 Conference and Defendant the Mountain West Conference (together, the "Parties") provide the following joint status report pursuant to the Court's Order dated May 8, 2025. *See* Dkt. 36. In that Order, the Court stayed the case until July 15, 2025, and directed the Parties to file a joint status report informing the Court about the progress of their mediation. *See id.* The Parties participated in mediation on May 19, 2025, and were unable to resolve the case.

The Parties have met and conferred and respectfully request that the Court hold a hearing on the pending motion to dismiss (Dkt. 25, 29, 30) on September 9, 2025.

Furthermore, the parties understand that the Court's order at Dkt. 32, which established that the "Court will set an Initial Case Management Conference for a date approximately 30 days after the Court rules on Defendant's motion to dismiss," is still in effect.

Dated: July 15, 2025

By: */s/ Nicholas S. Goldberg*
NICHOLAS S. GOLDBERG
ERIC H. MACMICHAEL
ANJALI SRINIVASAN

Attorneys for Plaintiff THE PAC-12 CONFERENCE

Dated: July 15, 2025

WILLKIE FARR & GALLAGHER LLP

By: */s/ Krista Schwartz*
Alexander L. Cheney
Krista S. Schwartz
Wesley Powell
Matt D. Basil (*Pro Hac Vice pending*)

Attorneys for THE MOUNTAIN WEST CONFERENCE

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatory.

Dated: July 15, 2025 	 */s/ Nicholas S. Goldberg*  
	Nicholas S. Goldberg