**KEKER, VAN NEST & PETERS LLP**
Eric H. MacMichael (Bar No. 231697)
emacmichael@keker.com
Nicholas S. Goldberg (Bar No. 273614)
ngoldberg@keker.com
Anjali Srinivasan (Bar No. 304413)
asrinivasan@keker.com
Kelly S. Kaufman (Bar No. 328827)
kkaufman@keker.com
Paul Von Autenried (Bar No. 335917)
pvonautenried@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Plaintiff
THE PAC-12 CONFERENCE

**WILLKIE FARR & GALLAGHER LLP**
Krista S. Schwartz (Bar No. 303604)
kschwartz@willkie.com
Alexander L. Cheney (Bar No. 302157)
acheney@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: (415) 858-7400

**WILLKIE FARR & GALLAGHER LLP**
Wesley Powell (Bar No. 230430)
wpowell@willkie.com
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000

**WILLKIE FARR & GALLAGHER LLP**
Matt D. Basil (*Pro Hac Vice*)
mbasil@willkie.com
300 N. LaSalle Street
Chicago, IL 60654
Telephone: (312) 728-9000

Attorneys for Defendant
THE MOUNTAIN WEST CONFERENCE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PAC-12 CONFERENCE,<br><br>Plaintiff,<br><br>vs.<br><br>THE MOUNTAIN WEST CONFERENCE,<br><br>Defendant. | CASE NO.: 5:24-cv-6685-SVK<br><br>**JOINT STIPULATION TO EXTEND THE MWC'S DEADLINE TO FILE ITS ANSWER AND COUNTERCLAIMS**<br><br>Judge: Hon. Susan van Keulen<br><br>Date Filed: September 24, 2024<br><br>Trial Date: Not yet set |

# JOINT STIPULATION

Plaintiff The Pac-12 Conference ("the Pac-12") and Defendant The Mountain West Conference ("the MWC") (collectively "the Parties") hereby file this Joint Stipulation to Extend the MWC's Deadline to File Its Answer and Counterclaims pursuant to Local Rule 6-1(a). The Parties, through their respective undersigned counsel of record, have met and conferred and state the following:

**WHEREAS**, on September 30, 2025, the Court denied the MWC's motion to dismiss and set an Initial Case Management Conference to be held on November 18, 2025. (ECF 48.) Accordingly, the Parties' deadline to meet and confer regarding the Rule 26(f) report **is October 28, 2025**. Fed. R. Civ. P. 26(f)(1).

**WHEREAS**, the current deadline for the MWC to file its answer and counterclaims to the Pac-12's Complaint (ECF 1, the "Complaint") is **October 14, 2025**. Fed. R. Civ. P. 12(a)(4)(A).

**WHEREAS**, Local Rule 6-1(a) allows for parties to stipulate to "extend the time within which to answer or otherwise respond to the complaint … provided the change will not alter the date of any event or any deadline already fixed by Court order." N.D. Cal. Civ. L.R 6-1(a).

**WHEREFORE, IT IS HEREBY STIPULATED** by and between the Parties that:

The MWC's deadline to file its answer and counterclaims to the Pac-12's Complaint is **October 23, 2025**.

Dated: October 8. 2025

| KEKER, VAN NEST & PETERS LLP | WILLKIE FARR & GALLAGHER LLP |
|---|---|
| By: _/s/ Eric H. MacMichael_<br>Eric H. MacMichael<br>Nicholas S. Goldberg<br>Anjali Srinivasan<br>Kelly S. Kaufman<br>Paul Von Autenried<br><br>Attorneys for THE PAC-12 CONFERENCE | By: _/s/ Krista Schwartz_<br>Krista Schwartz<br>Alexander L. Cheney<br>Wesley Powell<br>Matt D. Basil (*Pro Hac Vice*)<br><br>Attorneys for THE MOUNTAIN WEST CONFERENCE |

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatory.

Dated: October 8, 2025

                      */s/ Krista Schwartz*
                      Krista Schwartz