KEKER, VAN NEST & PETERS LLP
ERIC H. MACMICHAEL - # 231697
emacmichael@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
ANJALI SRINIVASAN - # 304413
asrinivasan@keker.com
KELLY S. KAUFMAN - # 328827
kkaufman@keker.com
PAUL H. VON AUTENRIED - # 335917
pvonautenried@keker.com
CHARLOTTE KAMAI - # 344786
ckamai@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Plaintiff THE PAC-12 CONFERENCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PAC-12 CONFERENCE,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>THE MOUNTAIN WEST CONFERENCE,<br><br>　　　　　Defendant. | Case No. 5:24-cv-6685-SVK<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANT'S COUNTERCLAIMS AND SET BRIEFING SCHEDULE**<br><br>*[Proposed Order filed concurrently herewith]*<br><br>Judge: Hon. Susan van Keulen<br><br>Date Filed:  September 24, 2024<br><br>Trial Date:  Not yet set. |

Pursuant to Civil Local Rules 6-1 and 6-2, Plaintiff THE PAC-12 CONFERENCE ("Plaintiff"), and Defendant THE MOUNTAIN WEST CONFERENCE, ("Defendant") (collectively the "Parties") by and through their counsel of record, hereby stipulate as

**WHEREAS**, Defendant filed its Answer, Defenses, and Counterclaims in Response to Plaintiff's Complaint, Dkt. 50, on October 23, 2025.

**WHEREAS**, Plaintiff's response to Defendant's Counterclaims is currently due on or before November 13, 2025;

**WHEREAS**, the Parties have met and conferred and agreed to an extension of Plaintiff's deadline to answer or otherwise respond to the Counterclaims to **December 5, 2025**;

**WHEREAS,** the Parties have also agreed that, to the extent required, Defendant will have until **January 16, 2026**, to file an opposition and Plaintiff will have until **January 30, 2026**, to file a reply;

**WHEREAS**, the Parties have previously sought only three extensions in this case. (Dkts. 18, 31, 49). First, the Parties slightly extended the schedule governed by the federal and local rules pertaining to: motion to dismiss briefing, ADR certification, exchange of initial disclosures, and the case management conference. (Dkt. 18.) Second, in the interest of judicial efficiency, the Parties agreed to conduct the case management conference after the Court ruled on Defendant's motion to dismiss. (Dkt. 31.) Third, the Parties agreed to a brief extension for Defendant to file its responsive pleading following the denial of its motion to dismiss. (Dkt. 49.); and

**WHEREAS**, good cause exists to amend the briefing schedule as stipulated below because the Parties have agreed to extend the schedule based on the holidays. Furthermore, this amended briefing schedule will have no effect on the efficient resolution of this case nor use of judicial resources because (1) the Court has not set a hearing date on Plaintiff's yet to be filed responsive pleading; (2) the Court has not set a schedule for this case; and (3) this extension will have no effect on the Parties' ability to take discovery.

     THE PARTIES HEREBY STIPULATE AND AGREE, subject to the Court's approval, that:

     1.    Plaintiff shall have until **December 5, 2025**, to file a responsive pleading;

     2.    Defendant shall have until **January 16, 2026**, to file an opposition, to the extent required; and

     3.    Plaintiff shall have until **January 30, 2026**, to file a reply, to the extent required.

     IT IS SO STIPULATED.

Dated: November 10, 2025                                     KEKER, VAN NEST & PETERS LLP

                                                        By:   */s/ Eric H. MacMichael*
                                                                ERIC H. MACMICHAEL

                                                                Attorneys for Plaintiff THE PAC-12 CONFERENCE

Dated: November 10, 2025                                     WILLKIE FARR & GALLAGHER LLP

                                                        By:   */s/ Krista Schwartz*
                                                                KRISTA SCHWARTZ

                                                                Attorneys for Defendant THE MOUNTAIN WEST CONFERENCE

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

     Pursuant to Civil Local Rule 5-1(i)(3) of the Northern District of California, I attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

                                                               */s/ Eric H. MacMichael*
                                                               Eric H. MacMichael