1
2
3
4
5
6
7
8
9

KEKER, VAN NEST & PETERS LLP
ERIC H. MACMICHAEL - # 231697
emacmichael@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
ANJALI SRINIVASAN - # 304413
asrinivasan@keker.com
KELLY S. KAUFMAN - # 328827
kkaufman@keker.com
PAUL H. VON AUTENRIED - # 335917
pvonautenried@keker.com
CHARLOTTE KAMAI - # 344786
ckamai@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

10

Attorneys for Plaintiff THE PAC-12 CONFERENCE

11

12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

13

14

THE PAC-12 CONFERENCE,

15

Plaintiff,

16

v.

17

THE MOUNTAIN WEST CONFERENCE,

18

Defendant.

Case No. 5:24-cv-6685-SVK

**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANT'S COUNTERCLAIMS AND SET BRIEFING SCHEDULE**

Judge:  Hon. Susan van Keulen

Date Filed:  September 24, 2024

Trial Date:  Not yet set.

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO
DEFENDANT'S COUNTERCLAIMS AND SET BRIEFING SCHEDULE
Case No. 5:24-cv-6685-SVK

3286971

**[PROPOSED] ORDER**

THIS MATTER comes before the Court on the parties' Joint Stipulation to Extend Time to Respond to Defendant's Counterclaims and Set Briefing Schedule.  For good cause shown for the requested extension, the Court **GRANTS** the stipulation.  Accordingly, it hereby **ORDERED** that:

1.    Plaintiff shall respond to Defendant's Counterclaims by **December 5, 2025**;

2.    To the extent required, Defendant shall file an opposition by **January 16, 2026**; and

3.    To the extent required, Plaintiff shall file a reply by **January 30, 2026.**

**IT IS SO ORDERED.**

DATED: _____

_____
HON. SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE

3286971