UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAC-12 CONFERENCE,<br><br>        Plaintiff,<br><br>v.<br><br>MOUNTAIN WEST CONFERENCE,<br><br>        Defendant. | Case No. 24-cv-06685-SVK<br><br>**CASE MANAGEMENT ORDER** |

On November 18, 2025, the Court held a case management conference in this action. As discussed at the conference, the Court hereby **ENTERS** the following schedule:

| Scheduled Event | Date |
|---|---|
| Plaintiffs' Motion to Dismiss Defendant's Counterclaims | December 6, 2025 |
| Submission of Protective Order and ESI Order, or disputes pertaining thereto | December 9, 2025 |
| Opposition to Motion to Dismiss Counterclaims | January 16, 2026 |
| Reply re Motion to Dismiss Counterclaims | January 30, 2026 |
| Hearing re Motion to Dismiss Counterclaims | To be set <u>if needed</u>. |
| Deadline to Seek Leave to Amend Pleadings | March 31, 2026 |
| Next Case Management Conference | August 11, 2026 |
| Close of Fact Discovery | September 11, 2026 |
| Expert Witness Disclosures | September 30, 2026 |
| Rebuttal Expert Witness Disclosures | October 30, 2026 |
| Close of Expert Discovery | December 4, 2026 |

| ADR Deadline (private mediation) | December 31, 2026 |
|---|---|
| Dispositive and *Daubert* motions | January 12, 2027 |
| Oppositions to dispositive and *Daubert* motions | February 12, 2027 |
| Replies re dispositive and *Daubert* motions | March 2, 2027 |
| Dispositive motion hearing | March 30, 2027 |
| Pretrial conference | June 24, 2027 <br><br> <u>Deadlines under Civil Pretrial Standing Order:</u> <br> Deadline to meet and confer re Pretrial Filings: <br> May 25, 2027 <br> Pretrial Statement and motions *in limine* due: <br> June 3, 2027 <br> Oppositions to motions *in limine* due <br> June 10, 2027 |
| Trial | July 6, 2027 |

**SO ORDERED.**

Dated: November 18, 2025

SUSAN VAN KEULEN
United States Magistrate Judge

2