KEKER, VAN NEST & PETERS LLP
ERIC H. MACMICHAEL - # 231697
emacmichael@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
ANJALI SRINIVASAN - # 304413
asrinivasan@keker.com
PAUL H. VON AUTENRIED - # 335917
pvonautenried@keker.com
CHARLOTTE KAMAI - # 344786
ckamai@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Plaintiff THE PAC-12 CONFERENCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE PAC-12 CONFERENCE,<br><br>        Plaintiff,<br><br>   v.<br><br>THE MOUNTAIN WEST CONFERENCE,<br><br>        Defendant. | Case No. 5:24-cv-6685-SVK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS DEFENDANT'S COUNTERCLAIMS**<br><br>Date:     *To be set by Court [Dkt. 57]*<br>Time:     *To be set by Court [Dkt. 57]*<br>Courtroom: 6 – 4th Floor<br>Judge:    Hon. Susan van Keulen<br><br>Date Filed: September 24, 2024<br><br>Trial Date: July 6, 2027 |

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS DEFENDANT'S
COUNTERCLAIMS
Case No. 5:24-cv-6685-SVK

3912491

**[PROPOSED] ORDER**

The Court, having fully considered the papers and arguments presented by the parties, hereby GRANTS Plaintiff THE PAC-12 CONFERENCE's Motion to Dismiss Defendant THE MOUNTAIN WEST CONFERENCE's Counterclaims.  Accordingly, it is hereby **ORDERED** that Plaintiff's motion is GRANTED, and Defendant's counterclaims for promissory fraud (Count III), tortious interference with contractual relations (Count IV), and unjust enrichment or quasi-contract (Count V) are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

DATED: _____

_____
HON. SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE

1

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS DEFENDANT'S
COUNTERCLAIMS
Case No. 5:24-cv-6685-SVK

3912491