KEKER, VAN NEST & PETERS LLP
ERIC H. MACMICHAEL - # 231697
emacmichael@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
ANJALI SRINIVASAN - # 304413
asrinivasan@keker.com
FRANCO MUZZIO - # 310618
fmuzzio@keker.com
KELLY S. KAUFMAN - # 328827
kkaufman@keker.com
PAUL H. VON AUTENRIED - # 335917
pvonautenried@keker.com
CHARLOTTE KAMAI - # 344786
ckamai@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Plaintiff THE PAC-12
CONFERENCE

WILLKIE FARR & GALLAGHER LLP
Krista S. Schwartz (Bar No. 303604)
kschwartz@willkie.com
Alexander L. Cheney (Bar No. 302157)
acheney@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: (415) 858-7400

WILLKIE FARR & GALLAGHER LLP
Wesley Powell (Bar No. 230430)
wpowell@willkie.com
787 Seventh Ave.
New York, NY 10019
Tel: (212) 728-8000

WILLKIE FARR & GALLAGHER LLP
Matt D. Basil (*Pro Hac Vice*)
mbasil@willkie.com
300 N. LaSalle Street
Chicago, IL 60654
Tel: (312) 728-9000

Attorneys for Defendant THE MOUNTAIN
WEST CONFERENCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE PAC-12 CONFERENCE,<br><br>    Plaintiff,<br><br>    v.<br><br>THE MOUNTAIN WEST CONFERENCE,<br><br>    Defendant. | Case No. 5:24-cv-6685-SVK<br><br>**STIPULATION TO EXTEND TIME TO ANSWER COUNTERCLAIMS**<br><br>Dept.:    Courtroom 6 – 4th Floor<br>Judge:    Hon. Susan van Keulen<br><br>Date Filed: September 24, 2024<br><br>Trial Date: July 6, 2027 |

6122515

Pursuant to Civil Local Rules 6-1 and 6-2, Plaintiff THE PAC-12 CONFERENCE ("Plaintiff"), and Defendant THE MOUNTAIN WEST CONFERENCE, ("Defendant") (collectively, the "Parties"), hereby stipulate as follows:

**WHEREAS**, Defendant filed its Answer, Defenses, and Counterclaims in Response to Plaintiff's Complaint, Dkt. 50, on October 23, 2025;

**WHEREAS**, the Court granted in part and denied in part Plaintiff's Motion to Dismiss Defendant's Counterclaims on March 27, 2026, and set Plaintiff's deadline to file its Answer, Dkt. 69;

**WHEREAS**, Plaintiff's Answer to Defendant's Counterclaims is currently due on or before April 10, 2026;

**WHEREAS**, the Parties have met and conferred and agreed to an extension of Plaintiff's deadline to answer or otherwise respond to the Counterclaims to **April 24, 2026;**

**WHEREAS**, the Parties have previously sought four extensions in this case. Dkts. 18, 31, 49, 53. First, the Parties slightly extended the schedule governed by the federal and local rules pertaining to: motion to dismiss briefing, ADR certification, exchange of initial disclosures, and the case management conference. Dkt. 18. Second, in the interest of judicial efficiency, the Parties agreed to conduct the case management conference after the Court ruled on Defendant's motion to dismiss. Dkt. 31. Third, the Parties agreed to a brief extension for Defendant to file its responsive pleading following the denial of its motion to dismiss. Dkt. 49. Fourth, the Parties agreed to extend the Plaintiff's response to the Defendant's Counterclaims. Dkt. 53; and

**WHEREAS**, good cause exists to extend the response deadline as stipulated based on Plaintiff's counsel's competing deadlines. Furthermore, this extension will have no effect on the efficient resolution of this case nor use of judicial resources because it will not affect the Parties' ongoing discovery negotiations, ability to take discovery.

THE PARTIES HEREBY STIPULATE AND AGREE, subject to the Court's approval, that Plaintiff's Answer to Defendant's Counterclaims shall be due on or before **April 24, 2026.**

/ / /

STIPULATION TO EXTEND TIME TO ANSWER COUNTERCLAIMS
Case No. 5:24-cv-6685-SVK

6122515

IT IS SO STIPULATED.

Dated:  April 9, 2026                                    KEKER, VAN NEST & PETERS LLP


                                              By:   /s/ Eric H. MacMichael
                                                    ERIC H. MACMICHAEL

                                                    Attorney for Plaintiff THE PAC-12
                                                    CONFERENCE


Dated:  April 9, 2026                                    WILLKIE FARR & GALLAGHER LLP


                                              By:   /s/ Krista S. Schwartz
                                                    KRISTA S. SCHWARTZ
                                                    ALEXANDER L. WESLEY
                                                    POWELL CHENEY
                                                    MATT D. BASIL


                                                    Attorneys for Defendant THE
                                                    MOUNTAIN WEST CONFERENCE

### ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1

Pursuant to Civil Local Rule 5-1(i)(3) of the Northern District of California, I attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

                                   /s/ Eric H. MacMichael
                                   Eric H. MacMichael

STIPULATION TO EXTEND TIME TO ANSWER COUNTERCLAIMS
Case No. 5:24-cv-6685-SVK

6122515