KEKER, VAN NEST & PETERS LLP
ERIC H. MACMICHAEL - # 231697
emacmichael@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
ANJALI SRINIVASAN - # 304413
asrinivasan@keker.com
FRANCO E. MUZZIO - # 310618
fmuzzio@keker.com
KELLY S. KAUFMAN - # 328827
kkaufman@keker.com
PAUL H. VON AUTENRIED - # 335917
pvonautenried@keker.com
CHARLOTTE KAMAI - # 344786
ckamai@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:     415 397 7188

Attorneys for Plaintiff THE PAC-12 CONFERENCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE PAC-12 CONFERENCE,<br><br>Plaintiff,<br><br>v.<br><br>THE MOUNTAIN WEST CONFERENCE,<br><br>Defendant. | Case No. 5:24-cv-6685-SVK<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S EXTENSION FOR TIME TO ANSWER<br><br>Dept.:      Courtroom 6 – 4th Floor<br>Judge:      Hon. Susan van Keulen<br><br>Date Filed: September 24, 2024<br><br>Trial Date:  July 6, 2027 |

THIS MATTER comes before the Court on the parties' Stipulation to Extend Time to Answer Defendant's Counterclaims.  For good cause shown, the Court **GRANTS** the stipulation.

It is hereby **ORDERED** that Plaintiff shall file its Answer to Defendant's Counterclaims by **April 24, 2026.**

**IT IS SO ORDERED.**

Dated:  April 9, 2026

HON. SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE

1

6122555