KEKER, VAN NEST & PETERS LLP
ERIC H. MACMICHAEL - # 231697
emacmichael@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
ANJALI SRINIVASAN - # 304413
asrinivasan@keker.com
FRANCO E. MUZZIO - # 310618
fmuzzio@keker.com
KELLY S. KAUFMAN - # 328827
kkaufman@keker.com
PAUL H. VON AUTENRIED - # 335917
pvonautenried@keker.com
CHARLOTTE KAMAI - # 344786
ckamai@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Plaintiff THE PAC-12
CONFERENCE

WILLKIE FARR & GALLAGHER LLP
Krista S. Schwartz (Bar No. 303604)
kschwartz@willkie.com
Alexander L. Cheney (Bar No. 302157)
acheney@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: (415) 858-7400

WILLKIE FARR & GALLAGHER LLP
Wesley Powell (Bar No. 230430)
wpowell@willkie.com
787 Seventh Ave.
New York, NY 10019
Tel: (212) 728-8000

WILLKIE FARR & GALLAGHER LLP
Matt D. Basil (*Pro Hac Vice*)
mbasil@willkie.com
300 N. LaSalle Street
Chicago, IL 60654
Tel: (312) 728-9000

Attorneys for Defendant THE MOUNTAIN
WEST CONFERENCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE PAC-12 CONFERENCE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE MOUNTAIN WEST CONFERENCE,<br><br>　　　　Defendant. | Case No. 5:24-cv-6685-SVK<br><br>**JOINT NOTICE OF SETTLEMENT AND STIPULATION AND [PROPOSED] ORDER TO STAY CASE FOR NINETY DAYS**<br><br>Dept.:　　Courtroom 6 – 4th Floor<br>Judge:　　Hon. Susan van Keulen<br><br>Date Filed: September 24, 2024<br><br>Trial Date:　July 6, 2027 |

6216923

The Pac-12 Conference and the Mountain West Conference (collectively, "the Parties"), **HEREBY PROVIDE NOTICE** that they have reached an agreement in principle that they expect will resolve all matters in this action and anticipate finalizing the settlement and submitting an appropriate stipulation to dismiss this action within approximately ninety (90) days.

**NOW THEREFORE, THE PARTIES STIPULATE AND JOINTLY REQUEST** that the Court vacate the discovery hearing set for June 9, 2026, and stay all deadlines in this case through August 31, 2026, to allow the Parties to finalize resolution and prepare appropriate dismissal papers for the Court.

Dated:  June 1, 2026                                    KEKER, VAN NEST & PETERS LLP


                                                  By:    */s/ Nicholas S. Goldberg*
                                                         NICHOLAS S. GOLDBERG

                                                         Attorneys for Plaintiff THE PAC-12
                                                         CONFERENCE


Dated:  June 1, 2026                                    WILLKIE FARR & GALLAGHER LLP


                                                  By:    */s/ Krista Schwartz*
                                                         KRISTA S. SCHWARTZ

                                                         Attorneys for Defendant THE
                                                         MOUNTAIN WEST CONFERENCE


**CERTIFICATION OF CONCURRENCE FROM OTHER PARTIES**

I, Nicholas Goldberg, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(h)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the signatory.

                                                  */s/ Nicholas S. Goldberg*
                                                  Nicholas S. Goldberg

6216923