KEKER, VAN NEST & PETERS LLP
ERIC H. MACMICHAEL - # 231697
emacmichael@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
ANJALI SRINIVASAN - # 304413
asrinivasan@keker.com
FRANCO E. MUZZIO - # 310618
fmuzzio@keker.com
KELLY S. KAUFMAN - # 328827
kkaufman@keker.com
PAUL H. VON AUTENRIED - # 335917
pvonautenried@keker.com
CHARLOTTE KAMAI - # 344786
ckamai@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Plaintiff THE PAC-12
CONFERENCE

WILLKIE FARR & GALLAGHER LLP
Krista S. Schwartz (Bar No. 303604)
kschwartz@willkie.com
Alexander L. Cheney (Bar No. 302157)
acheney@willkie.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: (415) 858-7400

WILLKIE FARR & GALLAGHER LLP
Wesley Powell (Bar No. 230430)
wpowell@willkie.com
787 Seventh Ave.
New York, NY 10019
Tel: (212) 728-8000

WILLKIE FARR & GALLAGHER LLP
Matt D. Basil (*Pro Hac Vice*)
mbasil@willkie.com
300 N. LaSalle Street
Chicago, IL 60654
Tel: (312) 728-9000

Attorneys for Defendant THE MOUNTAIN
WEST CONFERENCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THE PAC-12 CONFERENCE,<br><br>Plaintiff,<br><br>v.<br><br>THE MOUNTAIN WEST CONFERENCE,<br><br>Defendant. | Case No. 5:24-cv-6685-SVK<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING VOLUNTARY DISMISSAL**<br><br>Dept.:   Courtroom 6 – 4th Floor<br>Judge:   Hon. Susan van Keulen<br><br>Date Filed: September 24, 2024<br><br>Trial Date: July 6, 2027 |

6312592

Plaintiff the Pac-12 Conference ("Pac-12"), Defendant the Mountain West Conference ("Mountain West") (collectively "the Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on September 24, 2024, the Pac-12 filed its Complaint against the Mountain West;

WHEREAS, on October 23, 2025, the Mountain West filed its Answer and Counterclaim against the Pac-12;

WHEREAS, on April 24, 2026, the Pac-12 filed is Answer to the Mountain West's Counterclaim;

WHEREAS, the Pac-12 and the Mountain West wish to voluntarily dismiss with prejudice all of their claims against each other pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and all Parties consent;

NOW, THEREFORE, the Parties stipulate and agree as follows:

1.    The Pac-12 voluntarily dismisses with prejudice its claims against the Mountain West pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2.    The Mountain West voluntarily dismisses with prejudice its claims against the Pac-12 pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

3.    The Parties bear their own fees and costs.

**IT IS SO STIPULATED.**

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION AND [PROPOSED] ORDER REGARDING VOLUNTARY DISMISSAL
Case No. 5:24-cv-6685-SVK

6312592

Dated:  August 12, 2026

KEKER, VAN NEST & PETERS LLP

By:  /s/ Eric H. MacMichael
ERIC H. MACMICHAEL

Attorney for Plaintiff THE PAC-12 CONFERENCE

Dated:  August 12, 2026

WILLKIE FARR & GALLAGHER LLP

By:  /s/ Krista S. Schwartz
KRISTA S. SCHWARTZ

Attorney for Defendant THE MOUNTAIN WEST CONFERENCE

## CERTIFICATION OF CONCURRENCE FROM OTHER PARTIES

I, Eric MacMichael, am the ECF User whose ID and password are being used to file this document. In compliance with N.D. Cal. Civil L.R. 5-1(h)(3), I hereby attest that the concurrence in the filing of this document has been obtained from the signatory.

/s/ Eric H. MacMichael
ERIC H. MACMICHAEL

**APPROVED AND SO ORDERED:**

Dated:  _____

_____
HON. SUSAN VAN KEULEN
UNITED STATES MAGISTRATE JUDGE

6312592